# EXHIBIT A

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 25, 2005 I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

**PLAINTIFF'S FIRST SET OF DOCUMENT PRODUCTION REQUESTS**

in a sealed envelope, postage fully paid, addressed as follows:

Stephen C. Hunt
Adorno & Yoss, P.A.
350 E. Las Olas Blvd., Ste 1700
Ft. Lauderdale, FL 33301

James F. Harker
Herlihy Harker & Kavanaugh
1400 N. Market Street
Suite 200
Wilmington, DE 19801-3124

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 25, 2005 at Los Angeles, California.

_____
Penny Harms