## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                      )SS
COUNTY OF NEW CASTLE  )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 9th day of March 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF DOCUMENT PRODUCTION REQUESTS.**

Dated: March 9, 2005

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 9th day of March, 2005

_Vanessa A. Preston_
Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

## **SERVICE LIST**

Inacom Civil Action No. 04-148 (GMS)
Tech Data Corporation
March 9, 2005
Document # 106345
**02 – Hand Delivery**
**01 – First Class Mail**


*Hand Delivery*
James F. Harker
Herlihy Harker & Kavanaugh
1400 North Market Street
Suite 200
Wilmington, DE 19801-3124

*Hand Delivery*
Derrek C. Abbott, Esqire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*First Class Mail*
Stephen C. Hunt
Aorno & Yoss, P.A.
350 East Las Olas Blvd.
Suite 1700
Ft. Lauderdale, FL 33301