IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1] | Civil Action No. 04-148 GMS |
| Plaintiff, <br> v. <br> TEC DATA CORPORATION <br> Defendants. | Adversary Case No. 02-03496 (PJW) <br> Bankruptcy Case No. 00-2426 (PJW) |
| TEC DATA CORPORATION, <br> Third-Party Plaintiff, <br> v. <br> COMPAQ COMPUTER CORPORATION, et al. <br> Third Party Defendants | |

## NOTICE OF SERVICE OF PLAINTIFF'S
## SECOND SET OF DOCUMENT PRODUCTION REQUESTS

I, Sandra G. McLamb, hereby certify, that pursuant to the Proof of Service,

attached hereto as Exhibit A, a true and correct copy of the *Plaintiff's Second Set of Document*

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

*Production Requests* was served on February 25, 2005 on the individual(s) listed below in the manner indicated herein:

| | | |
|---|---|---|
| *First Class Mail*<br>James F Harker<br>Herlihy Harker & Kavanaugh<br>1300 North Market Street<br>Suite 400<br>Wilmington, DE 19899 | *First Class Mail*<br>Charles M. Tatelbaum<br>Stephen C. Hunt<br>Adorno & Yoss<br>888 SE 3rd Avenue<br>Suite 500<br>San Francisco, CA 94111 | *First Class Mai*<br>Cecily A Dumas<br>Friedman Dumas & Springwater LLP<br>One Maritime Plaza<br>Suite 2475<br>San Francisco, CA 94111 |

Dated: March 9, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

/s/ Sandra J. McLamb

Laura Davis Jones (Bar No. 2436)
Sandra McLamb (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for the Plaintiffs/Debtors