ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated debtors, ) | |
| ) | |
| ) | Civil Action No. 04-148 GMS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TECH DATA CORPORATION ) | |
| ) | |
| Defendant, ) | |
| ) | |
| COMPAQ COMPUTER CORPORATION ) | |
| ) | |
| Third Party Defendant. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of <u>Gail S. Greenwood, Esquire</u> to represent third party defendant Hewlett-Packard Company, as successor in interest for Compaq Computer Corporation, in this matter.

Signed: _____

       Derek C. Abbott (No. 3376)
       Morris, Nichols, Arsht & Tunnell
       1201 North Market Street
       P.O. Box 1347
       (302) 658-9200

Attorney for:  Third-Party Defendant Hewlett-Packard Company

Date:  February 28, 2005

## ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: __4/4/05__                                    _____
                                     United States District Judge

452448