ORIGINAL
26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated debtors, ) ) ) | |
| Plaintiff, ) ) ) | Civil Action No. 04-148 GMS |
| v. ) ) ) | |
| TECH DATA CORPORATION ) ) ) | |
| Defendant, ) ) | |
| COMPAQ COMPUTER CORPORATION ) ) ) | |
| Third Party Defendant. ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of <u>Brandon C. Chaves, Esquire</u> to represent third-party defendant Hewlett-Packard Company, as successor in interest for Compaq Computer Corporation, in this matter.

Signed: _____

Derek C. Abbott (No. 3376)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
(302) 658-9200

Attorney for: Third-Party Defendant Hewlett-Packard Company

Date: February 28, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 4/11/05

_____
United States District Judge

452475