IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORPORATION, on behalf of all affiliated debtors, | Case Nos.:   04-cv-00148 (GMS)<br>04-cv-00579 (GMS) |
| Plaintiff, | |
| vs. | |
| TECH DATA CORPORATION, | |
| Defendant. _____/ | |
| TECH DATA CORPORATION, | |
| Third-Party Plaintiff, | |
| vs. | |
| COMPAQ COMPUTER CORP.<br>and CUSTOM EDGE, INC., | |
| Third-Party Defendants. _____/ | |

**ORDER GRANTING MOTION TO CONSOLIDATE RELATED CIVIL ACTIONS**

THIS MATTER, having been presented to the Court by way of defendant and third party plaintiff Tech Data Corporation's Motion to Consolidate Related Civil Actions, and it appearing that good and sufficient cause exists to warrant entry of the within Order, and it further appearing that adequate notice has been provided to all parties of record, it is

ORDERED, that the Motion is granted and it is further

ORDERED, that the Clerk of Court shall forthwith consolidate the dockets of the related civil actions captioned above.

Date:  April ___, 2005                                           _____
                                                                                United States District Judge

{210346.0002/N0525295_1}