## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on the 19 day of April 2005, I caused a copy of the foregoing *Plaintiffs' Non-Opposition To Motion To Consolidate Related Civil Actions* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

Sandra G. McLamb (Bar No. 4283)

42125-003\DOCS_DE:98405.1

**InaCom v. Tech Data Service List**
Document No. 107328
03 – First Class Mail

**First Class Mail**
(Counsel for Tech Data Corp.)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 N. Market Street, Suite 400
Wilmington, DE 19899

**First Class Mail**
(Counsel for Compaq Computer Corp- third-party defendant)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**First Class Mail**
(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301