## CERTIFICATE OF SERVICE

       I, Derek C. Abbott, certify that I am not less than 18 years of age, and that service of the foregoing **Hewlett-Packard Company's Opposition To Motion For Leave To File Amended Third Party Complaint**, was caused to be made on April 25, 2005, in the manner indicated upon the entities identified below:

Dated: April 25, 2005

_____
Derek C. Abbott (#3376)

### BY HAND DELIVERY

Laura Davis Jones, Esquire
Sandra G. McLamb, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street
Suite 1600
Wilmington, DE 19801

James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 N. Market Street, Suite 400
Wilmington, DE 19801

### BY FIRST CLASS MAIL

Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

462088