UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated debtors,<br><br>    Plaintiff,<br><br>vs.<br><br>TECH DATA CORPORATION,<br><br>    Defendant.<br><br>TECH DATA CORPORATION,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC.,<br><br>    Third-Party Defendants. | Case No. 04-CV-579 |

**DECLARATION OF GAIL S. GREENWOOD IN SUPPORT OF HEWLETT-PACKARD COMPANY'S OPPOSITION TO TECH DATA'S MOTION FOR LEAVE TO FILE AMENDED THIRD PARTY COMPLAINT**

I, Gail S. Greenwood, declare:

1. I am an attorney with the firm of Friedman Dumas & Springwater LLP ("FD&S"), attorneys for Defendant Hewlett-Packard Company ("HP"). I am licensed to practice in courts of the State of California and have been admitted *pro hac vice* to practice in this Court. I have firsthand knowledge of the facts stated herein and if called as a witness could and would competently testify as follows.

2. Attached hereto as Exhibit A is a true and correct copy of the Scheduling Order entered by this Court on October 4, 2004.

3. Attached hereto as Exhibit B is a true and correct copy of the Amended Scheduling Order entered by this Court on February 11, 2005.

4. On January 24, 2005, HP served responses to Third-Party Plaintiff Tech Data Corporation ("Tech Data")'s First Set of Interrogatories. Interrogatory responses numbers 20 and 23 identify the Accounts Payable Aging Report dated February 11, 2000 ("AP Aging Report") that was simultaneously produced, reflecting all accounts payable that were assumed by Compaq pursuant to the Asset Purchase Agreement between Compaq and Inacom Corporation. HP produced an electronic version of the AP Aging Report, which is over 2000 pages. Attached hereto as Exhibit C and Exhibit D are true and correct copies of excerpts from HP's Interrogatory Responses and the AP Aging Report, respectively.

5. Attached hereto as Exhibit E are true and correct copies of excerpts from the Deposition of Michael Zava taken on January 26, 2005. Tech Data's Proof of Claim dated June 27, 2000 is identified as Exhibit 1 to the deposition.

6. Attached hereto as Exhibit F are true and correct copies of excerpts from the Deposition of Mike Ward taken on March 4, 2004. Tech Data's AR Notes are identified as Exhibit 1 to the deposition.

7. Attached hereto as Exhibit G is a true and correct copy of an email dated March 7, 2000 from Mike Ward to Michael Zava, Bates Number 3187. The document was produced by Tech Data to HP.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on April 22, 2005.

April 22, 2005

_____
Gail S. Greenwood