# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: INACOM CORP., et al. | Bankruptcy Case No: 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> TECH DATA CORP., Defendant. | Civil Action No. 04-148 GMS <br> (Original filed in this Action) <br> Adversary Case No. 02-03496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> DELL COMPUTER CORPORATION, Defendant. | Civil Action No. 04-582 GMS <br><br> Adversary No. 02-03499 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> LEXMARK INTERNATIONAL, INC., Defendant. | Civil Action No. 04-583 GMS <br><br> Adversary No. 02-03500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> RESILIEN INC. et al., Defendant. | Civil Action No. 04-584 GMS <br><br> Adversary No. 02-03501 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> NEXTEL COMMUNICATIONS, INC., Defendant. | Civil Action No. 04-592 GMS <br><br> Adversary No. 02-03614 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, Defendant. | Civil Action No. 04-593 GMS <br><br> Adversary Case No. 02-03960 PJW |

SCHEDULING ORDER

1

| INACOM CORP., on behalf of all affiliated Debtors, v. SIGMA DATA., Defendant. | Civil Action No. 04-601 GMS<br><br>Adversary No. 02-04441 PJW |
|---|---|

### AGREED AMENDED SCHEDULING ORDER

This 11th day of Feb, 2005, the Court, having considered the agreement of the parties with respect to an amendment to the Court's October 4, 2004 Scheduling Order with respect to the above-captioned adversary actions (the "Adversary Actions"); and good cause appearing therefor,

IT IS ORDERED that:

1. **Amendment of Scheduling Order.** The Court's Scheduling Order of October 4, 2004 shall remain in full force and effect except with respect to those matters set forth below.

    a. **Fact Discovery Cut Off.** All fact discovery in these cases shall be initiated so that it will be completed on or before March 31, 2005.

    b. **Expert Disclosures and Discovery.** The parties shall exchange their expert disclosures on or before April 25, 2005. Any rebuttal expert reports are to be exchanged no later than May 13, 2005. Expert depositions are to be completed by June 10, 2005.

    c. **Case Dispositive Motions.** All case dispositive motions, and accompanying opening brief and affidavits, if any, in support of the motion shall be served and filed on or before July 1, 2005. Briefing will be presented pursuant to the Court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. [handwritten: AM 0. 2/11/05]

2. **This Order.** Counsel for the Plaintiff shall cause a copy of this Order to be filed

SCHEDULING ORDER

2

in each of the Adversary Actions.

3. <u>**Amendments**</u>. This Order shall control the subsequent course of the Adversary Actions unless the parties stipulate in writing any amendments to the deadlines set forth herein.

Honorable Gregory M. Sleet
United States District Judge



FILED
FEB 1 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SCHEDULING ORDER

CM/ECF LIVE - U.S. District Court:ded                                Page 1 of 1

**Other Orders/Judgments**
1:03-cv-01030-SLR Tenneco Automotive v. Visteon Corporation

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rld, entered on 2/17/2005 at 12:54 PM EST and filed on 2/17/2005
**Case Name:**     Tenneco Automotive v. Visteon Corporation
**Case Number:**   1:03-cv-1030
**Filer:**
**Document Number:**

**Docket Text:**
SO ORDERED, re [152] Stipulation, Set Briefing Schedule: Answering Brief due 2/18/2005.Reply Brief due 3/3/2005 re D.I. 137 and 139. Signed by Judge Sue L. Robinson on 2/17/05. (rld, )

The following document(s) are associated with this transaction:

**1:03-cv-1030 Notice will be electronically mailed to:**

**1:03-cv-1030 Notice will be delivered by other means to:**

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

George Pazuniak
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

https://ecf.ded.circ3.dcn/cgi-bin/Dispatch.pl?983609825772749                2/17/2005

**InaCom Adversary Service List**

(Counsel for Tech Data Corp.)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 N. Market Street, Suite 400
Wilmington, DE 19899

(Counsel to Ingram Micro Inc.)
Steven Kortanek, Esquire
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

(Counsel to Dell Computer Corporation)
Patricia P. McGonigle, Esquire
Seitz Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899

(Counsel to Nextel Communications, Inc.)
Brett Fallon, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

(Counsel to Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators)
Thomas MaCauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE 19801

(Counsel to Sigma Data Inc.)
David L. Finger, Esquire
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

(Counsel for Statutory Committee Of Unsecured Creditors in action against Dell Corporation
William J. Burnett, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226

(Counsel for Compaq Computer Corp- third-party defendant in action against against Lexmark)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel for Lexmark International as third-party plaintiff)
Thomas Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

(Counsel for Lexmark International, defendant)
Joseph Grey, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

(Counsel to Resilien Inc. f/k/a Logicare)
William K. Harrington, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301