EXHIBIT D

REPORT  : R5504001A
VERSION : INA0001A
DATE    : 2/11/00
TIME    : 8:35:29
PAGE    : 1

Accounts Payable Aging
UNKNOWN

**Report Properties**

| | |
|---|---|
| Print Totals only (Y/N) | : N |
| Print Grand Totals (Y/N) | : Y |
| Limit number of primary table rows | : N |
| Print Cover Page (Y/N) | : Y |
| Print Instructions (Y/N) | : Y |
| Subsystem (Y/N) | : N |
| Data Source | : Default |
| Data Target | : Default |

**System Properties**

| | |
|---|---|
| Host | : INACOMS9.I |
| Environment | : PROD8732 |
| Pathcode | : PROD8732 |
| User Id | : RCARLENTIN |
| Currency Option | : N |

**Printer Properties**

| | |
|---|---|
| Printer | : Default |
| Orientation | : Portrait |
| Page Width (inches) | : 11.0 |
| Page Height (inches) | : 8.5 |

**Processing Options**

| | |
|---|---|
| Processing Options Template | : A/P Detail by Supplier w/Aging |
| # of Items | : 14 |

| Item No. | Description | DD Alias | Data Type | Data Size | Value |
|---|---|---|---|---|---|
| 0 | Bypass Suppliers | EV01 | Character | 1 | |
| 1 | Print Recurring Voucher Information | EV01 | Character | 1 | 0 |
| 2 | Remaining Payments to Flag | PN | MATH_NUMERIC | 50 | 1 |
| 3 | Retrieve Aging Information | EV01 | Character | 1 | |
| 4 | "As Of Date" | DGJ | Date | 6 | 1 |
| 5 | Age Credits | EV01 | Character | 1 | |
| 6 | Print Payment Information | EV01 | Character | 1 | |
| 7 | Include Payment Amounts in Total | EV01 | Character | 1 | |
| 8 | Aging - Date Based On | AGE | Character | 1 | d |
| 9 | Aging Method | AGEM | Character | 1 | 1 |
| 10 | Current | AGP1 | MATH_NUMERIC | 50 | 0 |
| 11 | Thru | AGP2 | MATH_NUMERIC | 50 | 0 |
| 12 | Thru | AGP3 | MATH_NUMERIC | 50 | 0 |
| 13 | Thru | AGP4 | MATH_NUMERIC | 50 | 0 |

R5504001A

Open A/P Details with Aging

Accounts Payable Aging

|  |  |  |  |  |  |  |  |  |  | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

2/11/00  8:35:29
Page -  938
As Of  2/11/00

| Invoice Number | Invoice Date | Co | Ty | Document | Reference Co | Item | Due Date | PS | Current | 31 - 60 | 61 - 90 | Over 90 | Balance Original | Balance Open | Disct Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION / OPERATIONS | | | | 00042 | | | | | | | | | | | |
| **NORWEST BANK NEBRASKA** | | | | 102592 | | | | | | | | | | | |
| 7171150 | 4/29/99 | 00042 | PD | 461260 | 00042 | 001 | 5/12/99 | A | | | | 659.97- | 659.97- | 659.97- | |
| 7332449 | 6/30/99 | 00042 | PD | 579138 | 00042 | 001 | 7/14/99 | A | | | | 203.98- | 203.98- | 203.98- | |
| NORWEST BANK NEBRASKA | | | | 102592 | | | | | | | | 863.95- | 863.95- | 863.95- | |
| **TECH DATA CORP** | | | | 102598 | | | | | | | | | | | |
| P268653 | 11/16/99 | 00042 | PV | 960911 | 00042 | 001 | 12/16/99 | A | | 3,531.04 | | | 3,531.04 | 3,531.04 | |
| P268653 | 11/16/99 | 00042 | PV | 960911 | 00042 | 002 | 12/16/99 | A | | 2,667.47 | | | 2,667.47 | 2,667.47 | |
| P268653 | 11/16/99 | 00042 | PV | 960911 | 00042 | 003 | 12/16/99 | A | | 292.91 | | | 292.91 | 292.91 | |
| P268653 | 11/16/99 | 00042 | PV | 960911 | 00042 | 004 | 12/16/99 | A | | 652.50 | | | 652.50 | 652.50 | |
| P268653 | 11/16/99 | 00042 | PV | 960911 | 00042 | 005 | 12/16/99 | A | | 1,429.12 | | | 1,429.12 | 1,429.12 | |
| P268653 | 11/16/99 | 00042 | PV | 960911 | 00042 | 006 | 12/16/99 | A | | 764.26 | | | 764.26 | 764.26 | |
| Q179796 | 12/22/99 | 00042 | PV | 960979 | 00042 | 001 | 12/22/99 | A | | 1,544.27 | | | 1,544.27 | 1,544.27 | |
| Q179042 | 12/22/99 | 00042 | PV | 960986 | 00042 | 001 | 12/22/99 | A | | 1,544.27 | | | 1,544.27 | 1,544.27 | |
| Q179794 | 12/22/99 | 00042 | PV | 960997 | 00042 | 001 | 12/22/99 | A | | 1,544.27 | | | 1,544.27 | 1,544.27 | |
| Q179793 | 12/22/99 | 00042 | PV | 961073 | 00042 | 001 | 12/22/99 | A | | 1,544.27 | | | 1,544.27 | 1,544.27 | |
| Q179792 | 12/22/99 | 00042 | PV | 961101 | 00042 | 001 | 12/22/99 | A | | 1,544.27 | | | 1,544.27 | 1,544.27 | |
| Q179789 | 12/22/99 | 00042 | PV | 961118 | 00042 | 001 | 12/22/99 | A | | 1,544.27 | | | 1,544.27 | 1,544.27 | |
| Q179790 | 12/22/99 | 00042 | PV | 961182 | 00042 | 001 | 12/22/99 | A | | 1,544.27 | | | 1,544.27 | 1,544.27 | |
| Q179791 | 12/22/99 | 00042 | PV | 961195 | 00042 | 001 | 12/22/99 | A | | 1,544.27 | | | 1,544.27 | 1,544.27 | |
| Q279665 | 12/27/99 | 00042 | PV | 960969 | 00042 | 001 | 12/27/99 | A | | 2,564.66 | | | 2,564.66 | 2,564.66 | |
| Q280600 | 12/27/99 | 00042 | PV | 960967 | 00042 | 001 | 12/27/99 | A | | 865.78 | | | 865.78 | 865.78 | |
| P856185 | 12/10/99 | 00042 | PV | 959878 | 00042 | 001 | 1/9/00 | A | | 355.34 | | | 355.34 | 355.34 | |

R5504001A

Open AP Details with Aging

Accounts Payable Aging

2/11/00   8:35:29
Page -   937
As/Of   2/11/00

DISTRIBUTION / OPERATIONS   00042

TECH DATA CORP.   102698R

| Invoice Number | Invoice Date | Co | Ty | Document | Co | Item | Due Date | PS | Current | Aging 31-60 | 61-90 | Over 90 | Balance Original | Balance Open | Disc Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P856185 | 12/10/99 | 00042 | PV | 959878 | 00042 | 002 | 1/9/00 | A | | 2,132.04 | | | 2,132.04 | 2,132.04 | |
| P856185 | 12/10/99 | 00042 | PV | 959878 | 00042 | 003 | 1/9/00 | A | | 89.78 | | | 89.78 | 89.78 | |
| Q817275 | 1/18/00 | 00042 | PV | 960973 | 00042 | 001 | 1/18/00 | A | 208.73 | | | | 208.73 | 208.73 | |
| DM79475 020800 | 2/8/00 | 00042 | PD | 960305 | 00042 | 001 | 2/10/00 | A | 58.18- | | | | 58.18- | 58.18- | |
| DM79474 020800 | 2/8/00 | 00042 | PD | 960336 | 00042 | 001 | 2/10/00 | A | 502.46- | | | | 502.46- | 502.46- | |
| DM79476 | 2/8/00 | 00042 | PD | 960363 | 00042 | 001 | 2/10/00 | A | 467.34- | | | | 467.34- | 467.34- | |
| DM81243 012800 | 12/22/99 | 00042 | PD | 960884 | 00042 | 001 | 2/10/00 | A | 1,544.27- | | | | 1,544.27- | 1,544.27- | |
| DM81245 012800 | 12/22/99 | 00042 | PD | 960890 | 00042 | 001 | 2/10/00 | A | 1,544.27- | | | | 1,544.27- | 1,544.27- | |
| DM81226 012800 | 12/22/99 | 00042 | PD | 961061 | 00042 | 001 | 2/10/00 | A | 1,544.27- | | | | 1,544.27- | 1,544.27- | |
| DM81225 012800 | 12/22/99 | 00042 | PD | 961088 | 00042 | 001 | 2/10/00 | A | 1,544.27- | | | | 1,544.27- | 1,544.27- | |
| DM81224 012800 | 12/22/99 | 00042 | PD | 961107 | 00042 | 001 | 2/10/00 | A | 1,544.27- | | | | 1,544.27- | 1,544.27- | |
| DM81218 012800 | 12/22/99 | 00042 | PD | 961132 | 00042 | 001 | 2/10/00 | A | 1,544.27- | | | | 1,544.27- | 1,544.27- | |
| DM81240 012800 | 12/22/99 | 00042 | PD | 961171 | 00042 | 001 | 2/10/00 | A | 1,544.27- | | | | 1,544.27- | 1,544.27- | |
| DM81239 012800 | 12/22/99 | 00042 | PD | 961200 | 00042 | 001 | 2/10/00 | A | 1,544.27- | | | | 1,544.27- | 1,544.27- | |
| DM81666 020900 | 11/16/99 | 00042 | PD | 961223 | 00042 | 001 | 2/10/00 | A | 764.26- | | | | 764.26- | 764.26- | |
| DM81667 020900 | 1/24/00 | 00042 | PD | 961328 | 00042 | 001 | 2/10/00 | A | 1,035.21- | | | | 1,035.21- | 1,035.21- | |
| DM81668 020900 | 1/18/00 | 00042 | PD | 961331 | 00042 | 001 | 2/10/00 | A | 208.73- | | | | 208.73- | 208.73- | |
| DM81659 020400 | 12/27/99 | 00042 | PD | 961334 | 00042 | 001 | 2/10/00 | A | 865.78- | | | | 865.78- | 865.78- | |
| DM81660 020400 | 12/27/99 | 00042 | PD | 961339 | 00042 | 001 | 2/10/00 | A | 2,564.66- | | | | 2,564.66- | 2,564.66- | |
| Q794555 | 1/17/00 | 00042 | PV | 927772 | 00042 | 001 | 2/16/00 | A | 256.06 | | | | 256.06 | 256.06 | |
| Q794555 | 1/17/00 | 00042 | PV | 927772 | 00042 | 002 | 2/16/00 | A | 55.24 | | | | 55.24 | 55.24 | |

R5504001A

Open A/P Details with Aging

Accounts Payable Aging

2/11/00     8:35:29
Page -           938
As Of     2/11/00

DISTRIBUTION / OPERATIONS

TECH DATA CORP                    1025BR          00042

| Invoice Number | Invoice Date | Co | Ty | Document | Co | Document Reference | Itum | Due Date | PS | Current | 31 - 60 | 61 - 90 | Over 90 | Balance Original | Balance Open | Disc Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q794555 | 1/17/00 | 00042 | PV | 927772 | 00042 | 003 | 2/16/00 | A |  | 6.75 |  |  |  | 6.75 | 6.75 |  |
| Q794556 | 1/17/00 | 00042 | PV | 927779 | 00042 | 001 | 2/16/00 | A |  | 256.06 |  |  |  | 256.06 | 256.06 |  |
| Q794556 | 1/17/00 | 00042 | PV | 927779 | 00042 | 002 | 2/16/00 | A |  | 55.24 |  |  |  | 55.24 | 55.24 |  |
| Q794556 | 1/17/00 | 00042 | PV | 927779 | 00042 | 003 | 2/16/00 | A |  | 6.75 |  |  |  | 6.75 | 6.75 |  |
| Q794558 | 1/17/00 | 00042 | PV | 927793 | 00042 | 001 | 2/16/00 | A |  | 256.06 |  |  |  | 256.06 | 256.06 |  |
| Q794558 | 1/17/00 | 00042 | PV | 927793 | 00042 | 002 | 2/16/00 | A |  | 55.24 |  |  |  | 55.24 | 55.24 |  |
| Q794558 | 1/17/00 | 00042 | PV | 927793 | 00042 | 003 | 2/16/00 | A |  | 6.75 |  |  |  | 6.75 | 6.75 |  |
| Q794560 | 1/17/00 | 00042 | PV | 927800 | 00042 | 001 | 2/16/00 | A |  | 55.24 |  |  |  | 55.24 | 55.24 |  |
| Q794560 | 1/17/00 | 00042 | PV | 927800 | 00042 | 002 | 2/16/00 | A |  | 6.32 |  |  |  | 6.32 | 6.32 |  |
| Q794561 | 1/17/00 | 00042 | PV | 927812 | 00042 | 001 | 2/16/00 | A |  | 55.24 |  |  |  | 55.24 | 55.24 |  |
| Q794561 | 1/17/00 | 00042 | PV | 927812 | 00042 | 002 | 2/16/00 | A |  | 6.32 |  |  |  | 6.32 | 6.32 |  |
| Q793995 | 1/17/00 | 00042 | PV | 927824 | 00042 | 001 | 2/16/00 | A |  | 135.35 |  |  |  | 135.35 | 135.35 |  |
| Q793995 | 1/17/00 | 00042 | PV | 927824 | 00042 | 002 | 2/16/00 | A |  | 9.72 |  |  |  | 9.72 | 9.72 |  |
| Q792056 | 1/17/00 | 00042 | PV | 927830 | 00042 | 001 | 2/16/00 | A |  | 133.66 |  |  |  | 133.66 | 133.66 |  |
| Q792056 | 1/17/00 | 00042 | PV | 927830 | 00042 | 002 | 2/16/00 | A |  | 8.92 |  |  |  | 8.92 | 8.92 |  |
| Q791093 | 1/17/00 | 00042 | PV | 927838 | 00042 | 001 | 2/16/00 | A |  | 6,136.84 |  |  |  | 6,136.84 | 6,136.84 |  |
| Q791093 | 1/17/00 | 00042 | PV | 927838 | 00042 | 002 | 2/16/00 | A |  | 150.12 |  |  |  | 150.12 | 150.12 |  |
| Q755576 | 1/17/00 | 00042 | PV | 927844 | 00042 | 001 | 2/16/00 | A |  | 148.54 |  |  |  | 148.54 | 148.54 |  |
| Q794534 | 1/17/00 | 00042 | PV | 927851 | 00042 | 001 | 2/16/00 | A |  | 1,539.65 |  |  |  | 1,539.65 | 1,539.65 |  |
| Q790826 | 1/17/00 | 00042 | PV | 927856 | 00042 | 001 | 2/16/00 | A |  | 30.20 |  |  |  | 30.20 | 30.20 |  |
| Q794535 | 1/17/00 | 00042 | PV | 927862 | 00042 | 001 | 2/16/00 | A |  | 307.93 |  |  |  | 307.93 | 307.93 |  |

**R5504001A**

Open A/P Details with Aging
Accounts Payable Aging

2/11/00 Page - 939
8:35:29 AsOf 2/11/00

DISTRIBUTION / OPERATIONS 00042

TECH DATA CORP. 1025988

| Invoice Number | Invoice Date | Co | Ty | Document | Co | Item | Due Date | ES | Current | 31 - 60 | 61 - 90 | Over 90 | Balance Original | Balance Open | Disct Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q794635 | 1/17/00 | 00042 | PV | 927862 | 00042 | 002 | 2/16/00 | A | 3.98 | | | | 3.98 | 3.98 | |
| Q794636 | 1/17/00 | 00042 | PV | 927867 | 00042 | 001 | 2/16/00 | A | 615.86 | | | | 615.86 | 615.86 | |
| Q794636 | 1/17/00 | 00042 | PV | 927867 | 00042 | 002 | 2/16/00 | A | 5.03 | | | | 5.03 | 5.03 | |
| Q794637 | 1/17/00 | 00042 | PV | 927872 | 00042 | 001 | 2/16/00 | A | 615.86 | | | | 615.86 | 615.86 | |
| Q794637 | 1/17/00 | 00042 | PV | 927872 | 00042 | 002 | 2/16/00 | A | 5.03 | | | | 5.03 | 5.03 | |
| Q794552 | 1/17/00 | 00042 | PV | 927879 | 00042 | 001 | 2/16/00 | A | 1,024.24 | | | | 1,024.24 | 1,024.24 | |
| Q794552 | 1/17/00 | 00042 | PV | 927879 | 00042 | 002 | 2/16/00 | A | 220.96 | | | | 220.96 | 220.96 | |
| Q794552 | 1/17/00 | 00042 | PV | 927879 | 00042 | 003 | 2/16/00 | A | 11.21 | | | | 11.21 | 11.21 | |
| Q793374 | 1/17/00 | 00042 | PV | 927886 | 00042 | 001 | 2/16/00 | A | 3,158.07 | | | | 3,158.07 | 3,158.07 | |
| Q793374 | 1/17/00 | 00042 | PV | 927886 | 00042 | 002 | 2/16/00 | A | 36.81 | | | | 36.81 | 36.81 | |
| Q793476 | 1/17/00 | 00042 | PV | 927898 | 00042 | 001 | 2/16/00 | A | 389.37 | | | | 389.37 | 389.37 | |
| Q793476 | 1/17/00 | 00042 | PV | 927898 | 00042 | 002 | 2/16/00 | A | 11.17 | | | | 11.17 | 11.17 | |
| Q793372 | 1/17/00 | 00042 | PV | 927903 | 00042 | 001 | 2/16/00 | A | 21,053.80 | | | | 21,053.80 | 21,053.80 | |
| Q793372 | 1/17/00 | 00042 | PV | 927903 | 00042 | 002 | 2/16/00 | A | 314.47 | | | | 314.47 | 314.47 | |
| Q793288 | 1/17/00 | 00042 | PV | 928003 | 00042 | 001 | 2/16/00 | A | 611.68 | | | | 611.68 | 611.68 | |
| Q793288 | 1/17/00 | 00042 | PV | 928003 | 00042 | 002 | 2/16/00 | A | 42.00 | | | | 42.00 | 42.00 | |
| Q792798 | 1/17/00 | 00042 | PV | 928010 | 00042 | 002 | 2/16/00 | A | 36.35 | | | | 36.35 | 36.35 | |
| Q792811 | 1/17/00 | 00042 | PV | 928015 | 00042 | 001 | 2/16/00 | A | 153.45 | | | | 153.45 | 153.45 | |
| Q792811 | 1/17/00 | 00042 | PV | 928015 | 00042 | 002 | 2/16/00 | A | 8.88 | | | | 8.88 | 8.88 | |
| Q792946 | 1/17/00 | 00042 | PV | 928022 | 00042 | 001 | 2/16/00 | A | 50.13 | | | | 50.13 | 50.13 | |
| Q792946 | 1/17/00 | 00042 | PV | 928022 | 00042 | 002 | 2/16/00 | A | 9.65 | | | | 9.65 | 9.65 | |

R550A001A

Open A/P Details with Aging
Accounts Payable Aging

2/11/00   8:35:29
Page -        940
As Of:   2/11/00

TECH DATA CORP

DISTRIBUTION / OPERATIONS                     00042

| Invoice Number | Invoice Date | Co | Ty | Document | Reference Document | Co | Item | Due Date | P S | Current | 31 - 60 | 61 - 90 | Over 90 | Balance Original | Balance Open | Disc Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1025@8 | | | | | | | | | | | |
| Q792983 | 1/17/00 | 00042 | PV | 928026 | 00042 | 001 | | 2/16/00 | A | 55.17 | | | | 55.17 | 55.17 | 55.17 |
| Q792983 | 1/17/00 | 00042 | PV | 928026 | 00042 | 002 | | 2/16/00 | A | 13.82 | | | | 13.82 | 13.82 | 13.82 |
| Q792324 | 1/17/00 | 00042 | PV | 928032 | 00042 | 001 | | 2/16/00 | A | 273.94 | | | | 273.94 | 273.94 | 273.94 |
| Q792324 | 1/17/00 | 00042 | PV | 928032 | 00042 | 002 | | 2/16/00 | A | 7.52 | | | | 7.52 | 7.52 | 7.52 |
| Q790391 | 1/17/00 | 00042 | PV | 928038 | 00042 | 001 | | 2/16/00 | A | 437.63 | | | | 437.63 | 437.63 | 437.63 |
| Q790391 | 1/17/00 | 00042 | PV | 928038 | 00042 | 002 | | 2/16/00 | A | 16.60 | | | | 16.60 | 16.60 | 16.60 |
| Q790419 | 1/17/00 | 00042 | PV | 928043 | 00042 | 001 | | 2/16/00 | A | 2,092.56 | | | | 2,092.56 | 2,092.56 | 2,092.56 |
| Q790419 | 1/17/00 | 00042 | PV | 928043 | 00042 | 002 | | 2/16/00 | A | 41.69 | | | | 41.69 | 41.69 | 41.69 |
| Q790420 | 1/17/00 | 00042 | PV | 928047 | 00042 | 001 | | 2/16/00 | A | 402.41 | | | | 402.41 | 402.41 | 402.41 |
| Q790420 | 1/17/00 | 00042 | PV | 928047 | 00042 | 002 | | 2/16/00 | A | 23.09 | | | | 23.09 | 23.09 | 23.09 |
| Q790997 | 1/17/00 | 00042 | PV | 928049 | 00042 | 001 | | 2/16/00 | A | 256.06 | | | | 256.06 | 256.06 | 256.06 |
| Q790997 | 1/17/00 | 00042 | PV | 928049 | 00042 | 002 | | 2/16/00 | A | 38.36 | | | | 38.36 | 38.36 | 38.36 |
| Q790997 | 1/17/00 | 00042 | PV | 928049 | 00042 | 003 | | 2/16/00 | A | 6.82 | | | | 6.82 | 6.82 | 6.82 |
| Q791006 | 1/17/00 | 00042 | PV | 928055 | 00042 | 001 | | 2/16/00 | A | 256.06 | | | | 256.06 | 256.06 | 256.06 |
| Q791006 | 1/17/00 | 00042 | PV | 928055 | 00042 | 002 | | 2/16/00 | A | 38.36 | | | | 38.36 | 38.36 | 38.36 |
| Q791006 | 1/17/00 | 00042 | PV | 928055 | 00042 | 003 | | 2/16/00 | A | 6.82 | | | | 6.82 | 6.82 | 6.82 |
| Q791177 | 1/17/00 | 00042 | PV | 928063 | 00042 | 001 | | 2/16/00 | A | 30.18 | | | | 30.18 | 30.18 | 30.18 |
| Q791178 | 1/17/00 | 00042 | PV | 928066 | 00042 | 001 | | 2/16/00 | A | 329.98 | | | | 329.98 | 329.98 | 329.98 |
| Q791178 | 1/17/00 | 00042 | PV | 928066 | 00042 | 002 | | 2/16/00 | A | 19.67 | | | | 19.67 | 19.67 | 19.67 |
| Q791179 | 1/17/00 | 00042 | PV | 928069 | 00042 | 001 | | 2/16/00 | A | 42.38 | | | | 42.38 | 42.38 | 42.38 |
| Q791179 | 1/17/00 | 00042 | PV | 928069 | 00042 | 002 | | 2/16/00 | A | 14.78 | | | | 14.78 | 14.78 | 14.78 |

R5504001A

Open A/P Details with Aging
Accounts Payable Aging

8:35:39
2/11/00    Page -    11:41
AsOf    2/11/00

| Invoice Number | Invoice Date | Co | Ty | Document | Document Reference Cu Item | Due Date | P/S | Current | 31 - 60 | Aging 61 - 90 | Over 90 | Balance Original | Balance Open | Disct Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION / OPERATIONS | | | | | 00042 | | | | | | | | | |
| TECH DATA CORP | | | | | 102598 | | | | | | | | | |
| R137384 | 1/31/00 | 00042 | PV | 950784 | 00042 001 | 3/1/00 | A | 198.19 | | | | 198.19 | 198.19 | |
| R137360 | 1/31/00 | 00042 | PV | 950787 | 00042 001 | 3/1/00 | A | 198.19 | | | | 198.19 | 198.19 | |
| R136861 | 1/31/00 | 00042 | PV | 950789 | 00042 001 | 3/1/00 | A | 11.07 | | | | 11.07 | 11.07 | |
| R133685 | 1/31/00 | 00042 | PV | 950791 | 00042 001 | 3/1/00 | A | 182.09 | | | | 182.09 | 182.09 | |
| R133428 | 1/31/00 | 00042 | PV | 950794 | 00042 001 | 3/1/00 | A | 156.94 | | | | 156.94 | 156.94 | |
| R131059 | 1/31/00 | 00042 | PV | 950795 | 00042 001 | 3/1/00 | A | 208.99 | | | | 208.99 | 208.99 | |
| R231765 | 2/2/00 | 00042 | PV | 959340 | 00042 001 | 3/3/00 | A | 439.22 | | | | 439.22 | 439.22 | |
| R231765 | 2/2/00 | 00042 | PV | 959340 | 00042 002 | 3/3/00 | A | 30.15 | | | | 30.15 | 30.15 | |
| R280581 | 2/4/00 | 00042 | PV | 959801 | 00042 001 | 3/5/00 | A | 2,241.40 | | | | 2,241.40 | 2,241.40 | |
| R284446 | 2/4/00 | 00042 | PV | 959825 | 00042 001 | 3/5/00 | A | 631.00 | | | | 631.00 | 631.00 | |
| R284446 | 2/4/00 | 00042 | PV | 959825 | 00042 002 | 3/5/00 | A | 1,262.00 | | | | 1,262.00 | 1,262.00 | |
| R284446 | 2/4/00 | 00042 | PV | 959826 | 00042 003 | 3/5/00 | A | 1,262.00 | | | | 1,262.00 | 1,262.00 | |
| R287874 | 2/4/00 | 00042 | PV | 959836 | 00042 001 | 3/5/00 | A | 224.14 | | | | 224.14 | 224.14 | |
| TECH DATA CORP | | | | 102598 | | | | 4,076,328.07 | 27,699.06 | | | 4,104,027.13 | 4,104,027.13 | |
| EPSON AMERICA INC | | | | | 102703 | | | | | | | | | |
| 20-68962-21 | 1/17/00 | 00042 | PV | 928007 | 00042 001 | 2/16/00 | A | 78.00 | | | | 78.00 | 78.00 | |
| 20-69022-21 | 1/17/00 | 00042 | PV | 928017 | 00042 001 | 2/16/00 | A | 78.00 | | | | 78.00 | 78.00 | |
| 20-68961-21 | 1/17/00 | 00042 | PV | 939604 | 00042 001 | 2/16/00 | A | 78.00 | | | | 78.00 | 78.00 | |
| 20-69423-11 | 1/18/00 | 00042 | PV | 938416 | 00042 001 | 2/17/00 | A | 5,408.00 | | | | 5,408.00 | 5,408.00 | |
| 20-69423-11 | 1/18/00 | 00042 | PV | 938416 | 00042 002 | 2/17/00 | A | 7,234.00 | | | | 7,234.00 | 7,234.00 | |
| 20-39421-11 | 1/18/00 | 00042 | PV | 938428 | 00042 001 | 2/17/00 | A | 242.00 | | | | 242.00 | 242.00 | |