

5301 Tech Data Drive
Clearwater, FL 34620

| Customer Information |
|---|
| 1147688 |
| INACOM |
| 10810 FARNAM DR |
| SUITE 200 |
| OMAHA    NE    68154 |

| | |
|---|---:|
| Total | 929,187.11 |
| Current | -1,097.25 |
| 30 | -10,472.86 |
| 60 | 34,526.64 |
| 90 | 88,033.12 |
| 120 | 818,197.46 |

| PO/RA # | Type | Doc No | Age | Open Amount | Inv Dt | Inv Due Dt | Notes |
|---|---|---|---|---:|---|---|---|
| 0 | DM | DM64422 | 120 | 2,143.00 | 8/1/1997 | 8/31/1997 | - |
| 0 | DM | DM65297 | 120 | 1,407.70 | 9/19/1997 | 10/19/1997 | - |
| 0 | DM | DM65298 | 120 | 1,622.00 | 9/19/1997 | 10/19/1997 | - |
| 0 | DM | DM65874 | 120 | 806.89 | 10/22/1997 | 11/21/1997 | - |
| 0 | DM | DM66051 | 120 | 3,404.10 | 11/19/1997 | 12/19/1997 | - |
| 0 | DM | DM67119 | 120 | 499.38 | 2/26/1998 | 3/28/1998 | - |
| 0 | IN | C732552 | 120 | 3,204.55 | 3/24/1998 | 4/23/1998 | - |
| 0 | IN | C890992 | 120 | 736.72 | 4/2/1998 | 5/2/1998 | - |
| 0 | DM | DM68297 | 120 | 423.12 | 4/15/1998 | 5/15/1998 | - |
| 0 | DM | 2072197 | 120 | 6,738.00 | 4/22/1998 | 5/22/1998 | - |
| 0 | IN | D385133 | 120 | 1,322.09 | 5/7/1998 | 6/6/1998 | - |
| 0 | IN | D399098 | 120 | 523.69 | 5/8/1998 | 6/7/1998 | - |
| 0 | IN | D583930 | 120 | 7,508.00 | 5/21/1998 | 6/20/1998 | - |
| 0 | IN | D614383 | 120 | 1,129.06 | 5/26/1998 | 6/25/1998 | - |
| 0 | IN | D656223 | 120 | 293.17 | 5/28/1998 | 6/27/1998 | - |
| 0 | IN | D722338 | 120 | 379.23 | 6/2/1998 | 7/2/1998 | - |
| 0 | IN | D864520 | 120 | 231.62 | 6/12/1998 | 7/12/1998 | - |
| 0 | IN | D903487 | 120 | 2,418.85 | 6/16/1998 | 7/16/1998 | - |
| 0 | DM | CM36260 | 120 | 2,228.16 | 6/16/1998 | 7/16/1998 | - |
| 0 | IN | E078502 | 120 | 252.12 | 6/26/1998 | 7/26/1998 | - |
| 0 | DM | 9345691 | 120 | 1,173.55 | 6/29/1998 | 7/29/1998 | - |
| 0 | DM | DM69492 | 120 | 412.45 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69482 | 120 | 2,908.69 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69689 | 120 | 295.90 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69685 | 120 | 375.32 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69683 | 120 | 276.82 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69530 | 120 | 1,532.33 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69504 | 120 | 460.09 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69501 | 120 | 1,148.41 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69494 | 120 | 248.96 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69483 | 120 | 382.41 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69463 | 120 | 1,007.60 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69477 | 120 | 1,047.37 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69476 | 120 | 2,212.63 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69475 | 120 | 1,362.63 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69474 | 120 | 2,735.00 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69469 | 120 | 1,135.44 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69490 | 120 | 632.00 | 6/30/1998 | 7/30/1998 | - |
| 0 | DM | DM69485 | 120 | 216.60 | 6/30/1998 | 7/30/1998 | - |
| 0 | IN | E218309 | 120 | 1,105.08 | 7/7/1998 | 8/6/1998 | - |

6/27/2000
10:19 AM

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---|---|---|---|
| 0 | IN | E340938 | 120 | 111.34 | 7/15/1998 | 8/14/1998 | - |
| 0 | IN | E363678 | 120 | 100.74 | 7/16/1998 | 8/15/1998 | - |
| 0 | IN | E383678 | 120 | 7,100.00 | 7/17/1998 | 8/16/1998 | - |
| 0 | CM | 66732DM | 120 | -1,326.85 | 8/17/1998 | 8/17/1998 | - |
| 0 | IN | E547992 | 120 | 1,030.75 | 7/30/1998 | 8/29/1998 | - |
| 0 | DM | DM69991 | 120 | 1,478.05 | 7/31/1998 | 8/30/1998 | - |
| 0 | DM | DM69983 | 120 | 671.80 | 7/31/1998 | 8/30/1998 | - |
| 0 | CM | D302999 | 120 | -28.10 | 9/1/1998 | 9/1/1998 | - |
| 0 | IN | E635680 | 120 | 464.08 | 8/5/1998 | 9/4/1998 | - |
| 0 | IN | E673770 | 120 | 117.21 | 8/7/1998 | 9/6/1998 | - |
| 0 | IN | E684887 | 120 | 192.33 | 8/7/1998 | 9/6/1998 | - |
| 0 | CM | 519900 | 120 | -292.40 | 9/10/1998 | 9/10/1998 | - |
| 0 | CM | 519899 | 120 | -75.95 | 9/10/1998 | 9/10/1998 | - |
| 0 | IN | E731576 | 120 | 946.70 | 8/12/1998 | 9/11/1998 | - |
| 0 | IN | E731899 | 120 | 1,831.32 | 8/12/1998 | 9/11/1998 | - |
| 0 | IN | E743703 | 120 | 755.72 | 8/12/1998 | 9/11/1998 | - |
| 0 | IN | E746926 | 120 | 969.94 | 8/12/1998 | 9/11/1998 | - |
| 0 | IN | E789652 | 120 | 346.22 | 8/14/1998 | 9/13/1998 | - |
| 0 | IN | E790397 | 120 | 347.15 | 8/14/1998 | 9/13/1998 | - |
| 0 | CM | E695987 | 120 | -199.26 | 9/15/1998 | 9/15/1998 | - |
| 0 | IN | E839288 | 120 | 346.22 | 8/19/1998 | 9/18/1998 | - |
| 0 | IN | E848134 | 120 | 736.65 | 8/19/1998 | 9/18/1998 | - |
| 0 | IN | E851363 | 120 | 386.88 | 8/20/1998 | 9/19/1998 | - |
| 0 | DM | DM70782 | 120 | 50.00 | 8/20/1998 | 9/19/1998 | - |
| 0 | DM | 3150542 | 120 | 181.28 | 8/20/1998 | 9/19/1998 | - |
| 0 | IN | E886047 | 120 | 688.83 | 8/21/1998 | 9/20/1998 | - |
| 0 | IN | E886083 | 120 | 726.17 | 8/21/1998 | 9/20/1998 | - |
| 0 | IN | E905978 | 120 | 229.48 | 8/24/1998 | 9/23/1998 | - |
| 0 | DM | E465178 | 120 | 251.70 | 8/25/1998 | 9/24/1998 | - |
| 0 | DM | 349176 | 120 | 118.40 | 8/25/1998 | 9/24/1998 | - |
| 0 | DM | E424127 | 120 | 313.98 | 8/25/1998 | 9/24/1998 | - |
| 0 | DM | E363736 | 120 | 109.25 | 8/25/1998 | 9/24/1998 | - |
| 0 | DM | E286486 | 120 | 124.86 | 8/25/1998 | 9/24/1998 | - |
| 0 | IN | E914780 | 120 | 3,533.20 | 8/25/1998 | 9/24/1998 | - |
| 0 | DM | 353932 | 120 | 5,235.00 | 8/25/1998 | 9/24/1998 | - |
| 0 | IN | F061423 | 120 | 802.35 | 9/3/1998 | 10/3/1998 | - |
| 0 | IN | F180025 | 120 | 197.53 | 9/14/1998 | 10/14/1998 | - |
| 0 | DM | DM71429 | 120 | 11,028.64 | 9/15/1998 | 10/15/1998 | - |
| 0 | IN | F208212 | 120 | 543.51 | 9/15/1998 | 10/15/1998 | - |
| 0 | DM | DM71384 | 120 | 7,110.00 | 9/15/1998 | 10/15/1998 | - |
| 0 | DM | DM71387 | 120 | 79.47 | 9/15/1998 | 10/15/1998 | - |
| 0 | IN | F251090 | 120 | 7,480.56 | 9/17/1998 | 10/17/1998 | - |
| 0 | IN | F251403 | 120 | 246.50 | 9/17/1998 | 10/17/1998 | - |
| 0 | IN | F252671 | 120 | 432.59 | 9/18/1998 | 10/18/1998 | - |
| 0 | IN | F254709 | 120 | 274.43 | 9/18/1998 | 10/18/1998 | - |
| 0 | CM | CM37981 | 120 | -.30 | 10/21/1998 | 10/21/1998 | - |
| 0 | IN | F330767 | 120 | 4,472.43 | 9/23/1998 | 10/23/1998 | - |
| 0 | IN | F337260 | 120 | 9,748.84 | 9/24/1998 | 10/24/1998 | - |
| 0 | DM | 71259 | 120 | 3,491.00 | 9/24/1998 | 10/24/1998 | - |
| 0 | DM | 71567 | 120 | 8,997.00 | 9/24/1998 | 10/24/1998 | - |
| 0 | IN | F373404 | 120 | 214.10 | 9/28/1998 | 10/28/1998 | - |
| 0 | DM | DM71671 | 120 | 552.00 | 9/30/1998 | 10/30/1998 | - |
| 0 | DM | E943358 | 120 | 455.54 | 9/30/1998 | 10/30/1998 | - |
| 0 | DM | DM71677 | 120 | 2,475.00 | 9/30/1998 | 10/30/1998 | - |
| 0 | DM | DM71674 | 120 | 1,033.95 | 9/30/1998 | 10/30/1998 | - |
| 0 | DM | DM71668 | 120 | 264.05 | 9/30/1998 | 10/30/1998 | - |
| 0 | DM | DM71652 | 120 | 838.14 | 9/30/1998 | 10/30/1998 | - |

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | otes |
|---|---|---|---|---|---|---|---|
| 0 | DM | DM71676 | 120 | 920.30 | 9/30/1998 | 10/30/1998 | - |
| 0 | IN | F586710 | 120 | 228.14 | 10/9/1998 | 11/8/1998 | - |
| 0 | IN | F631098 | 120 | 4,472.43 | 10/13/1998 | 11/12/1998 | - |
| 0 | IN | F663461 | 120 | 905.40 | 10/15/1998 | 11/14/1998 | - |
| 0 | CM | CK00939 | 120 | -190.18 | 11/16/1998 | 11/16/1998 | - |
| 0 | IN | F756783 | 120 | 452.35 | 10/21/1998 | 11/20/1998 | - |
| 0 | IN | F763675 | 120 | 2,160.00 | 10/21/1998 | 11/20/1998 | - |
| 0 | IN | F786976 | 120 | 383.15 | 10/22/1998 | 11/21/1998 | - |
| 0 | IN | F799975 | 120 | 479.04 | 10/23/1998 | 11/22/1998 | - |
| 0 | IN | F813610 | 120 | 147.04 | 10/23/1998 | 11/22/1998 | - |
| 0 | IN | F880660 | 120 | 509.03 | 10/28/1998 | 11/27/1998 | - |
| 0 | IN | F887055 | 120 | 175.54 | 10/29/1998 | 11/28/1998 | - |
| 0 | IN | F908305 | 120 | 516.85 | 10/29/1998 | 11/28/1998 | - |
| 0 | DM | DM72097 | 120 | 158.39 | 10/30/1998 | 11/29/1998 | - |
| 0 | IN | F930279 | 120 | 114.60 | 10/30/1998 | 11/29/1998 | - |
| 0 | DM | DM71278 | 120 | 230.88 | 10/30/1998 | 11/29/1998 | - |
| 0 | DM | DM71673 | 120 | 733.30 | 10/30/1998 | 11/29/1998 | - |
| 0 | DM | DM72095 | 120 | 3,300.00 | 10/30/1998 | 11/29/1998 | - |
| 0 | CM | 4072430 | 120 | -42.91 | 12/3/1998 | 12/3/1998 | - |
| 0 | IN | F973089 | 120 | 223.78 | 11/3/1998 | 12/3/1998 | - |
| 0 | IN | G060907 | 120 | 518.86 | 11/9/1998 | 12/9/1998 | - |
| 0 | CM | 9769905 | 120 | -.14 | 12/9/1998 | 12/9/1998 | - |
| 0 | IN | G060319 | 120 | 158.08 | 11/9/1998 | 12/9/1998 | - |
| 0 | IN | G087117 | 120 | 202.93 | 11/10/1998 | 12/10/1998 | - |
| 0 | IN | G177437 | 120 | 187.33 | 11/16/1998 | 12/16/1998 | - |
| 0 | IN | G207769 | 120 | 109.80 | 11/18/1998 | 12/18/1998 | - |
| 0 | DM | 9734596 | 120 | 967.80 | 11/23/1998 | 12/23/1998 | - |
| 0 | IN | G334967 | 120 | 317.64 | 11/25/1998 | 12/25/1998 | - |
| 0 | IN | G445474 | 120 | 435.83 | 12/3/1998 | 1/2/1999 | - |
| 0 | DM | DM24446 | 120 | 612.24 | 12/3/1998 | 1/2/1999 | - |
| 0 | DM | DM72445 | 120 | 1,954.98 | 12/3/1998 | 1/2/1999 | - |
| 0 | IN | G458825 | 120 | 311.07 | 12/4/1998 | 1/3/1999 | - |
| 0 | IN | G518882 | 120 | 1,592.04 | 12/8/1998 | 1/7/1999 | - |
| 0 | IN | G530116 | 120 | 1,818.44 | 12/9/1998 | 1/8/1999 | - |
| 0 | IN | G627638 | 120 | 642.80 | 12/15/1998 | 1/14/1999 | - |
| 0 | IN | G648785 | 120 | 317.19 | 12/16/1998 | 1/15/1999 | - |
| 0 | IN | G675317 | 120 | 3,226.11 | 12/17/1998 | 1/16/1999 | - |
| 0 | IN | G731549 | 120 | 190.16 | 12/22/1998 | 1/21/1999 | - |
| 0 | DM | DM72484 | 120 | 120.90 | 12/28/1998 | 1/27/1999 | - |
| 0 | DM | DM74747 | 120 | 2,229.00 | 12/28/1998 | 1/27/1999 | - |
| 0 | DM | DM72483 | 120 | 158.60 | 12/28/1998 | 1/27/1999 | - |
| 0 | IN | H013065 | 120 | 155.35 | 1/11/1999 | 2/10/1999 | - |
| 0 | IN | H062618 | 120 | 2,209.38 | 1/13/1999 | 2/12/1999 | - |
| 0 | CM | G528643 | 120 | -23.37 | 2/23/1999 | 2/23/1999 | - |
| 0 | CM | G563321 | 120 | -22.72 | 2/23/1999 | 2/23/1999 | - |
| 0 | CM | G469256 | 120 | -16.18 | 2/23/1999 | 2/23/1999 | - |
| 0 | CM | G630438 | 120 | -14.43 | 2/23/1999 | 2/23/1999 | - |
| 0 | IN | H307426 | 120 | 244.54 | 1/27/1999 | 2/26/1999 | - |
| 0 | DM | 9899852 | 120 | 2,563.21 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | 9899905 | 120 | 187.18 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | 9899900 | 120 | 70.78 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | 9899898 | 120 | 63.57 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | 9899893 | 120 | 387.32 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | 9899862 | 120 | 502.26 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | 9899843 | 120 | 1,048.12 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | DM73910 | 120 | 253.90 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | DM73908 | 120 | 690.61 | 1/28/1999 | 2/27/1999 | - |

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | otes |
|---|---|---|---|---|---|---|---|
| 0 | DM | DM73907 | 120 | 6,865.30 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | DM73906 | 120 | 4,241.01 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | DM73905 | 120 | 144.41 | 1/28/1999 | 2/27/1999 | - |
| 0 | DM | 9899889 | 120 | 6,779.60 | 1/28/1999 | 2/27/1999 | - |
| 0 | IN | H373903 | 120 | 3,442.50 | 1/29/1999 | 2/28/1999 | - |
| 0 | IN | H427408 | 120 | 3,524.05 | 2/3/1999 | 3/5/1999 | - |
| 0 | DM | DM72319 | 120 | 516.31 | 2/4/1999 | 3/6/1999 | - |
| 0 | DM | DM72320 | 120 | 1,139.98 | 2/4/1999 | 3/6/1999 | - |
| 0 | IN | H480881 | 120 | 134.62 | 2/5/1999 | 3/7/1999 | - |
| 0 | IN | H492043 | 120 | 2,023.71 | 2/5/1999 | 3/7/1999 | - |
| 0 | CM | H210362 | 120 | -900.00 | 3/9/1999 | 3/9/1999 | - |
| 0 | IN | H526035 | 120 | 683.89 | 2/8/1999 | 3/10/1999 | - |
| 0 | IN | H541738 | 120 | 181.22 | 2/9/1999 | 3/11/1999 | - |
| 0 | IN | H639657 | 120 | 6,397.68 | 2/15/1999 | 3/17/1999 | - |
| 0 | DM | DM72318 | 120 | 1,021.58 | 2/17/1999 | 3/19/1999 | - |
| 0 | IN | H736348 | 120 | 1,409.62 | 2/19/1999 | 3/21/1999 | - |
| 0 | IN | H789784 | 120 | 156.25 | 2/23/1999 | 3/25/1999 | - |
| 0 | DM | 9991248 | 120 | 2,808.67 | 2/26/1999 | 3/28/1999 | - |
| 0 | IN | H873570 | 120 | 173.18 | 3/1/1999 | 3/31/1999 | - |
| 0 | IN | H920491 | 120 | 2,101.92 | 3/2/1999 | 4/1/1999 | - |
| 0 | DM | 7005210 | 120 | 381.83 | 3/3/1999 | 4/2/1999 | - |
| 0 | CM | D285947 | 120 | -434.22 | 4/5/1999 | 4/5/1999 | - |
| 0 | CM | D295551 | 120 | -434.22 | 4/12/1999 | 4/12/1999 | - |
| 0 | IN | J151307 | 120 | 257.35 | 3/15/1999 | 4/14/1999 | - |
| 0 | IN | J130059 | 120 | 104.72 | 3/15/1999 | 4/14/1999 | - |
| 0 | IN | J151864 | 120 | 264.79 | 3/15/1999 | 4/14/1999 | - |
| 0 | IN | J148341 | 120 | 466.64 | 3/15/1999 | 4/14/1999 | - |
| 0 | IN | J138047 | 120 | 1,958.25 | 3/15/1999 | 4/14/1999 | - |
| 0 | IN | J133078 | 120 | 182.24 | 3/15/1999 | 4/14/1999 | - |
| 0 | IN | J133432 | 120 | 128.30 | 3/15/1999 | 4/14/1999 | - |
| 0 | IN | J160552 | 120 | 367.67 | 3/16/1999 | 4/15/1999 | - |
| 0 | DM | 7050294 | 120 | 275.74 | 3/16/1999 | 4/15/1999 | - |
| 0 | IN | J250241 | 120 | 115.54 | 3/19/1999 | 4/18/1999 | - |
| 0 | CM | J101422 | 120 | -5.88 | 4/19/1999 | 4/19/1999 | - |
| 0 | CM | 7157374 | 120 | -102.27 | 4/22/1999 | 4/22/1999 | - |
| 0 | IN | J295672 | 120 | 36,330.18 | 3/24/1999 | 4/23/1999 | - |
| 0 | IN | J322544 | 120 | 120.61 | 3/24/1999 | 4/23/1999 | - |
| 0 | DM | DM74883 | 120 | 919.51 | 3/26/1999 | 4/25/1999 | - |
| 0 | DM | DM74890 | 120 | 707.00 | 3/26/1999 | 4/25/1999 | - |
| 0 | DM | DM74892 | 120 | 1,150.76 | 3/26/1999 | 4/25/1999 | - |
| 0 | DM | DM74894 | 120 | 1,000.00 | 3/26/1999 | 4/25/1999 | - |
| 0 | DM | DM74900 | 120 | 559.00 | 3/26/1999 | 4/25/1999 | - |
| 0 | DM | DM74878 | 120 | 2,268.29 | 3/26/1999 | 4/25/1999 | - |
| 0 | DM | DM74879 | 120 | 3,370.38 | 3/26/1999 | 4/25/1999 | - |
| 0 | DM | DM74881 | 120 | 765.36 | 3/26/1999 | 4/25/1999 | - |
| 0 | DM | DM74877 | 120 | 666.00 | 3/26/1999 | 4/25/1999 | - |
| 0 | DM | DM74448 | 120 | 3,100.00 | 3/30/1999 | 4/29/1999 | - |
| 0 | DM | DM74931 | 120 | 101.80 | 3/30/1999 | 4/29/1999 | - |
| 0 | DM | DM74930 | 120 | 305.40 | 3/30/1999 | 4/29/1999 | - |
| 0 | DM | DM74451 | 120 | 84.20 | 3/30/1999 | 4/29/1999 | - |
| 0 | DM | DM74447 | 120 | 1,080.00 | 3/30/1999 | 4/29/1999 | - |
| 0 | DM | DM74443 | 120 | 200.82 | 3/30/1999 | 4/29/1999 | - |
| 0 | IN | J414009 | 120 | 1,300.00 | 3/30/1999 | 4/29/1999 | - |
| 0 | DM | DM74929 | 120 | 101.80 | 3/30/1999 | 4/29/1999 | - |
| 0 | CM | J196391 | 120 | -2.00 | 4/30/1999 | 4/30/1999 | - |
| 0 | CM | 1559364 | 120 | -5.12 | 4/30/1999 | 4/30/1999 | - |
| 0 | CM | CM40597 | 120 | -126.95 | 5/5/1999 | 5/5/1999 | - |

6/27/2000
10:19 AM

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | otes |
|---|---|---|---|---:|---|---|---|
| 0 | IN | J610272 | 120 | 880.21 | 4/8/1999 | 5/8/1999 | - |
| 0 | IN | J638757 | 120 | 318.76 | 4/12/1999 | 5/12/1999 | - |
| 0 | IN | J682261 | 120 | 7,188.24 | 4/13/1999 | 5/13/1999 | - |
| 0 | IN | J726234 | 120 | 3,127.72 | 4/15/1999 | 5/15/1999 | - |
| 0 | CM | H469130 | 120 | -50.95 | 5/19/1999 | 5/19/1999 | - |
| 0 | CM | J029691 | 120 | -150.94 | 5/20/1999 | 5/20/1999 | - |
| 0 | IN | J833809 | 120 | 102.27 | 4/21/1999 | 5/21/1999 | - |
| 0 | DM | DM73959 | 120 | 19,329.60 | 4/24/1999 | 5/24/1999 | - |
| 0 | CM | 7236921 | 120 | -1,173.55 | 5/25/1999 | 5/25/1999 | - |
| 0 | IN | J937138 | 120 | 212.49 | 4/27/1999 | 5/27/1999 | - |
| 0 | IN | J938750 | 120 | 214.06 | 4/27/1999 | 5/27/1999 | - |
| 0 | CM | CK66330 | 120 | -20.01 | 5/27/1999 | 5/27/1999 | - |
| 0 | IN | K030111 | 120 | 228.70 | 4/30/1999 | 5/30/1999 | - |
| 0 | IN | K067852 | 120 | 300.00 | 5/4/1999 | 6/3/1999 | - |
| 0 | CM | DM68985 | 120 | -2.75 | 6/4/1999 | 6/4/1999 | - |
| 0 | IN | K135015 | 120 | 8,048.29 | 5/6/1999 | 6/5/1999 | - |
| 0 | IN | K272747 | 120 | 6,942.30 | 5/13/1999 | 6/12/1999 | - |
| 0 | IN | K252101 | 120 | 160.68 | 5/13/1999 | 6/12/1999 | - |
| 0 | CM | H941310 | 120 | -82.09 | 6/14/1999 | 6/14/1999 | - |
| 0 | DM | DM73957 | 120 | 1,678.40 | 5/20/1999 | 6/19/1999 | - |
| 0 | DM | DM73952 | 120 | 237.59 | 5/20/1999 | 6/19/1999 | - |
| 0 | DM | DM4016 | 120 | 1,582.00 | 5/20/1999 | 6/19/1999 | - |
| 0 | DM | DM7437 | 120 | 2,075.00 | 5/20/1999 | 6/19/1999 | - |
| 0 | DM | 6000044 | 120 | 708.00 | 5/20/1999 | 6/19/1999 | - |
| 0 | DM | DM4015 | 120 | 152.52 | 5/20/1999 | 6/19/1999 | - |
| 0 | IN | K406538 | 120 | 162.85 | 5/20/1999 | 6/19/1999 | - |
| 0 | IN | K454662 | 120 | 893.88 | 5/24/1999 | 6/23/1999 | - |
| 0 | IN | K466059 | 120 | 443.00 | 5/24/1999 | 6/23/1999 | - |
| 0 | IN | K470458 | 120 | 433.00 | 5/24/1999 | 6/23/1999 | - |
| 0 | DM | DM73953 | 120 | 970.87 | 5/25/1999 | 6/24/1999 | - |
| 0 | DM | DM73956 | 120 | 384.56 | 5/25/1999 | 6/24/1999 | - |
| 0 | DM | DM74017 | 120 | 110.62 | 5/25/1999 | 6/24/1999 | - |
| 0 | CM | E177401 | 120 | -358.90 | 6/25/1999 | 6/25/1999 | - |
| 0 | DM | 7316467 | 120 | 1,023.00 | 6/25/1999 | 6/25/1999 | - |
| 0 | IN | K568955 | 120 | 2,596.38 | 5/28/1999 | 6/27/1999 | - |
| 0 | IN | K580028 | 120 | 1,203.22 | 5/28/1999 | 6/27/1999 | - |
| 0 | CM | 7332449 | 120 | -203.98 | 6/30/1999 | 6/30/1999 | - |
| 0 | IN | K594344 | 120 | 160.73 | 6/1/1999 | 7/1/1999 | - |
| 0 | DM | DM75677 | 120 | 512.64 | 6/4/1999 | 7/4/1999 | - |
| 0 | DM | DM75681 | 120 | 947.20 | 6/4/1999 | 7/4/1999 | - |
| 0 | CM | DM69523 | 120 | -63.00 | 7/6/1999 | 7/6/1999 | - |
| 0 | CM | CK27528 | 120 | -187.00 | 7/7/1999 | 7/7/1999 | - |
| 0 | IN | K745420 | 120 | 151.11 | 6/8/1999 | 7/8/1999 | - |
| 0 | IN | K770902 | 120 | 321.89 | 6/9/1999 | 7/9/1999 | - |
| 0 | IN | K783660 | 120 | 8,696.90 | 6/9/1999 | 7/9/1999 | - |
| 0 | IN | K798121 | 120 | 3,734.16 | 6/10/1999 | 7/10/1999 | - |
| 0 | IN | K816068 | 120 | 137.39 | 6/10/1999 | 7/10/1999 | - |
| 0 | IN | K795221 | 120 | 2,114.36 | 6/10/1999 | 7/10/1999 | - |
| 0 | CM | H589484 | 120 | -19.60 | 7/12/1999 | 7/12/1999 | - |
| 0 | DM | DM75869 | 120 | 166.46 | 6/14/1999 | 7/14/1999 | - |
| 0 | DM | DM75866 | 120 | 925.28 | 6/14/1999 | 7/14/1999 | - |
| 0 | DM | DM75867 | 120 | 413.92 | 6/14/1999 | 7/14/1999 | - |
| 0 | IN | K934066 | 120 | 1,915.74 | 6/16/1999 | 7/16/1999 | - |
| 0 | IN | K963401 | 120 | 188.81 | 6/17/1999 | 7/17/1999 | - |
| 0 | IN | K996186 | 120 | 329.74 | 6/18/1999 | 7/18/1999 | - |
| 0 | IN | K996329 | 120 | 338.34 | 6/18/1999 | 7/18/1999 | - |
| 0 | CM | 7379946 | 120 | -78.77 | 7/19/1999 | 7/19/1999 | - |

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---|---|---|---|
| 0 | CM | 7382285 | 120 | -1,486.76 | 7/20/1999 | 7/20/1999 | - |
| 0 | CM | 7389562 | 120 | -162.04 | 7/21/1999 | 7/21/1999 | - |
| 0 | IN | L047836 | 120 | 464.54 | 6/22/1999 | 7/22/1999 | - |
| 0 | IN | L093014 | 120 | 10,254.09 | 6/24/1999 | 7/24/1999 | - |
| 0 | IN | L138514 | 120 | 2,061.60 | 6/25/1999 | 7/25/1999 | - |
| 0 | CM | 7402600 | 120 | -1,500.00 | 7/27/1999 | 7/27/1999 | - |
| 0 | CM | 7409992 | 120 | -362.16 | 7/29/1999 | 7/29/1999 | - |
| 0 | DM | DM74472 | 120 | 3,072.96 | 6/30/1999 | 7/30/1999 | - |
| 0 | IN | L272871 | 120 | 1,571.51 | 7/2/1999 | 8/1/1999 | - |
| 0 | IN | L272565 | 120 | 3,324.10 | 7/2/1999 | 8/1/1999 | - |
| 0 | IN | L272566 | 120 | 3,324.10 | 7/2/1999 | 8/1/1999 | - |
| 0 | CM | 7421096 | 120 | -10,828.19 | 8/3/1999 | 8/3/1999 | - |
| 0 | CM | 7424112 | 120 | -81.71 | 8/3/1999 | 8/3/1999 | - |
| 0 | CM | 7424602 | 120 | -4,891.34 | 8/4/1999 | 8/4/1999 | - |
| 0 | CM | 7424676 | 120 | -750.00 | 8/4/1999 | 8/4/1999 | - |
| 0 | CM | CM41452 | 120 | -84.20 | 8/5/1999 | 8/5/1999 | - |
| 0 | CM | K330596 | 120 | -3,723.59 | 8/5/1999 | 8/5/1999 | - |
| 0 | IN | L302943 | 120 | 3,484.14 | 7/6/1999 | 8/5/1999 | - |
| 0 | DM | 7254345 | 120 | 20.00 | 7/6/1999 | 8/5/1999 | - |
| 0 | DM | DM76253 | 120 | 577.12 | 7/6/1999 | 8/5/1999 | - |
| 0 | DM | DM76251 | 120 | 925.24 | 7/6/1999 | 8/5/1999 | - |
| 0 | IN | L292346 | 120 | 318.80 | 7/6/1999 | 8/5/1999 | - |
| 0 | CM | 7455566 | 120 | -400.40 | 8/16/1999 | 8/16/1999 | - |
| 0 | CM | 7453590 | 120 | -7,698.21 | 8/16/1999 | 8/16/1999 | - |
| 0 | CM | 7456581 | 120 | -111.05 | 8/17/1999 | 8/17/1999 | - |
| 0 | CM | 7456343 | 120 | -202.93 | 8/17/1999 | 8/17/1999 | - |
| 0 | CM | 7459796 | 120 | -293.61 | 8/18/1999 | 8/18/1999 | - |
| 0 | CM | 7462809 | 120 | -1,350.52 | 8/19/1999 | 8/19/1999 | - |
| 0 | DM | 7263196 | 120 | 230.81 | 7/21/1999 | 8/20/1999 | - |
| 0 | DM | DM76491 | 120 | 307.93 | 7/21/1999 | 8/20/1999 | - |
| 0 | DM | DM76494 | 120 | 11,672.14 | 7/21/1999 | 8/20/1999 | - |
| 0 | DM | DM76493 | 120 | 274.36 | 7/21/1999 | 8/20/1999 | - |
| 0 | DM | DM76496 | 120 | 299.90 | 7/21/1999 | 8/20/1999 | - |
| 0 | DM | DM76495 | 120 | 368.30 | 7/21/1999 | 8/20/1999 | - |
| 0 | DM | DM76650 | 120 | 33,300.00 | 7/21/1999 | 8/20/1999 | - |
| 0 | DM | DM76497 | 120 | 229.78 | 7/21/1999 | 8/20/1999 | - |
| 0 | DM | DM76549 | 120 | 8,880.00 | 7/21/1999 | 8/20/1999 | - |
| 0 | DM | DM76492 | 120 | 320.32 | 7/21/1999 | 8/20/1999 | - |
| 0 | IN | L621328 | 120 | 750.00 | 7/22/1999 | 8/21/1999 | - |
| 0 | DM | DM76686 | 120 | 1,199.20 | 7/23/1999 | 8/22/1999 | - |
| 0 | CM | 7479504 | 120 | -3,477.00 | 8/25/1999 | 8/25/1999 | - |
| 0 | IN | L745800 | 120 | 2,701.04 | 7/27/1999 | 8/26/1999 | - |
| 0 | CM | 7479563 | 120 | -30.28 | 8/26/1999 | 8/26/1999 | - |
| 0 | IN | L758057 | 120 | 750.00 | 7/27/1999 | 8/26/1999 | - |
| 0 | CM | CM42112 | 120 | -268.24 | 8/27/1999 | 8/27/1999 | - |
| 0 | DM | DM76745 | 120 | 12,494.70 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76740 | 120 | 698.47 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76730 | 120 | 74.68 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76732 | 120 | 981.22 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76733 | 120 | 218.36 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76735 | 120 | 5,493.20 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76737 | 120 | 1,264.62 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | 7292882 | 120 | 241.84 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76739 | 120 | 253.04 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76741 | 120 | 102.96 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76742 | 120 | 823.98 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76744 | 120 | 188.18 | 7/28/1999 | 8/27/1999 | - |

6/27/2000
10:19 AM

| PO/RA # | Type | Doc No | Age | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---|---|---|---|
| 0 | DM | DM76747 | 120 | 92.21 | 7/28/1999 | 8/27/1999 | - |
| 0 | DM | DM76738 | 120 | 116.48 | 7/28/1999 | 8/27/1999 | - |
| 0 | IN | L802929 | 120 | 442.61 | 7/29/1999 | 8/28/1999 | - |
| 0 | IN | L844920 | 120 | 1,303.85 | 7/30/1999 | 8/29/1999 | - |
| 0 | CM | 7485389 | 120 | -287.85 | 8/30/1999 | 8/30/1999 | - |
| 0 | CM | 7485768 | 120 | -23,713.29 | 8/30/1999 | 8/30/1999 | - |
| 0 | CM | 7490783 | 120 | -1,074.89 | 8/31/1999 | 8/31/1999 | - |
| 0 | DM | DM76858 | 120 | 6,055.48 | 8/2/1999 | 9/1/1999 | - |
| 0 | CM | 7494873 | 120 | -158.58 | 9/1/1999 | 9/1/1999 | - |
| 0 | DM | DM76854 | 120 | 603.58 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76691 | 120 | 672.12 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76731 | 120 | 160.16 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76851 | 120 | 277.00 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76852 | 120 | 153.45 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76862 | 120 | 223.98 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76860 | 120 | 2,058.76 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76856 | 120 | 736.90 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76853 | 120 | 142.37 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76861 | 120 | 147.32 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76859 | 120 | 453.22 | 8/2/1999 | 9/1/1999 | - |
| 0 | DM | DM76857 | 120 | 3,826.13 | 8/2/1999 | 9/1/1999 | - |
| 0 | IN | L908928 | 120 | 149.81 | 8/3/1999 | 9/2/1999 | - |
| 0 | CM | 7501738 | 120 | -287.85 | 9/3/1999 | 9/3/1999 | - |
| 0 | IN | L988319 | 120 | 7,043.88 | 8/6/1999 | 9/5/1999 | - |
| 0 | CM | 7504433 | 120 | -331.30 | 9/7/1999 | 9/7/1999 | - |
| 0 | IN | M009328 | 120 | 429.62 | 8/9/1999 | 9/8/1999 | - |
| 0 | CM | 7508540 | 120 | -9.86 | 9/8/1999 | 9/8/1999 | - |
| 0 | CM | 7515642 | 120 | -174.20 | 9/9/1999 | 9/9/1999 | - |
| 0 | IN | M037193 | 120 | 794.58 | 8/10/1999 | 9/9/1999 | - |
| 0 | CM | 7517940 | 120 | -66.28 | 9/10/1999 | 9/10/1999 | - |
| 0 | IN | M120032 | 120 | 2,462.85 | 8/12/1999 | 9/11/1999 | - |
| 0 | IN | M121024 | 120 | 101.57 | 8/12/1999 | 9/11/1999 | - |
| 0 | IN | M148059 | 120 | 315.53 | 8/13/1999 | 9/12/1999 | - |
| 0 | CM | 7525732 | 120 | -367.20 | 9/14/1999 | 9/14/1999 | - |
| 0 | CM | 7525723 | 120 | -1,358.64 | 9/14/1999 | 9/14/1999 | - |
| 0 | CM | 7529782 | 120 | -329.23 | 9/15/1999 | 9/15/1999 | - |
| 0 | DM | DM77095 | 120 | 1,379.20 | 8/16/1999 | 9/15/1999 | - |
| 0 | CM | 7534401 | 120 | -550.55 | 9/16/1999 | 9/16/1999 | - |
| 0 | CM | 7534064 | 120 | -1,031.72 | 9/16/1999 | 9/16/1999 | - |
| 0 | IN | M187898 | 120 | 551.92 | 8/17/1999 | 9/16/1999 | - |
| 0 | IN | M184913 | 120 | 1,921.20 | 8/17/1999 | 9/16/1999 | - |
| 0 | CM | 7539153 | 120 | -4,162.06 | 9/17/1999 | 9/17/1999 | - |
| 0 | CM | 7539061 | 120 | -137.00 | 9/17/1999 | 9/17/1999 | - |
| 0 | IN | M226621 | 120 | 5,063.94 | 8/18/1999 | 9/17/1999 | - |
| 0 | CM | 7538700 | 120 | -1,209.26 | 9/17/1999 | 9/17/1999 | - |
| 0 | CM | 7539062 | 120 | -35.36 | 9/17/1999 | 9/17/1999 | - |
| 0 | IN | M283449 | 120 | 491.82 | 8/20/1999 | 9/19/1999 | - |
| 0 | CM | 7549286 | 120 | -522.13 | 9/21/1999 | 9/21/1999 | - |
| 0 | CM | 7556531 | 120 | -79.28 | 9/23/1999 | 9/23/1999 | - |
| 0 | DM | DM77011 | 120 | 681.05 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77185 | 120 | 1,160.65 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77184 | 120 | 297.04 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77019 | 120 | 167.54 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77010 | 120 | 142.37 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77009 | 120 | 771.20 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77008 | 120 | 439.60 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77005 | 120 | 1,057.77 | 8/26/1999 | 9/25/1999 | - |

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | otes |
|---|---|---|---|---:|---|---|---|
| 0 | DM | DM77004 | 120 | 953.26 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77003 | 120 | 320.32 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77002 | 120 | 155.24 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | DM77181 | 120 | 868.54 | 8/26/1999 | 9/25/1999 | - |
| 0 | DM | 7413714 | 120 | 100.00 | 8/27/1999 | 9/26/1999 | - |
| 0 | DM | 7413590 | 120 | 200.00 | 8/27/1999 | 9/26/1999 | - |
| 0 | DM | 7413588 | 120 | 100.00 | 8/27/1999 | 9/26/1999 | - |
| 0 | CM | 7562411 | 120 | -414.32 | 9/27/1999 | 9/27/1999 | - |
| 0 | CM | 7564492 | 120 | -199.20 | 9/28/1999 | 9/28/1999 | - |
| 0 | DM | DM77270 | 120 | 1,735.35 | 8/31/1999 | 9/30/1999 | - |
| 0 | DM | DM77271 | 120 | 155.48 | 8/31/1999 | 9/30/1999 | - |
| 0 | CM | 7574820 | 120 | -43.24 | 9/30/1999 | 9/30/1999 | - |
| 0 | IN | M604872 | 120 | 1,480.00 | 9/3/1999 | 10/3/1999 | - |
| 0 | CM | L664898 | 120 | -20.00 | 10/6/1999 | 10/6/1999 | - |
| 0 | CM | 7591096 | 120 | -84.34 | 10/7/1999 | 10/7/1999 | - |
| 0 | IN | M658955 | 120 | 1,300.00 | 9/8/1999 | 10/8/1999 | - |
| 0 | IN | M689976 | 120 | 2,600.00 | 9/9/1999 | 10/9/1999 | - |
| 0 | CM | 7603756 | 120 | -40.24 | 10/12/1999 | 10/12/1999 | - |
| 0 | CM | 7609020 | 120 | -66.36 | 10/13/1999 | 10/13/1999 | - |
| 0 | IN | M781959 | 120 | 482.11 | 9/13/1999 | 10/13/1999 | - |
| 0 | CM | 7609017 | 120 | -132.72 | 10/13/1999 | 10/13/1999 | - |
| 0 | CM | 7609019 | 120 | -132.72 | 10/13/1999 | 10/13/1999 | - |
| 0 | CM | 7609018 | 120 | -44.24 | 10/13/1999 | 10/13/1999 | - |
| 0 | IN | M795467 | 120 | 1,357.03 | 9/14/1999 | 10/14/1999 | - |
| 0 | IN | M753299 | 120 | 1,500.00 | 9/14/1999 | 10/14/1999 | - |
| 0 | IN | M842096 | 120 | 238.30 | 9/15/1999 | 10/15/1999 | - |
| 0 | IN | M871505 | 120 | 6,609.75 | 9/16/1999 | 10/16/1999 | - |
| 0 | IN | M879378 | 120 | 11,645.19 | 9/17/1999 | 10/17/1999 | - |
| 0 | IN | M881709 | 120 | 1,827.40 | 9/17/1999 | 10/17/1999 | - |
| 0 | IN | M879377 | 120 | 1,950.59 | 9/17/1999 | 10/17/1999 | - |
| 0 | IN | M888840 | 120 | 157.26 | 9/17/1999 | 10/17/1999 | - |
| 0 | IN | M903785 | 120 | 157.26 | 9/17/1999 | 10/17/1999 | - |
| 0 | CM | 7623785 | 120 | -1,033.25 | 10/19/1999 | 10/19/1999 | - |
| 0 | IN | M918099 | 120 | 1,270.47 | 9/20/1999 | 10/20/1999 | - |
| 0 | CM | 7627754 | 120 | -85.48 | 10/20/1999 | 10/20/1999 | - |
| 0 | CM | 7627671 | 120 | -763.98 | 10/20/1999 | 10/20/1999 | - |
| 0 | CM | 7627455 | 120 | -153.73 | 10/20/1999 | 10/20/1999 | - |
| 0 | CM | 7631632 | 120 | -4,124.80 | 10/21/1999 | 10/21/1999 | - |
| 0 | CM | 7638763 | 120 | -60.36 | 10/22/1999 | 10/22/1999 | - |
| 0 | IN | N005171 | 120 | 1,277.75 | 9/22/1999 | 10/22/1999 | - |
| 0 | IN | M997546 | 120 | 190.58 | 9/22/1999 | 10/22/1999 | - |
| 0 | IN | M983360 | 120 | 691.12 | 9/22/1999 | 10/22/1999 | - |
| 0 | IN | M979806 | 120 | 212.20 | 9/22/1999 | 10/22/1999 | - |
| 0 | IN | M978375 | 120 | 401.90 | 9/22/1999 | 10/22/1999 | - |
| 0 | CM | 7635636 | 120 | -50.30 | 10/22/1999 | 10/22/1999 | - |
| 0 | CM | 7638907 | 120 | -122.77 | 10/22/1999 | 10/22/1999 | - |
| 0 | IN | N058943 | 120 | 175.06 | 9/24/1999 | 10/24/1999 | - |
| 0 | CM | 7640083 | 120 | -299.20 | 10/25/1999 | 10/25/1999 | - |
| 0 | CM | M65699+ | 120 | -38.70 | 10/27/1999 | 10/27/1999 | - |
| 0 | DM | DM77661 | 120 | 1,239.80 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77922 | 120 | 492.95 | 9/28/1999 | 10/28/1999 | - |
| 0 | IN | N118419 | 120 | 5,663.28 | 9/28/1999 | 10/28/1999 | - |
| 0 | IN | N130275 | 120 | 107.73 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM76840 | 120 | 424.45 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM76843 | 120 | 157.07 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77921 | 120 | 390.00 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77662 | 120 | 2,803.92 | 9/28/1999 | 10/28/1999 | - |

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---|---|---|---|
| 0 | CM | 7649059 | 120 | -3,346.50 | 10/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77920 | 120 | 388.70 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77919 | 120 | 220.79 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77917 | 120 | 6,863.22 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77909 | 120 | 574.80 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77907 | 120 | 776.49 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77906 | 120 | 1,795.20 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77665 | 120 | 558.19 | 9/28/1999 | 10/28/1999 | - |
| 0 | DM | DM77663 | 120 | 387.00 | 9/28/1999 | 10/28/1999 | - |
| 0 | CM | 7652182 | 120 | -1.91 | 10/29/1999 | 10/29/1999 | - |
| 0 | CM | 7655573 | 120 | -37.73 | 11/1/1999 | 11/1/1999 | - |
| 0 | CM | 7658247 | 120 | -845.07 | 11/1/1999 | 11/1/1999 | - |
| 0 | CM | 7655762 | 120 | -204.76 | 11/1/1999 | 11/1/1999 | - |
| 0 | CM | 7663242 | 120 | -367.20 | 11/2/1999 | 11/2/1999 | - |
| 0 | CM | DM43006 | 120 | -2,610.74 | 11/3/1999 | 11/3/1999 | - |
| 0 | IN | N278364 | 120 | 1,663.63 | 10/5/1999 | 11/4/1999 | - |
| 0 | DM | DM78069 | 120 | 762.58 | 10/5/1999 | 11/4/1999 | - |
| 0 | DM | DM78066 | 120 | 111.05 | 10/5/1999 | 11/4/1999 | - |
| 0 | IN | N278962 | 120 | 1,215.36 | 10/5/1999 | 11/4/1999 | - |
| 0 | DM | DM78070 | 120 | 2,103.60 | 10/5/1999 | 11/4/1999 | - |
| 0 | IN | N276737 | 120 | 1,300.00 | 10/5/1999 | 11/4/1999 | - |
| 0 | DM | DM77989 | 120 | 306.15 | 10/5/1999 | 11/4/1999 | - |
| 0 | CM | 7671138 | 120 | -1,842.27 | 11/5/1999 | 11/5/1999 | - |
| 0 | DM | DM77923 | 120 | 66.50 | 10/7/1999 | 11/6/1999 | - |
| 0 | DM | DM77925 | 120 | 230.38 | 10/7/1999 | 11/6/1999 | - |
| 0 | CM | 7675334 | 120 | -371.15 | 11/8/1999 | 11/8/1999 | - |
| 0 | CM | 7677947 | 120 | -51.31 | 11/9/1999 | 11/9/1999 | - |
| 0 | CM | 7681690 | 120 | -1,258.00 | 11/10/1999 | 11/10/1999 | - |
| 0 | IN | N409351 | 120 | 100.17 | 10/11/1999 | 11/10/1999 | - |
| 0 | CM | 7688883 | 120 | -446.10 | 11/11/1999 | 11/11/1999 | - |
| 0 | CM | 7690353 | 120 | -719.62 | 11/11/1999 | 11/11/1999 | - |
| 0 | IN | N478797 | 120 | 1,172.43 | 10/13/1999 | 11/12/1999 | - |
| 0 | CM | 7690913 | 120 | -490.00 | 11/12/1999 | 11/12/1999 | - |
| 0 | CM | 7690616 | 120 | -1,500.00 | 11/12/1999 | 11/12/1999 | - |
| 0 | IN | N482496 | 120 | 122.77 | 10/13/1999 | 11/12/1999 | - |
| 0 | IN | N505112 | 120 | 207.14 | 10/14/1999 | 11/13/1999 | - |
| 0 | IN | N534794 | 120 | 1,258.90 | 10/15/1999 | 11/14/1999 | - |
| 0 | CM | M932983 | 120 | -2.67 | 11/16/1999 | 11/16/1999 | - |
| 0 | IN | N577316 | 120 | 164.43 | 10/18/1999 | 11/17/1999 | - |
| 0 | DM | DM78533 | 120 | 302.73 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78537 | 120 | 59.36 | 10/19/1999 | 11/18/1999 | - |
| 0 | IN | N602513 | 120 | 1,311.87 | 10/19/1999 | 11/18/1999 | - |
| 0 | IN | N607713 | 120 | 440.62 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78525 | 120 | 153.96 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78526 | 120 | 588.91 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78527 | 120 | 150.62 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78528 | 120 | 70.62 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78530 | 120 | 15,472.60 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78531 | 120 | 125.68 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78532 | 120 | 553.26 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78535 | 120 | 82.65 | 10/19/1999 | 11/18/1999 | - |
| 0 | DM | DM78534 | 120 | 4,127.06 | 10/19/1999 | 11/18/1999 | - |
| 0 | CM | E249431 | 120 | -1,328.84 | 11/19/1999 | 11/19/1999 | - |
| 0 | IN | N646570 | 120 | 517.30 | 10/20/1999 | 11/19/1999 | - |
| 0 | IN | N682120 | 120 | 169.47 | 10/21/1999 | 11/20/1999 | - |
| 0 | IN | N659852 | 120 | 2,810.86 | 10/21/1999 | 11/20/1999 | - |
| 0 | IN | N667405 | 120 | 166.52 | 10/21/1999 | 11/20/1999 | - |

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---:|---|---|---|
| 0 | IN | N656615 | 120 | 786.72 | 10/21/1999 | 11/20/1999 | - |
| 0 | IN | N704997 | 120 | 10,947.33 | 10/22/1999 | 11/21/1999 | - |
| 0 | IN | N715978 | 120 | 1,469.42 | 10/25/1999 | 11/24/1999 | - |
| 0 | IN | N750749 | 120 | 244.67 | 10/26/1999 | 11/25/1999 | - |
| 0 | IN | N767821 | 120 | 950.04 | 10/26/1999 | 11/25/1999 | - |
| 0 | IN | N806867 | 120 | 42,607.99 | 10/27/1999 | 11/26/1999 | - |
| 0 | IN | N794628 | 120 | 293.61 | 10/27/1999 | 11/26/1999 | - |
| 0 | IN | N822000 | 120 | 228.49 | 10/28/1999 | 11/27/1999 | - |
| 0 | IN | N822001 | 120 | 228.49 | 10/28/1999 | 11/27/1999 | - |
| 0 | IN | N820933 | 120 | 825.00 | 10/28/1999 | 11/27/1999 | - |
| 0 | CM | 7731303 | 120 | -72.98 | 11/30/1999 | 11/30/1999 | - |
| 0 | DM | DM78148 | 120 | 2,610.74 | 11/3/1999 | 12/3/1999 | - |
| 0 | DM | DM78688 | 120 | 255.75 | 11/3/1999 | 12/3/1999 | - |
| 0 | IN | N957865 | 120 | 679.48 | 11/3/1999 | 12/3/1999 | - |
| 0 | DM | DM78684 | 120 | 1,125.96 | 11/3/1999 | 12/3/1999 | - |
| 0 | IN | P011769 | 120 | 637.96 | 11/4/1999 | 12/4/1999 | - |
| 0 | IN | P007920 | 120 | 1,730.57 | 11/4/1999 | 12/4/1999 | - |
| 0 | IN | P102353 | 120 | 389.48 | 11/9/1999 | 12/9/1999 | - |
| 0 | IN | P088190 | 120 | 638.27 | 11/9/1999 | 12/9/1999 | - |
| 0 | IN | P108105 | 120 | 320.88 | 11/9/1999 | 12/9/1999 | - |
| 0 | IN | P139028 | 120 | 982.10 | 11/10/1999 | 12/10/1999 | - |
| 0 | CM | 9395501 | 120 | -1,537.00 | 12/14/1999 | 12/14/1999 | - |
| 0 | IN | P246903 | 120 | 171.36 | 11/15/1999 | 12/15/1999 | - |
| 0 | IN | P256979 | 120 | 413.21 | 11/16/1999 | 12/16/1999 | - |
| 0 | IN | P301154 | 120 | 198.19 | 11/17/1999 | 12/17/1999 | - |
| 0 | IN | P376384 | 120 | 5,699.22 | 11/19/1999 | 12/19/1999 | - |
| 0 | IN | P372361 | 120 | 560.70 | 11/19/1999 | 12/19/1999 | - |
| 0 | DM | 7171150 | 120 | 30.00 | 11/19/1999 | 12/19/1999 | - |
| 0 | DM | 7623260 | 120 | 597.18 | 11/20/1999 | 12/20/1999 | - |
| 0 | IN | P383011 | 120 | 750.00 | 11/22/1999 | 12/22/1999 | - |
| 0 | CM | M149040 | 120 | -601.37 | 12/27/1999 | 12/27/1999 | - |
| 0 | CM | P108275 | 120 | -1,730.56 | 12/27/1999 | 12/27/1999 | - |
| 0 | CM | P957865 | 120 | -679.48 | 12/27/1999 | 12/27/1999 | - |
| 0 | CM | M119433 | 120 | -245.40 | 12/27/1999 | 12/27/1999 | - |
| 0 | CM | N908928 | 120 | -149.81 | 12/30/1999 | 12/30/1999 | - |
| 0 | IN | P606014 | 120 | 315.53 | 12/1/1999 | 12/31/1999 | - |
| 0 | IN | P628450 | 120 | 5,307.72 | 12/2/1999 | 1/1/2000 | - |
| 0 | DM | DM79726 | 120 | 3,201.46 | 12/3/1999 | 1/2/2000 | - |
| 0 | DM | DM79723 | 120 | 47.46 | 12/3/1999 | 1/2/2000 | - |
| 0 | IN | P697003 | 120 | 168.84 | 12/3/1999 | 1/2/2000 | - |
| 0 | DM | DM79718 | 120 | 2,011.07 | 12/3/1999 | 1/2/2000 | - |
| 0 | DM | DM79719 | 120 | 2,011.07 | 12/3/1999 | 1/2/2000 | - |
| 0 | DM | DM79731 | 120 | 593.80 | 12/3/1999 | 1/2/2000 | - |
| 0 | DM | DM79734 | 120 | 180.24 | 12/3/1999 | 1/2/2000 | - |
| 0 | DM | DM79733 | 120 | 3,718.67 | 12/3/1999 | 1/2/2000 | - |
| 0 | IN | P713550 | 120 | 332.08 | 12/6/1999 | 1/5/2000 | - |
| 0 | IN | P713880 | 120 | 100.08 | 12/6/1999 | 1/5/2000 | - |
| 0 | IN | P776054 | 120 | 304.86 | 12/7/1999 | 1/6/2000 | - |
| 0 | CM | K609488 | 120 | -2,800.00 | 1/7/2000 | 1/7/2000 | - |
| 0 | CM | L534498 | 120 | -750.00 | 1/7/2000 | 1/7/2000 | - |
| 0 | CM | L534507 | 120 | -750.00 | 1/7/2000 | 1/7/2000 | - |
| 0 | CM | L842729 | 120 | -750.00 | 1/7/2000 | 1/7/2000 | - |
| 0 | CM | M122456 | 120 | -750.00 | 1/7/2000 | 1/7/2000 | - |
| 0 | CM | M302391 | 120 | -1,500.00 | 1/7/2000 | 1/7/2000 | - |
| 0 | CM | M332929 | 120 | -750.00 | 1/7/2000 | 1/7/2000 | - |
| 0 | CM | M241166 | 120 | -750.00 | 1/7/2000 | 1/7/2000 | - |
| 0 | IN | P845793 | 120 | 2,844.59 | 12/9/1999 | 1/8/2000 | - |