| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---|---|---|---|
| 9 | IN | P826262 | 120 | 3,880.75 | 12/9/1999 | 1/8/2000 | - |
| 0 | IN | P855519 | 120 | 1,928.69 | 12/10/1999 | 1/9/2000 | - |
| 0 | IN | P855481 | 120 | 451.17 | 12/10/1999 | 1/9/2000 | - |
| 0 | DM | 7762052 | 120 | 107.99 | 12/11/1999 | 1/10/2000 | - |
| 0 | CM | 7838626 | 120 | -174.36 | 1/11/2000 | 1/11/2000 | - |
| 0 | IN | P911717 | 120 | 160.45 | 12/13/1999 | 1/12/2000 | - |
| 0 | DM | DM79163 | 120 | 1,230.43 | 12/14/1999 | 1/13/2000 | - |
| 0 | DM | CK62102 | 120 | 21.06 | 12/14/1999 | 1/13/2000 | - |
| 0 | IN | P939471 | 120 | 4,370.25 | 12/14/1999 | 1/13/2000 | - |
| 0 | CM | P840309 | 120 | -2,688.48 | 1/13/2000 | 1/13/2000 | - |
| 0 | DM | DM79198 | 120 | 3,758.57 | 12/14/1999 | 1/13/2000 | - |
| 0 | DM | DM79154 | 120 | 3,046.52 | 12/14/1999 | 1/13/2000 | - |
| 0 | DM | DM79156 | 120 | 1,108.07 | 12/14/1999 | 1/13/2000 | - |
| 0 | DM | DM79153 | 120 | 168.00 | 12/14/1999 | 1/13/2000 | - |
| 0 | DM | DM79162 | 120 | 112.53 | 12/14/1999 | 1/13/2000 | - |
| 0 | DM | DM79199 | 120 | 225.79 | 12/14/1999 | 1/13/2000 | - |
| 0 | DM | DM79159 | 120 | 880.19 | 12/14/1999 | 1/13/2000 | - |
| 0 | CM | P84030 | 120 | -156.11 | 1/17/2000 | 1/17/2000 | - |
| 0 | CM | 7863999 | 120 | -33.51 | 1/19/2000 | 1/19/2000 | - |
| 0 | IN | Q124139 | 120 | 6,298.50 | 12/20/1999 | 1/19/2000 | - |
| 0 | CM | 7864001 | 120 | -33.51 | 1/19/2000 | 1/19/2000 | - |
| 0 | IN | Q146133 | 120 | 176.31 | 12/21/1999 | 1/20/2000 | - |
| 0 | IN | Q146686 | 120 | 1,274.64 | 12/21/1999 | 1/20/2000 | - |
| 0 | IN | Q167386 | 120 | 77.37 | 12/21/1999 | 1/20/2000 | - |
| 0 | IN | Q147483 | 120 | 1,612.29 | 12/21/1999 | 1/20/2000 | - |
| 0 | IN | Q161638 | 120 | 560.94 | 12/21/1999 | 1/20/2000 | - |
| 0 | DM | 7784925 | 120 | 367.20 | 12/22/1999 | 1/21/2000 | - |
| 0 | IN | Q191970 | 120 | 513.79 | 12/22/1999 | 1/21/2000 | - |
| 0 | IN | Q229970 | 120 | 131.80 | 12/23/1999 | 1/22/2000 | - |
| 0 | DM | DM80040 | 120 | 5,460.40 | 12/27/1999 | 1/26/2000 | - |
| 0 | DM | DM80039 | 120 | 168.75 | 12/27/1999 | 1/26/2000 | - |
| 0 | DM | DM80038 | 120 | 392.21 | 12/27/1999 | 1/26/2000 | - |
| 0 | DM | DM80037 | 120 | 344.76 | 12/27/1999 | 1/26/2000 | - |
| 0 | DM | CK63066 | 120 | 15.98 | 12/27/1999 | 1/26/2000 | - |
| 0 | DM | DM80041 | 120 | 353.71 | 12/27/1999 | 1/26/2000 | - |
| 0 | DM | DM80103 | 120 | 117.12 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM80100 | 120 | 1,560.70 | 12/28/1999 | 1/27/2000 | - |
| 0 | IN | Q300914 | 120 | 18,039.80 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM78192 | 120 | 190.95 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM78951 | 120 | 1,465.23 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM78952 | 120 | 1,984.01 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM78954 | 120 | 2,027.00 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM78955 | 120 | 87.80 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM80113 | 120 | 154.63 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM79172 | 120 | 131.08 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM80109 | 120 | 99.84 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM8015 | 120 | 153.01 | 12/28/1999 | 1/27/2000 | - |
| 0 | DM | DM79165 | 120 | 4,590.46 | 12/28/1999 | 1/27/2000 | - |
| 0 | IN | Q362078 | 120 | 298.10 | 12/30/1999 | 1/29/2000 | - |
| 0 | IN | Q411311 | 120 | 1,684.12 | 1/3/2000 | 2/2/2000 | - |
| 0 | IN | Q482867 | 120 | 335.48 | 1/5/2000 | 2/4/2000 | - |
| 0 | IN | Q527193 | 120 | 304.86 | 1/6/2000 | 2/5/2000 | - |
| 0 | IN | Q517801 | 120 | 779.94 | 1/6/2000 | 2/5/2000 | - |
| 0 | DM | DM80829 | 120 | 337.36 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM80878 | 120 | 201.21 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM81831 | 120 | 1,470.03 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM80879 | 120 | 201.21 | 1/7/2000 | 2/6/2000 | - |

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---:|---|---|---|
| 0 | IN | Q553609 | 120 | 21,271.80 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM80877 | 120 | 226.91 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM80833 | 120 | 226.91 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM80834 | 120 | 201.21 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM80830 | 120 | 1,622.94 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM80871 | 120 | 201.21 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM80874 | 120 | 226.91 | 1/7/2000 | 2/6/2000 | - |
| 0 | DM | DM80876 | 120 | 470.45 | 1/7/2000 | 2/6/2000 | - |
| 0 | IN | Q600614 | 120 | 843.55 | 1/10/2000 | 2/9/2000 | - |
| 0 | IN | Q619163 | 120 | 351.95 | 1/11/2000 | 2/10/2000 | - |
| 0 | IN | Q616051 | 120 | 651.84 | 1/11/2000 | 2/10/2000 | - |
| 0 | DM | DM80826 | 120 | 2,666.10 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80142 | 120 | 8,806.20 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80827 | 120 | 138.09 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80825 | 120 | 337.36 | 1/12/2000 | 2/11/2000 | - |
| 0 | CM | 7944922 | 120 | -921.12 | 2/11/2000 | 2/11/2000 | - |
| 0 | DM | DM80124 | 120 | 4,448.72 | 1/12/2000 | 2/11/2000 | - |
| 0 | IN | Q655044 | 120 | 1,767.71 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80138 | 120 | 8,044.28 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80125 | 120 | 1,327.85 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80126 | 120 | 576.79 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80128 | 120 | 673.65 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80129 | 120 | 483.47 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80131 | 120 | 1,012.08 | 1/12/2000 | 2/11/2000 | - |
| 0 | DM | DM80135 | 120 | 204.23 | 1/12/2000 | 2/11/2000 | - |
| 0 | IN | Q676419 | 120 | 1,806.79 | 1/13/2000 | 2/12/2000 | - |
| 0 | IN | Q697004 | 120 | 286.45 | 1/13/2000 | 2/12/2000 | - |
| 0 | CM | 7949816 | 120 | -502.92 | 2/14/2000 | 2/14/2000 | - |
| 0 | CM | 7949815 | 120 | -502.92 | 2/14/2000 | 2/14/2000 | - |
| 0 | DM | DM81000 | 120 | 1,186.50 | 1/17/2000 | 2/16/2000 | - |
| 0 | CM | 7957574 | 120 | -86.71 | 2/16/2000 | 2/16/2000 | - |
| 0 | DM | DM80904 | 120 | 451.58 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80899 | 120 | 119.40 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80907 | 120 | 1,297.96 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80908 | 120 | 315.53 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80909 | 120 | 505.95 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80903 | 120 | 173.33 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80996 | 120 | 184.68 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80994 | 120 | 187.83 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80885 | 120 | 161.51 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80901 | 120 | 421.70 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80902 | 120 | 361.37 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80122 | 120 | 240.00 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80884 | 120 | 669.25 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80887 | 120 | 157.71 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80889 | 120 | 799.20 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80894 | 120 | 307.93 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80897 | 120 | 433.55 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80893 | 120 | 1,414.63 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80900 | 120 | 353.71 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80892 | 120 | 937.93 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80891 | 120 | 603.63 | 1/17/2000 | 2/16/2000 | - |
| 0 | DM | DM80890 | 120 | 2,220.00 | 1/17/2000 | 2/16/2000 | - |
| 0 | IN | Q798876 | 120 | 965.80 | 1/18/2000 | 2/17/2000 | - |
| 0 | CM | K062519 | 120 | -84.63 | 2/17/2000 | 2/17/2000 | - |
| 0 | IN | Q839681 | 120 | 3,206.67 | 1/19/2000 | 2/18/2000 | - |
| 0 | IN | Q844394 | 120 | 288.64 | 1/19/2000 | 2/18/2000 | - |

| PO/RA # | Type | Doc No | Agr | Open Amount | Inv Dt | Inv Due Dt | Notes |
|---|---|---|---|---|---|---|---|
| 0 | IN | Q839680 | 120 | 3,206.67 | 1/19/2000 | 2/18/2000 | - |
| 0 | IN | Q839679 | 120 | 3,206.67 | 1/19/2000 | 2/18/2000 | - |
| 0 | IN | Q839678 | 120 | 3,206.67 | 1/19/2000 | 2/18/2000 | - |
| 0 | IN | Q839677 | 120 | 3,206.67 | 1/19/2000 | 2/18/2000 | - |
| 0 | IN | Q839676 | 120 | 3,206.67 | 1/19/2000 | 2/18/2000 | - |
| 0 | IN | Q839675 | 120 | 3,206.67 | 1/19/2000 | 2/18/2000 | - |
| 0 | IN | Q839674 | 120 | 3,205.08 | 1/19/2000 | 2/18/2000 | - |
| 0 | IN | Q846372 | 120 | 236.88 | 1/19/2000 | 2/18/2000 | - |
| 0 | IN | Q889618 | 120 | 585.52 | 1/20/2000 | 2/19/2000 | - |
| 0 | IN | Q889616 | 120 | 2,347.96 | 1/20/2000 | 2/19/2000 | - |
| 0 | IN | Q906508 | 120 | 12,377.46 | 1/21/2000 | 2/20/2000 | - |
| 0 | IN | Q973251 | 120 | 3,527.83 | 1/24/2000 | 2/23/2000 | - |
| 0 | IN | Q954206 | 120 | 1,413.66 | 1/24/2000 | 2/23/2000 | - |
| 0 | IN | Q952519 | 120 | 1,765.39 | 1/24/2000 | 2/23/2000 | - |
| 0 | DM | DM81031 | 120 | 226.91 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | D081005 | 120 | 211.07 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81009 | 120 | 104.26 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81038 | 120 | 200.52 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81037 | 120 | 163.85 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81034 | 120 | 201.21 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81033 | 120 | 226.91 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81032 | 120 | 226.91 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81029 | 120 | 428.82 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81028 | 120 | 428.82 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81019 | 120 | 201.21 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81018 | 120 | 218.31 | 1/25/2000 | 2/24/2000 | - |
| 0 | IN | Q984720 | 120 | 2,367.26 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81010 | 120 | 944.24 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81007 | 120 | 1,457.22 | 1/25/2000 | 2/24/2000 | - |
| 0 | IN | Q996344 | 120 | 328.75 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81030 | 120 | 201.21 | 1/25/2000 | 2/24/2000 | - |
| 0 | IN | R007051 | 120 | 270.12 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81017 | 120 | 477.75 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81004 | 120 | 211.07 | 1/25/2000 | 2/24/2000 | - |
| 0 | DM | DM81006 | 120 | 211.55 | 1/25/2000 | 2/24/2000 | - |
| 0 | IN | R056441 | 120 | 689.52 | 1/27/2000 | 2/26/2000 | - |
| 0 | DM | 7894372 | 120 | 1,533.01 | 1/28/2000 | 2/27/2000 | - |
| 0 | DM | 7894374 | 120 | 1,533.01 | 1/28/2000 | 2/27/2000 | - |
| 0 | IN | R098344 | 120 | 437.94 | 1/28/2000 | 2/27/2000 | - |
| 0 | IN | R123956 | 120 | 189.26 | 1/29/2000 | 2/28/2000 | - |
| 0 | IN | R086556 | 120 | 921.12 | 1/29/2000 | 2/28/2000 | - |
| 0 | IN | R393476 | 120 | 273.15 | 2/9/2000 | 3/10/2000 | - |
| 0 | IN | R393477 | 120 | 281.02 | 2/9/2000 | 3/10/2000 | - |
| 0 | OA | Q984750 | 90 | -1,139.66 | 3/3/2000 | 4/2/2000 | - |
| 0 | OA | Q828104 | 90 | -18.82 | 3/3/2000 | 4/2/2000 | - |
| 0 | OA | Q931912 | 90 | -31.19 | 3/3/2000 | 4/2/2000 | - |
| 0 | DI | DM81368 | 90 | 7,437.34 | 3/9/2000 | 4/8/2000 | - |
| 0 | OA | Q691123 | 90 | -67.77 | 3/9/2000 | 4/8/2000 | - |
| 0 | OA | Q82810A | 90 | -50.13 | 3/9/2000 | 4/8/2000 | - |
| 0 | OA | CM43594 | 90 | -1,832.60 | 3/10/2000 | 4/9/2000 | - |
| 0 | OA | Q164243 | 90 | -77.38 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81206 | 90 | 3,094.30 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81205 | 90 | 809.16 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81204 | 90 | 403.23 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81203 | 90 | 4,328.03 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81202 | 90 | 410.63 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81201 | 90 | 943.56 | 3/10/2000 | 4/9/2000 | - |

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---|---|---|---|
| 0 | DI | DM81057 | 90 | 1,431.54 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81056 | 90 | 851.18 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM79351 | 90 | 273.15 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81055 | 90 | 2,672.47 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM79349 | 90 | 168.63 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM79346 | 90 | 31.55 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM79354 | 90 | 51.58 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM79355 | 90 | 54.74 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81047 | 90 | 104.26 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81049 | 90 | 386.90 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81050 | 90 | 237.42 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81054 | 90 | 539.40 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM79348 | 90 | 157.26 | 3/10/2000 | 4/9/2000 | - |
| 0 | DI | DM81710 | 90 | 551.31 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81668 | 90 | 208.73 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81716 | 90 | 1,080.01 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81228 | 90 | 1,183.11 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81714 | 90 | 118.68 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81709 | 90 | 1,534.21 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81707 | 90 | 2,531.20 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81705 | 90 | 560.81 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82043 | 90 | 3,068.42 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81702 | 90 | 154.87 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82541 | 90 | 2,514.08 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81704 | 90 | 229.38 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82044 | 90 | 297.07 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82045 | 90 | 808.18 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82048 | 90 | 554.04 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82538 | 90 | 895.80 | 3/13/2000 | 4/12/2000 | - |
| 0 | OA | N333322 | 90 | -482.11 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82540 | 90 | 204.09 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82544 | 90 | 1,529.18 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82545 | 90 | 126.76 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82546 | 90 | 1,206.03 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82583 | 90 | 1,760.56 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82591 | 90 | 1,199.31 | 3/13/2000 | 4/12/2000 | - |
| 0 | OA | 7024956 | 90 | -913.80 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM82539 | 90 | 6,948.18 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM79474 | 90 | 502.46 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81230 | 90 | 276.00 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81666 | 90 | 764.26 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM79359 | 90 | 3,918.12 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM79475 | 90 | 58.18 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM79484 | 90 | 59.28 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM79485 | 90 | 1,575.33 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81212 | 90 | 1,127.31 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81213 | 90 | 93.77 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81214 | 90 | 120.11 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81216 | 90 | 2,345.83 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81217 | 90 | 207.68 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81240 | 90 | 1,544.27 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81218 | 90 | 1,544.27 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81245 | 90 | 1,544.27 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81659 | 90 | 24.23 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81239 | 90 | 1,544.27 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81232 | 90 | 142.80 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81231 | 90 | 2,371.38 | 3/13/2000 | 4/12/2000 | - |

| PO/RA # | Type | Doc No | Ag | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---|---|---|---|
| 0 | DI | DM81229 | 90 | 1,104.00 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81226 | 90 | 1,544.27 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81225 | 90 | 1,544.27 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81224 | 90 | 1,544.27 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81243 | 90 | 1,544.27 | 3/13/2000 | 4/12/2000 | - |
| 0 | DI | DM81248 | 90 | 808.36 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81261 | 90 | 124.84 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81268 | 90 | 771.72 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81266 | 90 | 257.80 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81265 | 90 | 163.10 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81264 | 90 | 3,702.60 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81262 | 90 | 1,235.00 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81259 | 90 | 301.09 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81250 | 90 | 412.48 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81236 | 90 | 490.00 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81221 | 90 | 282.60 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81220 | 90 | 251.10 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81257 | 90 | 429.83 | 3/22/2000 | 4/21/2000 | - |
| 0 | DI | DM81701 | 90 | 80.82 | 3/23/2000 | 4/22/2000 | - |
| 0 | DI | DM82549 | 90 | 2,640.00 | 3/23/2000 | 4/22/2000 | - |
| 0 | OA | CM44813 | 60 | -300.79 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81658 | 60 | 6,574.24 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81656 | 60 | 269.60 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81649 | 60 | 3,746.04 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81650 | 60 | 4,871.10 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81647 | 60 | 1,125.35 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81646 | 60 | 225.07 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81645 | 60 | 1,125.35 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81644 | 60 | 675.21 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM79483 | 60 | 77.00 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81652 | 60 | 236.37 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | DM81648 | 60 | 8,839.68 | 3/29/2000 | 4/28/2000 | - |
| 0 | DI | 2893955 | 60 | 1,537.00 | 4/4/2000 | 5/4/2000 | - |
| 0 | DI | DM82570 | 60 | 442.64 | 4/12/2000 | 5/12/2000 | - |
| 0 | DI | DM83072 | 60 | 549.30 | 4/12/2000 | 5/12/2000 | - |
| 0 | DI | DM83071 | 60 | 355.27 | 4/12/2000 | 5/12/2000 | - |
| 0 | DI | DM82574 | 60 | 212.76 | 4/12/2000 | 5/12/2000 | - |
| 0 | DI | DM82573 | 60 | 252.35 | 4/12/2000 | 5/12/2000 | - |
| 0 | DI | DM82571 | 60 | 1,116.00 | 4/12/2000 | 5/12/2000 | - |
| 0 | DI | DM82569 | 60 | 1,350.42 | 4/12/2000 | 5/12/2000 | - |
| 0 | DI | DM82568 | 60 | 225.07 | 4/12/2000 | 5/12/2000 | - |
| 0 | DI | DM82572 | 60 | 674.40 | 4/12/2000 | 5/12/2000 | - |
| 0 | DI | DM79545 | 60 | 235.21 | 4/18/2000 | 5/18/2000 | - |
| 0 | DI | DM83108 | 60 | 112.00 | 4/25/2000 | 5/25/2000 | - |
| 0 | DI | DM79563 | 30 | 2,559.40 | 5/4/2000 | 6/3/2000 | - |
| 0 | DI | DM79566 | 30 | 1,232.40 | 5/4/2000 | 6/3/2000 | - |
| 0 | DI | DM79564 | 30 | 1,949.60 | 5/4/2000 | 6/3/2000 | - |
| 0 | DI | DM79561 | 30 | 49.10 | 5/4/2000 | 6/3/2000 | - |
| 0 | DI | DM79560 | 30 | 573.84 | 5/4/2000 | 6/3/2000 | - |
| 0 | DI | DM79559 | 30 | 3,719.21 | 5/4/2000 | 6/3/2000 | - |
| 0 | DI | DM79565 | 30 | 1,708.20 | 5/4/2000 | 6/3/2000 | - |
| 0 | DI | DM79562 | 30 | 83.15 | 5/4/2000 | 6/3/2000 | - |
| 0 | OA | DM65299 | 30 | -2,172.00 | 5/5/2000 | 6/4/2000 | - |
| 0 | OA | CM46356 | 30 | -1,074.40 | 5/12/2000 | 6/11/2000 | - |
| 0 | DI | DM79586 | 30 | 414.33 | 5/12/2000 | 6/11/2000 | - |
| 0 | DI | DM79587 | 30 | 1,385.07 | 5/12/2000 | 6/11/2000 | - |
| 0 | OA | CM47095 | 30 | -10,861.92 | 5/19/2000 | 6/18/2000 | - |

| PO/RA # | Type | Doc No | Ac | Open Amount | Inv Dt | Inv Due D | Notes |
|---|---|---|---|---|---|---|---|
| 0 | OA | CM47777 | 30 | -25.48 | 6/20/2000 | 6/20/2000 | - |
| 0 | OA | CM47784 | 30 | -1,496.00 | 6/20/2000 | 6/20/2000 | - |
| 0 | OA | CM47775 | 30 | -306.80 | 6/20/2000 | 6/20/2000 | - |
| 0 | OA | CM44820 | 30 | -7,044.96 | 5/22/2000 | 6/21/2000 | - |
| 711294 | CM | 8256411 | 30 | -429.86 | 5/24/2000 | 6/23/2000 | - |
| UNAUTHORIZED | IN | U157605 | 30 | 435.46 | 5/25/2000 | 6/24/2000 | - |
| 0 | OA | CM47096 | 30 | -1,171.20 | 5/25/2000 | 6/24/2000 | - |
| 0 | OA | Q16424A | Current | -77.38 | 5/30/2000 | 6/29/2000 | - |
| 0 | DI | 745566A | Current | 400.40 | 6/5/2000 | 7/5/2000 | - |
| 0 | OA | CM47951 | Current | -80.82 | 6/5/2000 | 7/5/2000 | - |
| 0 | OA | CK45401 | Current | -204.39 | 6/5/2000 | 7/5/2000 | - |
| 0 | OA | CM47595 | Current | -1,470.03 | 6/5/2000 | 7/5/2000 | - |
| 0 | DI | DM84759 | Current | 664.32 | 6/9/2000 | 7/9/2000 | - |
| 0 | OA | CM47753 | Current | -83.15 | 6/13/2000 | 7/13/2000 | - |
| 0 | OA | CM47606 | Current | -307.93 | 6/13/2000 | 7/13/2000 | - |
| 0 | DI | DM79627 | Current | 272.80 | 6/13/2000 | 7/13/2000 | - |
| 0 | OA | CM47604 | Current | -211.07 | 6/13/2000 | 7/13/2000 | - |