# EXHIBIT F

Inacom vs. Tech Data                        3/4/2005                        MIKE WARD

```
                                                                    Page 1
 1              United States District Court
                     District of Delaware
 2
 3
 4   In re: Inacom Corp. et al.,
                                        Chapter 11
 5              Debtors                 Bankruptcy Case
                                        No. 00-2426(PJW)
 6
 7   Inacom Corp., et al,
 8              Plaintiffs
 9      -vs-                            Civil Action
                                        No.:  04-CV-148(GMS)
10   Tech Data Corporation,
11              Defendant
12
13   Inacom Corp., et al.,
                Plaintiffs
14      -vs-                            Civil Action
                                        No. 04-CV-582(GMS)
15   Dell Computer Corp.,
16              Defendant
17
18   Inacom Corp., et al.,
                Plaintiffs
19
           -vs-                         Civil Action
20                                      No. 04-CV-583(GMS)
21   Lexmark International, Inc.,
                Defendant
22
23
24
25
```

Case 1:04-cv-00148-GMS    Document 34-9    Filed 04/25/2005    Page 3 of 17

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

Page 22

1  Q. Thank you for doing that. That clarifies
2  that. So the MW's I see scattered throughout would
3  refer to entries you made in this, correct?
4  A. If it's just MW as you see here, yes.
5  Q. And for example, LVMW up above that would
6  be leave message with?
7  A. Left voice mail message with.
8  Q. Okay. All right. You can put this
9  aside. I'm going to ask you some more general
10 questions before I return to it.
11      When did you first become aware, Mr. Ward,
12 that Compaq was going to buy --
13      What did you first become aware of in
14 connection with Inacom selling certain of its assets
15 or businesses?
16 A. I don't understand the question.
17 Q. Do you -- as you sit here today, are you
18 aware that in early 2000 Inacom sold a portion of
19 its business to Compaq Computer Corporation?
20 A. Yes, I am.
21 Q. When did you first become aware of that?
22 A. That they sold it or that they were
23 contemplating selling it?
24 Q. What's the first knowledge you had in
25 relation to that topic at all?

Page 23

1  A. It would have been somewhere around I
2  would imagine January of 2000, maybe late December
3  of 1999.
4  Q. What did you learn, what did you hear?
5  A. Well, I heard the common knowledge was
6  that Inacom was going to be purchased by Compaq,
7  which then became more refined that Compaq was going
8  to purchase the configuration business of Inacom.
9  Q. Who did you hear it from, or how did you
10 learn it?
11 A. Quite frankly, there was a lot of general
12 discussion about that within Tech Data, so there was
13 enough -- because Inacom, the size of Inacom and the
14 size of Compaq it was more like there was just
15 general discussion around Tech Data about it. So I
16 can't recall any one specific person who said this
17 event is taking place.
18 Q. What was the impression at Tech Data as to
19 the impact that this proposed transaction would have
20 on Tech Data's business?
21 A. At that time we just wanted to make sure
22 that we could work smoothly with both Inacom and
23 Compaq to make the transition be seamless for all
24 parties concerned.
25 Q. Inacom had two types of business, the

Page 24

1  configuration business that you mentioned a minute
2  ago, and then a services business, maintenance
3  support services, et cetera. Did Tech Data solely
4  do business with Inacom's hardware side or the
5  configuration business?
6  A. Yes, by virtue of our own business we
7  pretty much could only do that, selling PC hardware
8  and software. We may have also sold some education
9  services to Inacom which would be an intangible, of
10 course.
11 Q. Did you do anything in connection with
12 learning that Inacom was planning to sell some of
13 its business to Compaq?
14 A. Anything in what regard?
15 Q. In regard to your responsibilities, your
16 job responsibilities.
17 A. As a credit manager?
18 Q. Yes.
19 A. I mean, at that time if anything I would
20 have gone and tried to just get some more
21 information about these two public companies and
22 this -- consummating this transaction, but I had
23 already been responsible for Inacom as a customer
24 and also with Compaq at that time with some limited
25 business they did from us as a customer.

Page 25

1  Q. So you had a general familiarity also with
2  Compaq?
3  A. Oh, yes.
4  Q. In this time frame when you learned of
5  this transaction was it your recollection that
6  Inacom had a delinquent account with Tech Data?
7  A. No, not a delinquent account. Not in the
8  classic sense of a bad debt, no.
9  Q. Was it your recollection that it was the
10 situation that you had experience with Inacom
11 previously that they had to be prodded from time to
12 time like many other of your customers?
13 A. Yes. I mean, Inacom's payments, you know,
14 we would call and say, getting close to your credit
15 line or you're running a little bit too far beyond
16 and we need some check information.
17 Q. What was the -- what was the payment term
18 for Inacom at that time?
19 A. Generally, they were on net 30-day terms.
20 Q. Had you noticed any difference in their
21 payment history over the six months prior to say
22 January 2000?
23 A. I don't recall any specific change in the
24 way they were paying us. I mean, it was pretty much
25 the way they did business with Tech Data. We would

Inacom vs. Tech Data                           3/4/2005                              MIKE WARD

Page 66

1  Q. So you understood the February 16 letter
2  to state something different than was stated in the
3  February 9 letter; the difference being that Compaq
4  was going to assume all liabilities, not just the
5  liabilities that were not reflected by a check that
6  was held in treasury; is that right?
7  A. I understood that we would -- that Compaq
8  had assumed all the debts and from that point
9  forward our conversations and -- I'm sorry, our
10 payables would be assumed by the Compaq
11 Corporation.
12     Ms. Dumas: Would you read the last answer
13     back?
14     (The answer appearing on page 65, line 9
15 through line 13 was read by the reporter.)
16 By Ms. Dumas:
17 Q. So at that point after the February 16
18 letter you were no longer looking to Inacom to pay a
19 portion of the debt through the held checks; is that
20 right?
21 A. We were not relying on Inacom to pay any
22 of its debts to Tech Data.
23 Q. Was that perceived as good news by Tech
24 Data?
25 A. In a sense it was since Compaq was such a

Page 67

1  large vendor of Tech Data's.
2  Q. Let me go back to the first exhibit that I
3  showed you, this Exhibit No. 4. And if you'll just
4  let me take a moment to find what I want to ask you
5  about.
6      I guess the first thing I want to ask you,
7  it's just on the first page under the top words
8  that's "AR note management" ANM notes I guess is the
9  abbreviation, it says customer number 953001 HP
10 Direct, this particular printout of the ANM notes
11 appears to have been printed on July 7, 2004 and I'm
12 drawing that conclusion from the upper right-hand
13 corner where it says date 07/07/04. Am I reading
14 that correctly?
15 A. Yes.
16 Q. So that, at that point, what had
17 previously been Custom Edge or Compaq, name had been
18 changed to HP to reflect the subsequent merger
19 between Compaq and Hewlett Packard; am I reading
20 that correctly?
21 A. Yes. We can change the names here in the
22 customer information center. Actually, this was
23 Inacom -- this account number was Inacom, then it
24 was Custom Edge, and then it became HP Direct as
25 directed by HP.

Page 68

1  Q. Okay. And I think you testified earlier
2  that the information in the notes cannot be changed
3  once it's input; is that right?
4  A. That's correct.
5  Q. Would you turn to page 2344 in the Bates
6  stamp numbers?
7  A. 2344?
8  Q. Yeah.
9  A. 2344.
10 Q. At the top of the page there is a note,
11 the second note down it looks like on March 8, 2000,
12 1756, employee 0029, is that Mr. Zava? And I only
13 ask that because there is a MZ right after that.
14 Does the MZ refer to Mike Zava?
15 A. From this transcript he entered those
16 notes. I don't know what his employee number is.
17 Q. Right. It says "MZ approved release of
18 orders to 12 million will discuss with JH." Who is
19 JH?
20 A. Jeff Howells.
21 Q. Who is Mr. Howells?
22 A. He's Tech Data's CFO.
23 Q. Was he in this -- in March 2000 the CFO?
24 A. Yes.
25 Q. -- "and as tomorrow to formalize. We

Page 69

1  still do not have cross corporate however. Compaq
2  is holding it because we have not formalized our
3  cross corporate to them." Have I read that
4  correctly?
5  A. Yes.
6  Q. Is this a reference to the cross corporate
7  guarantee that you testified to earlier?
8  A. This is the cross corporate that I
9  testified earlier between Compaq and Custom Edge to
10 Tech Data. There is another cross corporate
11 guarantee being referred to here.
12 Q. Okay. What cross corporate is that?
13 A. That would be us as a customer to Compaq
14 as our vendor on another division or subsidiary of
15 Tech Data Corporation.
16 Q. So Tech Data was guaranteeing the
17 liabilities of Tech Data's subsidiary in favor of
18 Compaq, and Compaq was guaranteeing the liabilities
19 of Custom Edge on Custom Edge's liabilities to Tech
20 Data; is that correct?
21 A. That's the general idea, yes.
22 Q. Okay. And did Tech Data receive a
23 corporate guarantee of Compaq from -- guaranteeing
24 the obligations of Custom Edge?
25 A. I'm going to repeat that question. Did

18 (Pages 66 to 69)

Case 1:04-cv-00148-GMS   Document 34-9   Filed 04/25/2005   Page 5 of 17

Inacom vs. Tech Data                    3/4/2005                    MIKE WARD

Page 82

1  that I requested the letter other than to direct
2  where he wanted to send the letter. Again, I think
3  I did have conversations with Bill Francis as
4  relates to the cross corporate guarantee that you
5  and I discussed a few moments ago -- cross corporate
6  guarantees as you and I discussed a few moments ago.
7     Q.  Did eventually all of the Inacom -- strike
8  that.
9         Eventually did all of Tech Data's
10 receivables from Inacom get paid?
11    A.  No.
12    Q.  Do you recall what amount remained unpaid?
13    A.  An amount that comes to mind immediately
14 was somewhere just less than a million dollars that
15 were reconciliation items, items that were being
16 disputed.
17    Q.  What do you mean when you refer to the
18 term reconciliation items?
19    A.  In the normal course of business between
20 any large companies there's of course many, many
21 invoices that are sent. And the normal course of
22 business there is pricing discrepancies,
23 over-shipments, short shipments, freight charges,
24 anything of that nature that a customer may dispute
25 as not being owed or payable.

Page 83

1     Q.  And that's in the normal course of the
2  relationship between a vendor such as Tech Data and
3  its customers?
4     A.  In just about every customer we have
5  there's disputes.
6     Q.  Not unique to the relationship between
7  Tech Data and Inacom?
8     A.  Not unique at all.
9         Ms. Dumas: Off the record.
10        (The deposition was recessed at 11:57 a.m., to
11 be resumed at 12:30 p.m.)
12                  * * *

Page 84

1         AFTERNOON SESSION
2  (The deposition was resumed at 12:52 p.m.)
3         CONTINUED DIRECT EXAMINATION
4  by Ms. Dumas:
5     Q.  Mr. Ward, would you pick up Exhibit 4
6  again which is the big pack? You got it. And I've
7  just got one or two questions for you back on this.
8  And that is, in it there is a reference to Tech Data
9  requesting a corporate resolution from Compaq that
10 Mr. Francis was authorized to execute a corporate
11 guarantee back on that page 2345 that we were --
12    A.  Yes.
13    Q.  -- reviewing. Are you with me on that?
14    A.  Yes.
15    Q.  All right. My question is: When
16 Mr. Francis sent you the February 16 letter did you
17 request a confirmation, corporate authorization that
18 Mr. Francis was authorized to deliver this letter?
19    A.  No, I did not.
20    Q.  And why not?
21    A.  Because of the letterhead and the title on
22 the letter I had assumed that that was sufficient.
23    Q.  Isn't the reason that you didn't ask for a
24 corporate authorization because this was a comfort
25 letter not a guarantee?

Page 85

1         Mr. Tatelbaum: Objection. You can
2  answer.
3     A.  We saw that as an assumption of the debts
4  of Inacom.
5     Q.  So you did not see it as a guarantee?
6     A.  We saw it as an assumption.
7     Q.  In your usage of the words is an
8  assumption of the liabilities different than a
9  guarantee of the liabilities?
10    A.  Yes, there's a slight difference.
11    Q.  What is that difference?
12    A.  In this instance here they had assumed
13 taking over the debts for them as opposed to
14 guaranteeing yet remaining separate from the entity
15 that they would be guaranteeing for.
16    Q.  All right. You can put that aside.
17        Ms. Dumas: I'm going to ask the reporter
18 to mark Exhibit 1 to Mr. Ward's deposition.
19        (The document was marked for identification as
20 Ward Exhibit No. 1.)
21 By Ms. Dumas:
22    Q.  Would you take whatever time you need
23 to --
24    A.  Back on the record?
25    Q.  We're back on the record.

Case 1:04-cv-00148-GMS   Document 34-9   Filed 04/25/2005   Page 6 of 17

Inacom vs. Tech Data                         3/4/2005                              MIKE WARD

Page 86

1  A. Okay. And what is this you would like me
2  to look at?
3  Q. Just this document to see if you can
4  identify it.
5  A. All the pages here or just in general?
6  Q. In general what it is.
7  A. Okay.
8  Q. Is this a Tech Data business record?
9  A. It appears to be, yes.
10 Q. And what is it?
11 A. Again, this is the ANM notes, that system
12 that I referred to earlier in my deposition.
13 Q. Same protocol would apply that once an
14 entry is made in it it can't be changed; is that
15 correct?
16 A. That's correct.
17 Q. This one on the second line has customer
18 1147688 Inacom. The one that we referred to earlier
19 had a customer 953001, and I believe you testified
20 earlier that that was originally Custom Edge --
21 originally Inacom and then Custom Edge, then HP
22 Direct. So my question is: For what purpose was a
23 new customer number created for Inacom?
24 A. Okay. This was at the direction of --
25 this was a result of the acquisition of Inacom,

Page 87

1  which became Custom Edge by Compaq. These
2  particular -- this account was established to move
3  over invoices such as disputed invoices or other
4  invoices to properly account for those from the new
5  business being done with Custom Edge.
6  Q. So when you say "move over disputed
7  invoices" these would have been invoices submitted
8  by Tech Data to Inacom before the closing?
9  A. Yes.
10 Q. So is it fair to say that the purpose of
11 this was to wind down and wrap up the Inacom
12 account?
13 A. Purpose of this was to reconcile ongoing
14 disputes and other invoices to just have a --
15 reflect a better accounting or cutoff period, if you
16 will, from the closing time.
17 Q. Is this the account that eventually
18 reflected the amounts remaining outstanding that you
19 referred to earlier as a result of that
20 reconciliation process?
21 A. Well, all the accounts have reconciliation
22 going on with them. So I'm going to ask you to
23 repeat your question.
24 Q. I will. I'll try to make it better.
25    You testified earlier I think, that there

Page 88

1  -- and correct me if I'm wrong, that there was a
2  process of reconciliation between Inacom and Tech
3  Data, the result of which there was an outstanding
4  amount owing Tech Data by Inacom that was never
5  paid.
6  A. I think you're referring back to the
7  amount of what I called less than a million dollars
8  that we were reconciling through, which Inacom had
9  disputed all along, even in spite of the closing or
10 regardless of the closing.
11 Q. Thank you. That is what I was referring
12 to.
13    And my question then, simply trying to
14 understand this, was this account created for the
15 purpose of completing that reconciliation process?
16 A. Yeah, that was one of the reasons why.
17 Again, it was to have a cutoff period and, two, give
18 a better accounting going forward due to this
19 acquisition closing process.
20 Q. Why did you need a cutoff period?
21 A. Actually, I believe Compaq wanted it.
22 Q. How did you learn that?
23 A. I think we were instructed by Compaq.
24 Q. Did they tell you why they wanted you to
25 do a cutoff period?

Page 89

1  A. Again, so that there would be a cleaner
2  break going forward for invoices that Tech Data was
3  presenting just on behalf of the Custom Edge dates
4  from that time. Not unusual in situations like
5  this.
6  Q. I should probably lay a little foundation
7  for that. Had you, before this time period, been
8  involved in other situations where customers of Tech
9  Data were acquired by other companies or merged with
10 other companies?
11 A. That's not an uncommon event.
12 Q. And you had personally seen this happen
13 with respect to Tech Data's customers prior to this
14 period of time?
15 A. Yeah, I can't--
16    Mr. Hunt: Objection to form, just on what
17 "this" is. If you can answer, go ahead.
18 A. I can't quote any specifics right now. I
19 mean, I can't recall any specific accounts or
20 customers right now, but again, in my years in the
21 accounting profession it's not unusual or uncommon
22 to create something like this.
23 Q. Would you turn to the third page of this
24 exhibit? It's Bates marked 2353 and specifically to
25 the entry on March 2, 2000 at 1642?

Case 1:04-cv-00148-GMS    Document 34-9    Filed 04/25/2005    Page 7 of 17

Inacom vs. Tech Data                    3/4/2005                        MIKE WARD

Page 126

1  received some e-mails from Mr. Ward late
2  yesterday afternoon and one of those is what
3  you got today and I haven't reviewed the rest
4  of them.
5      Ms. Dumas: Off the record.
6  (The deposition was concluded at 2:15 p.m.)

Page 127

Mike Ward
C/O Stephen C. Hunt, Esquire
Charles M. Tatelbaum, Esquire
Adorno & Yoss
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Fl 33301

In re: Inacom Corp., et al.

Dear Mr. Ward:
    As you will recall, at the conclusion of your deposition taken on March 4, 2005 in the above-mentioned action, you requested that you be given the opportunity to review your transcript before it is filed with the Court.
    Please read your enclosed courtesy copy of the transcript, make any corrections on the subscription page necessary, and sign it.
    Please forward the original errata to the offices of Cecily Dumas, Esquire within two weeks of receipt of the transcript so that it may be filed with the Court.

    If you have any questions, please feel free to call me.
    Thank you,

    Lois H. Simonds
    Registered Professional Reporter

Page 128

Subscription of Deponent
    I, Mike Ward, hereby certify that I have read the foregoing deposition given by me on March 4, 2005, and that the transcription is in conformity with my testimony, with the exception of the following corrections, if any:

Page    Line    Correction

                Mike Ward    Date

Page 129

CERTIFICATE OF OATH
STATE OF FLORIDA:
COUNTY OF ORANGE:

    I, Lois H. Simonds, do hereby certify that I placed under oath the deponent, Mike Ward, at the time and place herein designated.
    Witness my hand and official seal this 18th day of March, 2005.

    _____
    RPR, Notary Public,
    State of Florida at Large.

```
AR NOTE MANAGEMENT        CO 20 AR R3           DATE 11/18/04
Cust  1147688  INACOM              VIP N Type   CR 7000
Dept  CR CREDIT
Cont  NOT FOUND                    Crt Dt 10/06/04
Phone NOT FOUND   In Sales  WC SELECT RSM    80212  Crt Tm 09:49
Fax              Out Sales SELECT NON FOCUS       Delete Note? N
Act Dt 00/00/00 User ID    Msg                Tot Pages  72
```

In: CHAPTER 11 FILED 6/16/00 00-2426 ALSO #997362
Who: 7996  When: 10/06/04  09:43
Priority Note N       View Priority No.  0 No. of Priority Notes  2
02/18/00    14:31   4816   MW SW DICK OSHLO, INACOM DIR FIN. DICK SAID NO MORE CHECKS
02/18/00    14:31   4816   RELEASED TODAY. HOWEVER HE EXPECTS TO RELEASE MORE 2/21.MW.
02/21/00    12:33   4669   REC SPLIT CK703858, HOTBOX, $386,450.59 OF $743,695.59
02/21/00    12:33   4669   REC CK704594, HOTBOX, $683,433.39
02/21/00    12:33   4669   ABOVE CHECKS TO BE INSERTED.  WILL BE APPLIED AFTER ACCT
02/21/00    12:33   4669   953001 CONVERSION IS COMPLETED...CAG
02/21/00    17:09   4816   MW LVMW DICK OSHLO, DAVID GUENTHNER, WENDY BARENSON, NEIL
02/21/00    17:09   4816   GOLDSWORTH AND JOHN FRASCA. MW SW OSHLO'S ADMIN ASST WHO
02/21/00    17:09   4816   SD MANY WERE OUT TODAY DUE TO PRESIDENT'S DAY HOLIDAY. HOWE
02/21/00    17:09   4816   VER DICK WAS IN AND WOULD FORWARD MY MESSAGE TO HIM FOR
02/21/00    17:10   4816   CHECK RELEASE INFO. MW SW WENDY BARENSON WHO SD SHE WOULD
02/21/00    17:10   4816   SW TREASURY TO SEE IF ANY CHECKS WERE RELEASED. NEIL GOLDS
02/21/00    17:10   4816   WORTH CLLD BACK TO SAY THIS IS HIS LAST WEEK W INACOM AND
02/21/00    17:10   4816   THIS WEEK IS ONLY IN A CONSULTING CAPACITY. IN ANY EVENT MW
02/21/00    17:10   4816   REC'D NO INFORMATION ON CHECKS TO BE RELEASED 2/21.....MW.
02/21/00    17:17   4816   MW SW WENDY BARENSON WHO STATED THAT OSHLO IS STILL REVIEWI
02/21/00    17:17   4816   NG CHECKS TO DETERMINE RELEASE.........................MW.
02/22/00    15:40   4816   MW SW WENDY BARENSON, INACOM A/P SUPER. CK #705891 $612,414
02/22/00    15:40   4816   AND CK #706788 $606,330 RELEASED FOR TECH DATA LOCKBOX

{210346.0002/N0507194_1}
```



2351

```
02/22/00    15:40   4816   RECEIPT 2/23. TOTAL OF CHECKS $1,218,744.
02/23/00    14:03   4816   MW SW DICK OSHLO, VP TREASURY, DICK SD NO
CHECKS GOING OUT
02/23/00    14:03   4816   TO TECH DATA 2/23. HOWEVER MW SHOULD CLL
2/24 FOR UPDATE.MW
02/24/00    12:03   4669   REC CK705891, HOTBOX, $612,414.43
02/24/00    12:03   4669   REC CK706788, HOTBOX, $606,330
02/24/00    12:04   4669   ABOVE CHECKS WILL BE INSERTED AND APPLIED
AFTER ACCT 953001
02/24/00    12:04   4669   MOVE CONVERSION COMPLETED...CAG
02/24/00    16:01   4669   CK707668 RECEIVED AT HOTBOX TODAY,
$1,278,162.14...CAG
02/25/00    14:06   4669   CK707668 IS A SPLIT CK. $371,867 TO
S1R1/1110058...CAG
02/25/00    14:58   4816   MW LVMW DICK OSHLO, VP TREAS, AND WENDY
BARENSON, A/P SUPER
02/25/00    14:58   4816   FOR CHECK INFO ON ACCT.................................MW.
02/28/00    07:55   4816   MW LVMW DICK OSHLO AND WENDY BARENSON,
INACOM TREAS & A/P
02/28/00    07:55   4816   FOR CHECK INFO..........................................MW
02/28/00    09:44   4669   REC CK2000576, HOTBOX, $3,364,602.81...CAG
02/28/00    09:47   4669   PER LETTER FROM INACOM A/P MGR NANCY
PEARSON, CK2000576
02/28/00    09:47   4669   AND FUTURE CHECKS WILL NOT REFLECT NAME OF
PAYOR DURING
02/28/00    09:47   4669   CPQ TRANSITION...CAG
02/29/00    14:42   4816   MW SW WENDY BARENSON, A/P. WENDY NOT
AWARE THAT ANY CHECKS
02/29/00    14:42   4816   RELEASED 2/28 OR WILL BE RELEASED ON 2/29. MW
LVMW DICK
02/29/00    14:42   4816   OSHLO REQUESTING UPDATE ON CK #S
708391/709697/710575.MW
03/01/00    16:36   4669   SW TAMI CARTER RE PENDING PAYMENTS- SEE
NEXT...CAG
03/01/00    16:41   4669   PER TAMI, CK708391 $1,026,316.45 2/3, CK709697
$1.3MM2/8,
03/01/00    16:41   4669   CK710575 $2.1MM 2/10 ARE ALL STILL IN TREASURY
WITH NO
03/01/00    16:41   4669   KNOWN RELEASE DATE. CK2000917 $934,001.07 2/24
AND
03/01/00    16:41   4669   CK2001223 $296,680.62 2/29 HAVE BEEN RELEASED,
BUT HAVE NOT
03/01/00    16:41   4669   BEEN ACCOUNTED FOR AS OF TODAY'S HOTBOX.
TAMI WILL SEND ME
03/01/00    16:41   4669   DETAIL ON THESE TWO CHECKS...CAG
```

03/01/00   18:10   4816   MW LVMW DICK OSHLO, TWICE, WENDY BARENSON AND JOHN FRASCA
03/01/00   18:10   4816   FOR CHECK INFO TO NO AVAIL. MW ASKED CHRIS GRISAR TO FOLLOW
03/01/00   18:10   4816   UP WITH INACOM 3/2 AND REPORT FINDINGS TO MIKE ZAVA.....MW.
03/02/00   16:42   4669   SW TAMI. SHE HAD NO FURTHER INFO ON WHEN THE THREE TREASURY
03/02/00   16:44   4669   CHECKS TOTALLING $4.4MM WOULD BE RELEASED. ALSO SAID THAT
03/02/00   16:44   4669   CK2000917 AND CK2001223 WERE MAILED ON 2/24 AND 2/29. WE
03/02/00   16:44   4669   HAVEN'T ACCOUNTED FOR EITHER ON OUR END. ADVISED MW/MZ.CAG
03/02/00   16:57   4669   RC TAMI. CONFIRMED THE TWO CHECKS ABOVE WERE SENT TO THE
03/02/00   16:57   4669   ATLANTA HOTBOX. LVM KATHY THAT THE CHECKS MAY NOT REFLECT
03/02/00   16:57   4669   THE PAYOR NAME PER NANCY PEARSON'S LETTER, WHICH MAY BE
03/02/00   16:57   4669   HOLDING UP THE CHECKS AT BOA...CAG
03/03/00   10:50   4816   MW SW DICK OSHLO. DICK TO REVIEW THE CHECK LIST AND CALL MW
03/03/00   10:50   4816   BACK W/ INFO FOR CK RELEASE SCHEDULE TODAY. 3/3..........MW.
03/06/00   13:11   4669   REC CK2000917, HOTBOX, $934,001.07...CAG
03/07/00   11:29   4816   MW LVMW DICK OSHLO AND WENDY BARENSON OF INACOM FOR CK INFO
03/07/00   11:58   4669   REC CK2001223, HOTBOX, $296,680.62...CAG
03/07/00   13:15   4669   WORKING WITH ELAINE TO GET E-REMITS FOR:
03/07/00   13:15   4669   CK703858, $386450.59. CK704594, $683433.39
03/07/00   13:15   4669   CK705891, $612414.43. CK706788, $606330.41
03/07/00   13:15   4669   CK707668, $906295.14.
03/07/00   13:15   4669   ELAINE MLD BACK ON 2/28 THET E-REMITS WOULDN'T BE PROVIDED.
03/07/00   13:15   4669   KATHY MLD HER BACK 3/6 FOR RECONSIDERATION...CAG
03/07/00   15:42   4669   TAMI WILL SEND E-REMITS FOR THE FIVE CHECKS I NOTED ABOVE.
03/07/00   15:42   4669   SAID NO NEWS ON THE RELEASE OF THE THREE TREASURY CHECKS
03/07/00   15:43   4669   FROM LAST MONTH. WILL CONTACT ME FRIDAY WITH NEW CUSTOM
03/07/00   15:43   4669   EDGE DISPUTES NOT YET PAST DUE...CAG
03/07/00   15:50   3577   LVM FOR ELAINE VAAG RE: THE PAYMENT PROCESS FOR INACOM

```
03/07/00    15:50  3577  INVOICES VS CUSTOM EDGE,INC. INVOICES. QUESTION: WILL THE
03/07/00    15:50  3577  INVOICES GET PAID ON SEPARATE CHECKS
03/08/00    15:22  4816  MW LVMW DICK OSHLO AND WENDY BARENSON FOR CK UPDATE....MW.
03/08/00    16:21  4816  MW SW WENDY BARENSON. SHE SD DICK SD NO TECH DATA CKS WERE
03/08/00    16:21  4816  RELEASED TODAY. A CK MAY BE RELEASED BY END OF THIS WK.MW.
03/08/00    16:23  4816  MW LVMW JOHN FRASCA RE $2.2MM PORTION OF COMPAQ FUNDS STILL
03/08/00    16:23  4816  DUE ON INACOM PRE CLOSING BALANCE. ASKED JOHN TO UPDATE MW.
03/09/00    14:11  4816  ELAINE VAAG, A/P CLERICAL RETURNED MW CALL INTO JOHN FRASCA
03/09/00    14:11  4816  PER JOHN FRASCA'S REQUEST CONCERNING $2.2MM DUE FROM COMPAQ
03/10/00    17:31  4816  MW SW DICK OSHLO. CK #708391 $1,026,316.45 TO BE MAILED ON
03/10/00    17:31  4816  3/13 OR 3/14 TO TECH DATA HOTBOX. NO CHECKS TO BE MAILED
03/10/00    17:31  4816  AFTER THAT UNTIL WEEK LATER. DICK RECOMMENDED JAY SAMUELSON
03/10/00    17:31  4816  AS CONTACT FOR FUNDS DUE FROM COMPAQ FOR PRE CLOSING $.MW
03/13/00    10:25  4816  MW LVMW JAY SAMUELSON PER DICK OSHLO'S RECOMMENDATION TO
03/13/00    10:25  4816  DISCUSS W JAY THE STATUS OF THE $2.2MM OF PRE CLOSING INVOI
03/13/00    10:25  4816  CES STILL OPEN THAT COMPAQ HAD CLAIMED RESPONSIBILITY OF.MW
03/13/00    11:06  4669  SW TAMI. SAID SHE DIDN'T GET STATEMENT FOR #1147688. SW
03/13/00    11:07  4669  YVETTE- CSM UPDATED FOR 20TH DAY OF EACH MONTH...CAG
03/13/00    17:27  4816  MW LVMW DICK OSHLO RE VERIFICATION THAT CK #708391 FOR
03/13/00    17:27  4816  $1,026,316.45 HAS BEEN SENT. MW SW WENDY BARENSON FOR SAME
03/13/00    17:27  4816  VERIFICATION. HOWEVER NO CONFIRMATION HAS BEEN RECEIVED. MW
03/13/00    17:27  4816  ALSO LVMW JAY SAMUELSON FOR UPDATE ON COMPAQ SIDE OF RECEIV
03/13/00    17:27  4816  ABLE $2.2MM............................................MW..
03/14/00    09:46  4816  MW, DONNA PLATT, KATHY SCHMALFELT, LVMW JOHN FRASCA AND KEV
```

| Date | Time | Code | Note |
|---|---|---|---|
| 03/14/00 | 09:46 | 4816 | IN ROSE RE $2.2MM OF COMPAQ'S RESPONSIBILITY ON PRE CLOSING |
| 03/14/00 | 09:46 | 4816 | INVOICES................................................MW. |
| 03/14/00 | 10:36 | 4816 | MW LVMW DICK OSHLO FOR UPDATE ON CK #708391 $1,026,316.45 |
| 03/14/00 | 14:39 | 4669 | SW TAMI. SAID SHE IS HOPEFUL THE THREE TREASURY CHECKS |
| 03/14/00 | 14:39 | 4669 | (708391, 709697, 710575) FOR $4,555,370 WILL BE RELEASED |
| 03/14/00 | 14:39 | 4669 | THIS WEEK, BUT NO PROMISES...CAG |
| 03/14/00 | 17:26 | 4669 | REC SPLIT CK2001729, HOTBOX, $6387.56...CAG |
| 03/15/00 | 14:59 | 4816 | MW SW ELAINE VAAG, CK #2002272 $97,393.41 BEING SENT REGULA |
| 03/15/00 | 14:59 | 4816 | R MAIL TO HOTBOX TODAY. THIS IS FOR COMPAQ SIDE OF PRE CLOS |
| 03/15/00 | 14:59 | 4816 | ING INACOM INVOICES..............................MW. |
| 03/16/00 | 11:10 | 4816 | MW SW ROGER RICHTER. ROGER WAS PROVIDED AN UPDATE ON THE |
| 03/16/00 | 11:10 | 4816 | BALANCE DUE ON THIS ACCOUNT FROM THE INACOM AND COMPAQ SIDE |
| 03/16/00 | 11:10 | 4816 | FOR HIS MEETING TODAY WITH CUSTOM EDGE INCLUDING JOHN FRASC |
| 03/16/00 | 11:11 | 4816 | MW NOTED TO ROGER THAT AT THIS TIME, $4.555MM WAS STILL DUE |
| 03/16/00 | 11:11 | 4816 | FROM INACOM AND $2.1MM WAS STILL DUE FROM COMPAQ ON THE PRE |
| 03/16/00 | 11:11 | 4816 | CLOSING INVOICES.................................MW. |
| 03/16/00 | 11:40 | 4816 | MW LVMW ELAINE VAAG FOR A DAILY UPDATE ON CHECK INFO...MW. |
| 03/16/00 | 15:44 | 3577 | RECVD VM FROM ELAINE VAAG STATING THAT CK#708391 WAS MAILED |
| 03/16/00 | 15:44 | 3577 | TODAY...............YT |
| 03/17/00 | 09:12 | 4816 | ELAINE VAAG LVMW 3/16 CK #708391 $1,026,316.45 OVERNIGHTED |
| 03/17/00 | 09:12 | 4816 | FOR RECEIPT IN HOTBOX 3/17................................MW |
| 03/17/00 | 10:51 | 4669 | SW KATHY SCH. SHE WAS TOLD BY INACOM THAT ED INV'S P085504, |
| 03/17/00 | 10:51 | 4669 | P251021 AND Q288146 WERE PAID, BUT I TOLD HER I HAVE NO |
| 03/17/00 | 10:52 | 4669 | CONFIRMATION OF PAYMENT. SHE WILL VISIT THEM 3/21 TO F/UP. |
| 03/17/00 | 12:24 | 4669 | SW TAMI. SAID THREE TREASURY CHECKS WILL PROB BE RELEASED |
| 03/17/00 | 12:24 | 4669 | ONE PER WEEK, SO WE WILL PROB GET CK709697, $1.335MM, BY |

03/17/00   12:24   4669   MONTH-END, BUT CK710575, $2.194MM WILL LIKELY BE EARLY APR.
03/17/00   15:56   4816   MW LVMW ELAINE VAAG THAT CK #708391 $1,026,316.45 DID NOT
03/17/00   15:56   4816   ARRIVE IN 3/17 HOTBOX AS PROMISED ABOVE. MW ASKED ELAINE
03/17/00   15:56   4816   IF CK WAS RELEASED, WHEN AND OVERNIGHT TRACKING #.....MW.
03/17/00   17:09   4816   MW SW ELAINE VAAG. CK #708391 $1,026,316.45 RELEASED 3/17.
03/17/00   17:09   4816   FED EX TRACKING #811009874250.........................MW.
03/17/00   17:47   4669   REC CK713908, HOTBOX, $26,762. PAYS EDUCATION...CAG
03/21/00   11:28   4669   LVM TAMI FOR TODAY'S PMT INFO...CAG
03/21/00   13:46   4816   PER ELAINE VAAG VM TO MW CK#709697 $1,334,959.01 TO BE OVER
03/21/00   13:46   4816   NIGHTED TO TECH DATA HOTBOX FOR RECEIPT 3/22. ELAINE INVEST
03/21/00   13:46   4816   IGATING WHEREABOUTS OF CK#2002272 $97,393.41 FROM COMPAQ
03/21/00   13:46   4816   THAT IS TO PAY ON PRE CLOSING INVOICES. CK# 709697 IS FOR
03/21/00   13:46   4816   PRE CLOSING INVOICES...................MW
03/21/00   16:55   4816   CK#2002272 $97,393.41 REC'D IN 3/21 HOTBOX.............MW
03/21/00   17:24   4669   REC VM TAMI. CK2002576 $1MM DATED 3/16 AND CK2002882 $2.1MM
03/21/00   17:24   4669   DATED 3/21 CUT...CAG
03/22/00   09:15   4669   REC CK708391, HOTBOX, $1,026,316.45...CAG
03/22/00   16:06   3577   RECEIVED CK#2002576 @ $1,050,466.79 AND CK#709697 @
03/22/00   16:06   3577   $1,334,959.01 IN TODAYS ATL HOTBOX REPORT...............YT
03/22/00   17:04   4669   CK2002272 IS SPLIT. C#1147688, $123,476.83. C#953001,
03/22/00   17:04   4669   ($26,083.42). TOTAL $97,393.41...CAG
03/24/00   11:08   4816   MW SW ELAINE VAAG TO DETERMINE IF ANY CK INFO IS AVAILABLE
03/24/00   11:08   4816   TODAY. ELAINE TO CLL MW BACK IF ANY BECOMES AVAILABLE...MW
03/24/00   14:22   4669   REC SPLIT CK2002576, HOTBOX, $2179.45 OF $1048287.34...CAG
03/27/00   10:50   3577   LVM FOR ELAINE RE: NET LINE AT $3.6MM PAST DUE. NEED CURR
03/27/00   10:50   3577   CHECK INFO.............YT
03/27/00   11:34   4669   REC CK716417, HOTBOX, $1300. PAYS IN-P621684...CAG

```
03/27/00    15:40   4816   MW SW ELAINE VAAG, INACOM TREASURY
RELEASED CK #710575 FOR
03/27/00    15:40   4816   $2,194,094.75. THIS IS THE LAST CK EXPECTED ON
PRE CLOSING
03/27/00    15:40   4816   INVOICES. CK TO ARRIVE AT HOTBOX
3/28.................MW/
03/27/00    15:41   3577   S/W ELAINE SHE SAID THE LAST INACOM CHECK
WAS MAILED TODAY
03/27/00    15:41   3577   FED-EXD OVERNIGHT, CK#710575 DTD 2/10/00 @
$2,194,094.75.
03/27/00    15:41   3577   THIS CHECK IS TO PAY ONLY INACOM
INVOICES................YT
03/27/00    15:41   3577
*************************************************
03/28/00    09:39   4669   SW TAMI. SAID SHE IS IN THE PROCESS OF
CREDITING THE CHARGE
03/28/00    09:39   4669   BACKS FOR SHORT SHIPS I'VE RESEARCHED TO
DATE. TOLD HER I
03/28/00    09:39   4669   WOULD SEND AN INTERIM STATEMENT FOR
#1147688 AFTER CK710575
03/28/00    09:39   4669   POSTS. LAST STATEMENT REFLECTS THOUSANDS
OF LINES THAT
03/28/00    09:39   4669   HAVE/WILL BE PAID ON WITHHELD FEB TREASURY
CHECKS...CAG
03/28/00    17:01   4669   CK710575 RECEIVED TODAY'S HOTBOX,
$2194094.75...CAG
04/03/00    11:28   4353   RECVD CK# 717552 $1,850. APPLICABLE TO
P970901,,,,,,,,,,AF
04/05/00    10:41   4816   MW SW TAMMY TO ENSURE SHE HAS ALL SHE
NEEDS TO CONTINUE
04/05/00    10:41   4816   RECONCILING THE ACCT IN CHRIS' ABSENCE. SHE
SAID SHE DID.MW
04/07/00    10:15   4353   L V MSG FOR KATHY SCHMALFELDT RE REQUEST
TO CHRIS ,,,,,,AF
04/11/00    16:27   4669   REC SPLIT CK2004054, HOTBOX, $220140.91 OF
$1129151.64.CAG
04/18/00    13:06   4669   REC CK 2003737, HOTBOX, $16969.02 OF
$1555354.12...CAG
04/20/00    12:13   4669   REC CK 2004657, HOTBOX, $20,920.05 OF
$1,564,176.48...CAG
04/24/00    14:42   4669   REC CK 2004308, HOTBOX, $992.50 OF
$1773650.76...CAG
04/25/00    11:30   4669   REC CK 2005361, HOTBOX, $10,200 OF
$2246376.96...CAG
04/27/00    10:07   4669   RC TAMI. CONCALL FOR TOMORROW TO DISCUSS
DUP SHIPS CANCELD.
```

| Date | Time | Code | Entry |
|---|---|---|---|
| 04/27/00 | 10:10 | 4669 | PER TAMI, ELAINE, JAY AND RICHTER HAD A CONVERSATION 3-4 |
| 04/27/00 | 10:10 | 4669 | MOS AGO REGARDING DUP SHIPS AND "RICHTER AGREED TO LOOK |
| 04/27/00 | 10:10 | 4669 | INTO IT". SAID DUP SHIPS NEED TO BE ADDRESSED AT VP LEVEL |
| 04/27/00 | 10:10 | 4669 | AND THAT TAMI AND CHRIS SHOULD NOT BE DISCUSSING. TOLD TAMI |
| 04/27/00 | 10:10 | 4669 | THAT I HAVE PERFORMED THE RESEARCH ON TD'S END AND THAT WE |
| 04/27/00 | 10:10 | 4669 | SHOULD BE ABLE TO DISCUSS ISSUES, BUT THIS IS HER MGMT'S |
| 04/27/00 | 10:10 | 4669 | DIRECTIVE...CAG |
| 04/27/00 | 10:13 | 4669 | ADVISED MIKE WARD RE ABOVE...CAG |
| 05/01/00 | 12:02 | 4816 | MW SW JAY SAMUELSON, ACCT'G/FINANCE. JAY TO ADVISE ELAINE |
| 05/01/00 | 12:02 | 4816 | VAAG AND TAMI TO REFOCUS ON RECONCILIATION OF PAST DUE... |
| 05/01/00 | 12:05 | 4816 | BALANCES ON THE ACCOUNT. JAY SAYS THERE HAS BEEN A MISUNDER |
| 05/01/00 | 12:05 | 4816 | STANDING ON INACOM'S PART IF ANYONE THERE THOUGHT THAT NO |
| 05/01/00 | 12:05 | 4816 | MORE RECONCILIATION WORK WAS TO BE DONE. MW AGREED THAT WE |
| 05/01/00 | 12:05 | 4816 | COULD GET TO POINT TO SETTLE BUT AT THE MOMENT WE ARE FAR |
| 05/01/00 | 12:05 | 4816 | FROM THERE. MW COMMUNICATED THIS TO ROGER RICHTER, VP SALES |
| 05/01/00 | 12:05 | 4816 | AS WELL. ROGER HAD PUT A CALL INTO DAVID GUENTHNER 4/27 TO |
| 05/01/00 | 12:05 | 4816 | GET THE RECONCILIATION BACK ON TRACK AGAIN. DAVID CALLED |
| 05/01/00 | 12:05 | 4816 | JAY SAMUELSON TO GET INACOM A/P MOVING AGAIN ON THIS...MW |
| 05/02/00 | 10:54 | 4816 | MW LVMW NANCY PIERSON, A/P MGR, AND ELAINE VAAG FOR CK INFO |
| 05/02/00 | 10:54 | 4816 | ON OPEN PAST DUE INVOICES FOR WHICH DOCUMENTATION PROVIDED. |
| 05/04/00 | 13:11 | 3433 | RCVD CK#722237 $5423.17 PAYING 120 DAYS WITH 4 OA'S..LJD |
| 05/12/00 | 16:22 | 4669 | REC CK2006645, ($423.19) OF $2497231.73...CAG |
| 05/15/00 | 13:47 | 4816 | MW LVMW NANCY PIERSON, A/P MGR RE STATUS OF TAMI'S RECON.MW |
| 05/16/00 | 15:58 | 2831 | CONF CALL W NANCY PIERSON, TAMI CARTER, MELISSA GAYDEN AND |

| Date | Time | Code | Description |
|---|---|---|---|
| 05/16/00 | 15:58 | 2831 | ELAIN VAAG FR INACOM, KQN AND CAG, TECH DATA. TAMI SPOKE OF |
| 05/16/00 | 15:58 | 2831 | PROGRESS SHE HAS MADE AND SHOULD BE SOME OVER 90 ON TDYS CK |
| 05/16/00 | 15:58 | 2831 | AND THURS CK. KQN REITERATED THAT TECH DATA NEEDS TO SEE SI |
| 05/16/00 | 15:58 | 2831 | GNIFICANT MVMNT ON THE OVER 90. STILL POSSIBLITY A DEMAND L |
| 05/16/00 | 15:58 | 2831 | ETTER COULD BE SENT IF PROGRESS IS MINIMAL........KQN |
| 05/16/00 | 16:36 | 4816 | MW LVMW LAZ CORCORIAN, CORP CONTROLLER FOR INACOM TO DISCUS |
| 05/16/00 | 16:37 | 4816 | LACK OF ANY REAL PROGRESS ON RECONCILING THIS ACCOUNT. MW |
| 05/16/00 | 16:37 | 4816 | ALSO NOTED THAT RUMOR HAS IT THAT INACOM WILL SOON BE FILIN |
| 05/16/00 | 16:37 | 4816 | G BANKRUPTCY OR PUSHED INTO AN INVOLUNTARY BANKRUPTCY. MW |
| 05/16/00 | 16:37 | 4816 | ASKED THAT LAZ CALL BACK MW TO DISCUSS LACK OF PROGRESS..MW |
| 05/17/00 | 10:54 | 4669 | REC CK723342, HOTBOX, $308.80...CAG |
| 05/19/00 | 12:19 | 4669 | REC CK2007991, $23495.12 OF $1002679.96...CAG |
| 05/22/00 | 18:16 | 4669 | REC CK2007287, $7478.43 OF $2071608.10 |
| 05/22/00 | 18:16 | 4669 | REC CK2008303, $98731.46 OF $4843434.18...CAG |
| 05/25/00 | 19:03 | 4669 | REC CK2008659, $1316.35 OF $923873.14...CAG |
| 06/01/00 | 11:38 | 4669 | REC CK2009188, $7095.02 OF $842593.77...CAG |
| 06/01/00 | 11:38 | 4669 | REC CK2008966, $10857.02 OF $1342911.09...CAG |
| 06/05/00 | 08:58 | 4816 | MW LMVW LAZ KORCORIAN, CORP CONTROLLER AND NANCY PIERSON, |
| 06/05/00 | 08:58 | 4816 | A/P MGR REGARDING PENDING BANKRUPTCY PER INTERNET. MW REQUE |
| 06/05/00 | 08:58 | 4816 | STD INFO AS TO WHETHER FILING WOULD BE PREPACKAGED OR WHAT |
| 06/05/00 | 08:58 | 4816 | DETAILS COULD SHARED. MW ASKED NANCY AS TO HOW THIS PENDING |
| 06/05/00 | 08:58 | 4816 | FILE WAS GOING TO AFFECT OUR RECONCILIATION EFFORTS.....MW |
| 06/05/00 | 14:05 | 4669 | REC CK2009494, $62,703.91 OF $2,167,707.81...CAG |
| 06/08/00 | 15:02 | 4669 | REC CK2011206, $14073.29 OF $2338059.75...CAG |
| 06/12/00 | 13:00 | 4669 | REC CK2011505, $21137.52 OF $2643843.25...CAG |
| 06/12/00 | 15:50 | 4669 | S/W TAMI. SAID CHASE ACCOUNT IS COMPAQ-FUNDED. US BANK IS |
| 06/12/00 | 15:51 | 4669 | INACOM FUNDED. IF CORRECT, INACOM PAYMENTS MADE ON CHASE |
| 06/12/00 | 15:51 | 4669 | ACCOUNT SINCE FEBRUARY ARE COMPAQ FUNDED...CAG |

```
AR NOTE MANAGEMENT        CO 20 AR R3          DATE 07/08/04
Cust  997362   INACOM COMPUTER RENTALS         VIP N Type   CR 0300
Dept   CR CREDIT
Cont  NOT FOUND                         Crt Dt 11/19/03
Phone NOT FOUND   In Sales  SE SELECT RSM       80223  Crt Tm 09:13
Fax              Out Sales SELECT NON FOCUS    Delete Note? N
Act Dt 00/00/00 User ID    Msg              Tot Pages  61
In: ADR FILE BKR FILED 6/16/00 CHPT 11 00-2426 ALSO 1147688
Who: 5731  When: 11/02/00  13:05
Priority Note Y        View Priority No.  0 No. of Priority Notes  9
12/02/99    13:50  5078  WASHED ACCT REFUSAL..........................KM
03/20/00    12:49  2562  ***REVD ACCT HIST....PYS $287K...YTD $6K..WILL REDUCE
03/20/00    12:49  2562  CREDIT LIMIT FROM $250K TO $100K...REQ FULL UPDATE ON
03/20/00    12:49  2562  THE ACCT.....................................AOC
03/20/00    12:50  2562  *****REQUEST UPDATE TO CI***** AOCONNOR
05/30/00    14:53  4562  **** D&B UPLIFT 5-18-00 ****
```

{210346.0002/N0507193_1}

2360