# EXHIBIT G

**Blackmore, Mary Ann**

From: Ward, Michael
Sent: Tuesday, March 07, 2000 11:33 AM
To: Zava, Mike
Subject: RE: Custom Edge#953001/Inacom#1147688

Mike,

The balance due from Incom on 2/17/00, the date of the closing was $15,315,168. The balance now due is $6,795,847.54. We have received two checks from Compaq in the last 2 days;check #2000917 $934,001.07 and check# 2001223 $296,680.62. Neither have yet posted. We have received no checks in several days from Inacom. I have left several messages with Dick Oshlo, Inacom Treasury VP and Wendy Barenson, Inacom A/P supervisor to no avail.

Inacom was holding $8,479,406.17 in checks in its Treasury Dept payable to us. We have received $3,924,035.96 of these checks since then. This leaves $4,555,370.21 still being held in Inacom's Treasury Dept. today.

The balance to be paid from Compaq was $6,835,761.83. We have received $4,595,284.50 from Compaq. This leaves a balance of $2,240,477.33 due from Compaq.

DCS now shows a balance of $7,538,142 on account #1147688; $379,831 for #1110058 and $106,857 for # 256271.These three accounts made up the balance of $15,315,168 on 2/17/00. They now total $8,024,830. In consideration of the 2 checks mentioned above, this balance is $6,794,149 with a reconciliation difference of $1,698 in consideration of the $6,795,847.54 referred to above.

-----Original Message-----
From: Zava, Mike
Sent: Monday, March 06, 2000 8:15 AM
To: Grisar, Chris; Ward, Michael
Subject: RE: Custom Edge#953001/Inacom#1147688
Importance: Low

Mike,

Please give me an update on the account. How much received from Inacom and from Compaq and how much the remaining balance is for each company.

Thanks.

MZ

-----Original Message-----
From: Grisar, Chris
Sent: Friday, March 03, 2000 4:27 PM
To: Ward, Michael
Cc: Zava, Mike
Subject: RE: Custom Edge#953001/Inacom#1147688

CK2000917, $934K, is in today's hotbox.

-----Original Message-----
From: Ward, Michael
Sent: Friday, March 03, 2000 10:55 AM
To: Grisar, Chris
Cc: Zava, Mike
Subject: RE: Custom Edge#953001/Inacom#1147688

Chris,

Please call her again today. Ask for FED EX tracking numbers. Thanks.

-----Original Message-----
From: Grisar, Chris
Sent: Thursday, March 02, 2000 4:41 PM
To: Ward, Michael
Cc: Narquis, Kathy

1

3187