**CERTIFICATE OF SERVICE**

       I, Derek C. Abbott, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of Gail S. Greenwood In Support Of Hewlett-Packard Company's Opposition To Tech Data's Motion For Leave To File Amended Third Party Complaint**, was caused to be made on April 25, 2005, in the manner indicated upon the entities identified below:

Dated: April 25, 2005　　　　　　　　　　　　/s/Derek C. Abbott
　　　　　　　　　　　　　　　　　　　　　　Derek C. Abbott (#463)

**BY HAND DELIVERY**

Laura Davis Jones, Esquire
Sandra G. McLamb, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street
Suite 1600
Wilmington, DE 19801

James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 N. Market Street, Suite 400
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

462084