## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this __3__ day of June 2005, I

caused a true and correct copy of the following document to be served on the individual(s) on

the attached service list(s) in the manner indicated:

**NOTICE OF SERVICE OF BRIDGE ASSOCIATES LLC'S
RESPONSE TO DUFF & PHELPS, LLC/SASCO HILL ADVISORS,
INC. INACOM CORP. VALUATION ANALYSIS**

Sandra McLamb (Bar No. 4283)

InaCom Corp. v.:
Tech Data Corp 04-148 GMS
Dell Computer Corporation 04-582 GMS
Lexmark International, Inc. 04-583 GMS
Ingram Entertainment Inc. 04-593 GMS
Document No. 108543
011 – First Class Mail

**First Class Mail**
(Counsel for Tech Data Corp.)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 N. Market Street, Suite 400
Wilmington, DE 19899

**First Class Mail**
(Counsel to Dell Computer Corporation)
Patricia P. McGonigle, Esquire
Seitz Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Ingram Entertainment Inc.,
successor in interest to Nashville Computer
Liquidators)
Thomas Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE 19801

**First Class Mail**
(Counsel for Statutory Committee Of
Unsecured Creditors in action against Dell
Corporation)
William J. Burnett, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226

**First Class Mail**
(Counsel for Compaq Computer Corp- third-
party defendant in action against Lexmark)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**First Class Mail**
(Counsel for Lexmark International as third-
party plaintiff)
Thomas Whalen, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**First Class Mail**
(Counsel for Lexmark International,
defendant)
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**First Class Mail**
(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

**First Class Mail**
(Counsel to Dell Computer Corporation)
Sabrina L. Streusand, Esquire
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX 78701

**First Class Mail**
(Counsel to Lexmark International, Inc.)
Culver V. Halliday, Esquire
Stoll, Keenon, & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202

**First Class Mail**
(Counsel to Ingram Entertainment Inc.)
John Hersey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626