IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>INACOM CORP., et al.,<br>　　　　Debtors. | Chapter 11<br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., et al.,<br>　　　　Plaintiff,<br>　v.<br>TECH DATA CORPORATION,<br>　　　　Defendant. | Civil Action No. 04-CV-148 (GMS) |
| INACOM CORP., et al.,<br>　　　　Plaintiff,<br>　v.<br>DELL COMPUTER CORPORATION,<br>　　　　Defendant. | Civil Action No. 04-CV-582 (GMS) |
| INACOM CORP., et al.,<br>　　　　Plaintiff,<br>　v.<br>LEXMARK INTERNATIONAL, INC.,<br>　　　　Defendant. | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al.,<br>　　　　Plaintiff,<br>　v.<br>INGRAM ENTERTAINMENT, INC.,<br>　　　　Defendant. | Civil Action No. 04-CV-593 (GMS) |

## NOTICE OF SERVICE

I, Daniel B. Butz, hereby certify that on June 10, 2005, copies of the Hewlett-Packard Company's Supplemental Disclosures Pursuant To Rule 26(e) Of The Federal Rules Of Civil Procedure were served upon those parties identified on the attached service list in the manner indicated.

Dated: June 24, 2005

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ Daniel B. Butz
        MORRIS, NICHOLS, ARSHT & TUNNELL
        William H. Sudell, Jr. (No. 463)
        Derek C. Abbott (No. 3376)
        Daniel B. Butz (No. 4227)
        1201 N. Market Street
        Wilmington, DE 19899-1347
        (302) 658-9200

        - and -

        FRIEDMAN DUMAS & SPRINGWATER LLP
        Ellen A. Friedman
        Cecily A. Dumas
        Gail S. Greenwood
        Brandon C. Chaves
        One Maritime Plaza, Suite 2475
        San Francisco, CA 94111
        (415) 834-3800

        Attorneys for Third-Party Defendant
        Hewlett-Packard Company

471507

**SERVICE LIST**

**BY FIRST CLASS U.S. MAIL**

Laura Davis Jones, Esq.
Sandra McLamb, Esq.
Kathleen Marshall DePhillips, Esq.
Pachulski Stang Ziehl Young & Jones
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE  19899-8705

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA  90067

Joseph Grey, Esq.
Thomas Gerard Whalen, Jr., Esq.
Stevens & Lee
300 Delaware Avenue
Suite 800
Wilmington, DE  19801

Culver V. Halliday, Esq.
Adam T. Goebel, Esq.
Stoll Keenon & Park, LLP
2650 Ageon Center
400 West Market Street
Louisville, KY  40202