**SERVICE LIST**

**BY FIRST CLASS U.S. MAIL**

Laura Davis Jones, Esq.
Pachulski Stang Ziehl Young & Jones
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE  19899-8705

Jeffrey P. Nolan, Esq.
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA  90067

James F. Harker, Esq.
Herlihy Harker & Kavanaugh
1400 N. Market Street, Suite 200
Wilmington, DE  19801

Stephen C. Hunt, Esq.
Charles M. Tatelbaum, Esq.
Adorno & Yoss, P.A.
350 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL  33301

471507