IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INACOM CORP., et al., | Bankruptcy Case No. 00-2426 (PJW) |
| Debtors. | |
| INACOM CORP., et al., | Civil Action No. 04-CV-148 (GMS) |
| Plaintiff, | |
| v. | |
| TECH DATA CORPORATION, | |
| Defendant. | |
| INACOM CORP., et al., | Civil Action No. 04-CV-582 (GMS) |
| Plaintiff, | |
| v. | |
| DELL COMPUTER CORPORATION, | |
| Defendant. | |
| INACOM CORP., et al., | Civil Action No. 04-CV-583 (GMS) |
| Plaintiff, | |
| v. | |
| LEXMARK INTERNATIONAL, INC., | |
| Defendant. | |
| INACOM CORP., et al., | Civil Action No. 04-CV-593 (GMS) |
| Plaintiff, | |
| v. | |
| INGRAM ENTERTAINMENT, INC., | |
| Defendant. | |

**HEWLETT-PACKARD COMPANY'S MOTION FOR A
SEPARATE TRIAL OF THE THIRD-PARTY CLAIMS**

Third-Party Defendant Hewlett-Packard Company, as successor in interest to Compaq Computer Corporation ("HP"), moves this Court, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, for an order for a separate trial of the third-party claims brought by Lexmark International, Inc. and Tech Data Corporation on the grounds that a separate trial would be more convenient to the court and the parties, be more conducive to expedition and judicial economy, and would avoid unnecessary prejudice to HP. An opening brief in support of this motion is filed herewith.

## CERTIFICATION OF COUNSEL

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the undersigned hereby certifies that counsel for Hewlett-Packard Company have made a reasonable effort to reach agreement with counsel for Dell, Inc., Ingram Entertainment, Inc., Lexmark International, Inc., and Tech Data Corporation on the matters set forth in this motion, and have been unable to reach such agreement.

WHEREFORE, HP respectfully requests that this Court enter the order attached hereto granting its motion for a separate trial of the third-party claims brought by Lexmark International, Inc. and Tech Data Corporation, and such further and other relief as this court deems just and proper.

Dated:  July 6, 2005
          Wilmington, Delaware

                MORRIS, NICHOLS, ARSHT & TUNNELL

                William H. Sudell, Jr. (No. 463)
                Derek C. Abbott (No. 3376)
                Daniel B. Butz (No. 4227)
                1201 N. Market Street
                Wilmington, DE 19899-1347
                (302) 658-9200

                - and -

                FRIEDMAN DUMAS & SPRINGWATER LLP
                Ellen A. Friedman
                Cecily A. Dumas
                Gail S. Greenwood
                Brandon C. Chaves
                One Maritime Plaza, Suite 2475
                San Francisco, CA  94111
                (415) 834-3800

                Attorneys for Third-Party Defendant
                Hewlett-Packard Company

472924