IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> INACOM CORP., et al., <br>           Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., et al., <br>           Plaintiff, <br><br> v. <br><br> TECH DATA CORPORATION, <br>           Defendant. | Civil Action No. 04-CV-148 (GMS) |
| INACOM CORP., et al., <br>           Plaintiff, <br><br> v. <br><br> DELL COMPUTER CORPORATION, <br>           Defendant. | Civil Action No. 04-CV-582 (GMS) |
| INACOM CORP., et al., <br>           Plaintiff, <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br>           Defendant. | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al., <br>           Plaintiff, <br><br> v. <br><br> INGRAM ENTERTAINMENT, INC., <br>           Defendant. | Civil Action No. 04-CV-593 (GMS) |

**ORDER GRANTING HEWLETT-PACKARD COMPANY'S MOTION FOR A
SEPARATE TRIAL OF THE THIRD-PARTY CLAIMS**

IT IS HEREBY ORDERED that Hewlett-Packard Company's motion, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, for a separate trial of the third-party claims brought by Lexmark International, Inc. and Tech Data Corporation is granted.

Dated: July ____, 2005

_____
Gregory M. Sleet, Judge
United States District Court
District of Delaware