UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, et.al.,                Civil Action No. 1:04-cv-001-.48-GMS

        Debtors.

_____ /          Bankr. Case No. 00-02426 (PJW)
INACOM CORPORATION,                         Adv. Pro. No. 02-03456(PJW)

        Plaintiff,

v.

TECH DATE CORPORATION,

        Third-Party Plaintiff,

vs.

COMPAQ COMPUTER CORP., ITY
CORP., and CUSTOM EDGE, INC.,

        Third-Party Defendants,

_____ /

## AFFIDAVIT OF SERVICE

I, James F. Harker, hereby certify that on this 15th day of July, 2005, I caused

copies of *TECH DATA CORPORATION'S JOINDER IN REQUEST FOR TRIAL BY*

*JURY BY DEFENDANTS LEXMARK, DELL AND INGRAM* be served on the following

person by first class mail and electronic filing.

        John Hersey, Esquire
        Sheppard Mullin
        650 Town Center Drive, 4th Floor
        Costa Mesa, CA 92626

Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

Steven Hunt, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

Culver V. Halliday, Esquire
Stoll Keenon & Park, LLP
2650 Aegon Center
400 West Market
Louisville, KY 40202


James Landon, Esquire
Hughes, Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX 78701

Sabrina L. Streusand, Esquire
Hughes, Luce, L.L.P.
111 Congress Avenue
Suite 900
Austin, TX 78701

Earl Forte, Esquire
Blank Rome Comisky LLP
One Logan Square
Philadelphia, PA 19103

Laura Davis Jones
Sandra M. Lamb
919 N. Market Street
10th Floor
P. O. Box 8705
Wilmington, DE 19899

HERLIHY HARKER KAVANAUGH


/s/ James F. Harker
James F. Harker, Esquire
Herlihy Harker & Kavanaugh
1400 N. Market Street, Suite 200
Wilmington, DE 19899
302-654-3111