UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, *et al.*,

    Debtors.
_____/

INACOM CORPORATION,

    Plaintiff,

v.

TECH DATA CORPORATION,

    Defendant and
    Third-Party Plaintiff,

v.

COMPAQ COMPUTER CORP., ITY
CORP., and CUSTOM EDGE, INC.,

    Third-Party Defendants.
_____/

Civil Action No. 1:04-cv-00148-GMS

Bankr. Case No. 00-02426 (PJW)
Adv. Pro. No. 02-03496 (PJW)

### DEFENDANT AND THIRD PARTY PLAINTIFF TECH DATA CORPORATION'S STATEMENT OF NON-OPPOSITION TO MOTION FOR A SEPARATE TRIAL OF THIRD PARTY CLAIMS BY THIRD PARTY DEFENDANTS COMPAQ COMPUTER CORP., ITY CORP., AND CUSTOM EDGE, INC., NOW KNOWN AS HEWLETT-PACKARD COMPANY

TECH DATA CORPORATION, the defendant and third party plaintiff herein ("Tech Data"), as and for its Statement of Non-Opposition to *Hewlett-Packard Company's The Motion For A Separate Trial Of The Third Party Claims* (filed on July 6, 2005 in the captioned case), respectfully states as follows:

Without stipulating to the factual statements or legal arguments set forth in HP's moving papers, Tech Data does not oppose the relief sought therein. This Statement of

{210346.0002/N0555293_1}

006005.00189:172827.01

Non-Opposition does not, however, constitute a joinder in HP's Motion. Nor does it constitute a waiver or modification of the relief sought by Tech Data in any other pending Motion.

Dated: July 18, 2005

        Respectfully submitted,

        HERLIHY, HARKER & KAVANAUGH

        By: /s/James F. Harker
           James F. Harker (Bar No. 255)
           1300 North Market Street, Suite 400
           Wilmington, Delaware 19899
           Telephone: (302) 654-3111

        -and-

        ADORNO & YOSS, LLP
        Charles M. Tatelbaum
        (Admitted Pro Hac Vice)
        Stephen C. Hunt
        (Admitted Pro Hac Vice)
        350 E. Las Olas Boulevard, Suite 1700
        Fort Lauderdale, FL 33301
        Telephone: (954) 763-1200
        Facsimile: (954) 766-7800

        *Attorneys for Defendant and Third-Party Plaintiff Tech Data Corporation*