## CERTIFICATE OF SERVICE

On July 18, 2005 I caused a true and accurate copy of the within pleading to be served to be served upon the following parties in the manner indicated:

To:   *Attorneys for Plaintiff*

| | |
|---|---|
| Andrew Caine, Esq.<br>Jeffrey P. Nolan, Esq.<br>Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub, P.C.<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles, California 90067 | Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub, P.C.<br>919 North Market Street<br>16th Floor<br>Wilmington, DE 19899-8705 |
| By first class mail | By hand delivery |

To:   *Attorneys for Third Party Defendants*

| | |
|---|---|
| William H. Sudell, Jr., Esq.<br>Derek C. Abbott, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899-1347 | Cecily A. Dumas, Esq.<br>Friedman Dumas & Springwater LLP<br>One Maritime Plaza, Suite 2475<br>San Francisco, CA 94111 |
| By hand delivery | By first class mail |

/s/James F. Harker
James F. Harker