# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*, [1]

Bankruptcy Case No. 00-2426 PJW

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>TECH DATA CORP., Defendant. | Civil Action No. 04-148 GMS<br>(Original filed in this Action)<br>Adversary Case No. 02-03496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>DELL COMPUTER CORPORATION, Defendant. | Civil Action No. 04-582 GMS<br><br>Adversary Case No. 02-03499 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>LEXMARK INTERNATIONAL, INC., Defendant. | Civil Action No. 04-583 GMS<br><br>Adversary Case No. 02-03500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>RESILIEN INC. *et al.*, Defendant. | Civil Action No. 04-584 GMS<br><br>Adversary Case No. 02-03501 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, Defendant. | Civil Action No. 04-593 GMS<br><br>Adversary Case No. 02-03960 PJW |

---

[1]    The Debtors are the following entities:  InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

INACOM CORP., on behalf of all affiliated
Debtors, Plaintiff,
v.
SIGMA DATA INC., Defendant.

Civil Action No. 04-601 GMS

Adversary Case No. 02-04441 PJW

## NOTICE OF DEPOSITION OF EXPERT KEVIN SARKISIAN

Pursuant to Rule 26(b)(4) of the Federal Rules of Civil Procedure, made applicable to this contested matter by Federal Rules of Bankruptcy Procedure 7030 and 9014, Inacom Corp. ("Plaintiff" or "Inacom") will take the deposition(s) of Kevin Sarkisian, designated as an expert by Lexmark International, Inc.  The deposition(s) will commence on August 1, 2005, at 10:00 am, and will continue from day to day, excluding holidays and weekends, until completed.

The deposition(s) by oral examination will be taken before a notary public or an officer authorized by law to administer oaths upon oral examination, and will be recorded by a certified court reporter by stenographic method through the use of realtime or otherwise, and/or by audio or video recording.  Unless otherwise agreed by the parties, the Deposition will be conducted at the Stoll, Keenon, & Park, LLP located at 2650 AEGON Center, 400 West Market, Louisville, KY 40202, Telephone: (502) 568-9100.

Respectfully submitted this 19 day of July 2005.

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (DE Bar No. 2436)
Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

Counsel for Debtors and Debtors in Possession
INACOM CORP.