## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
CITY OF LOS ANGELES    )

    I, Janice G. Washington, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067.

    On July 1̲9̲, 2005, I caused to be served the **NOTICE OF DEPOSITION OF EXPERT KEVIN SARKISIAN** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **(BY ELECTRONIC MAIL)** I caused to be transmitted the above-described document by electronic mail (E-mail) to the address(es) as shown. (Service by E-Mail transmission is only to those parties on the attached Service List with email address(es) indicated.)

☐ **(BY FAX)** I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ **(BY PERSONAL SERVICE)** By causing to be delivered by hand to the offices of the addressee(s).

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

    Executed on July 1̲9̲, 2005, at Los Angeles, California.

*/s/ Janice G. Washington*
Janice G. Washington

## InaCom Adversary Service List
Document No. 105422
14 – First Class Mail
21 – Electronic Mail

*First Class Mail*
(Counsel for Tech Data Corp.)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 N. Market Street, Suite 400
Wilmington, DE  19899

*First Class Mail*
(Counsel to Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators)
Thomas Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE  19801

*First Class Mail*
(Counsel for Statutory Committee Of Unsecured Creditors in action against Dell Corporation
William J. Burnett, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE  19801-4226

*First Class Mail*
(Counsel for Lexmark International
as third-party plaintiff)
Thomas Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

*First Class Mail*
(Counsel to Resilien Inc.f/k/a Logicare)
William K. Harrington, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

*First Class Mail*
(Counsel to Dell Computer Corporation)
Patricia P. McGonigle, Esquire
Seitz Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE  19899

*First Class Mail*
(Counsel to Sigma Data Inc.)
David L. Finger, Esquire
David L. Finger, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155

*First Class Mail*
(Counsel for Compaq Computer Corp- third-party defendant in action against against Lexmark)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*First Class Mail*
(Counsel for Lexmark International, defendant)
Joseph Grey, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

*First Class Mail*
(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.`
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

*First Class Mail*
(Counsel to Dell Computer Corporation)
Sabrina L. Streusand, Esquire
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX 78701

*First Class Mail*
(Counsel to Lexmark International, Inc.)
Culver V. Halliday, Esquire
Stoll, Keenon, & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY 40202

*First Class Mail*
(Counsel to Resilien Inc.)
Ted A. Berkowitz, Esquire
Patrick T. Collins, Esquire
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 11556-0120

*First Class Mail*
(Counsel to Ingram Entertainment Inc.)
John Hersey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**All Parties Listed Below Served Via Electronic Mail**

halliday@skp.com; cdumas@friedumspring.com; ggreenwood@friedumspring.com;
dabbott@mnat.com; ctatelbaum@adorno.com; shunt@adorno.com;
jonathan.hersey@bingham.com; Forte@BlankRome.com; dfinger@delawgroup.com;
rwriley@duanemorris.com; pcollins@farrellfritz.com; dhansen@friedumspring.com;
landonj@HughesLuce.com; sabrina.streusand@HughesLuce.com; bfallon@morrisjames.com;
jpn@pszyjw.com; pmcgonigle@svglaw.com; tmacauley@zuckerman.com;
tgw@stevenslee.com; jg@stevenslee.com; tberkowitz@farrellfritz.com