UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **INACOM CORP., et al.**<br><br>        **Plaintiffs**<br>    **v.**<br><br>**TECH DATA CORP.**<br><br>        **Defendant** | **Civil Action No. 04-CV-148 (GMS)** |
| **INACOM CORP., et al.**<br><br>        **Plaintiffs**<br>**v.**<br><br>**DELL COMPUTER CORP.**<br><br>        **Defendant** | **Civil Action No. 04-CV-582 (GMS)** |
| **INACOM CORP., et al.**<br><br>        **Plaintiffs**<br>**v.**<br><br>**LEXMARK INTERNATIONAL, INC.**<br><br>        **Defendant** | **Civil Action No. 04-CV-583 (GMS)** |

| | |
|---|---|
| **INACOM CORP., et al.**<br><br>        **Plaintiffs**<br>    **v.**<br><br>**INGRAM ENTERTAINMENT INC.**<br><br>        **Defendant** | **Civil Action No. 04-CV-593 (GMS)** |

# DEFENDANTS' MOTION TO EXCLUDE THE
# EXPERT TESTIMONY AND REPORT OF DEAN VOMERO

Defendants Tech Data Corp. ("Tech Data"), Dell Computer Corp. ("Dell"), Lexmark International, Inc. ("Lexmark") and Ingram Entertainment Inc. ("Ingram") (collectively "Defendants") move the Court to exclude the proffered expert testimony and report of Mr. Dean Vomero because it is not sufficiently reliable and relevant to satisfy the standards of Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), as made applicable to non-scientific expert testimony by Kumho Tire Company v. Carmichael, 526 U.S. 137 (1999).

In support of this motion, Defendants rely on their attached Opening Memorandum in Support of Defendants' Motion To Exclude The Expert Testimony and Report of Dean Vomero. A proposed order is tendered.

Respectfully submitted,

| | |
|---|---|
| /s/ James F. Harker | /s/ Patricia P. McGonigle |
| James F. Harker | Patricia P. McGonigle |
| Herlihy, Harker & Kavanaugh | Kevin Guerke, DE #4096 |
| 1400 North Market Street, Suite 200 | Seitz, Van Ogtrop & Green, P.A. |
| P.O. Box 1597 | 222 Delaware Avenue, Suite 1500 |
| Wilmington, Delaware 19899 | P.O. Box 68 |
| Tel.: (302) 654-3111 | Wilmington, Delaware 19899 |
| | Tel.: (302) 888-0600 |
| and | |
| | and |
| Charles M. Tatelbaum | |
| Stephen C. Hunt | Sabrina L. Streusand |
| Adorno & Yoss, L.L.P. | G. James Landon |
| 350 East Las Olas Blvd., 17th Floor | Hughes & Luce, L.L.P. |
| Fort Lauderdale, Florida 33301 | 111 Congress Avenue, Suite 900 |
| Tel.: (954) 763-1200 | Austin, Texas 78701 |
| | Tel.: (512) 482-6800 |
| Attorneys for Defendant | |
| Tech Data Corp. | Attorneys for Defendant |
| | Dell Computer Corp. |

| | |
|---|---|
| /s/ Thomas G. Whalen, Jr._____ | /s/ Thomas G. Macauley_____ |
| Thomas G. Whalen Jr. (No. 4034) | Thomas G. Macauley (ID No. 3411) |
| Stevens & Lee, P.C. | Zuckerman Spaeder LLP |
| 1105 North Market Street, 7th Floor | 919 Market Street, Suite 990 |
| Wilmington, Delaware 19801 | P.O. Box 1028 |
| Tel.: (302) 425-3307 | Wilmington, Delaware 19899-1028 |
| | Tel.: (302) 427-0400 |
| and | |
| | and |
| Culver V. Halliday | |
| Emily L. Pagorski | Jonathan P. Hersey |
| Stoll, Keenon & Park, LLP | Sheppard, Mullin, Richter & |
| 2650 AEGON Center | Hampton, LLP |
| 400 West Market Street | 600 Anton Blvd., 18th Floor |
| Louisville, Kentucky 40202-3377 | Costa Mesa, California 92626 |
| Tel.: (502) 568-9100 | Tel.: (714) 513-5100 |
| | |
| Attorneys for Defendant | Attorneys for Defendant |
| Lexmark International, Inc. | Ingram Entertainment Inc. |

Dated: August 15, 2005