# EXHIBIT A

Compaq Computer Corporation
P.O. Box 692000
Houston, TX 77269-2000

20555 SH 249
Houston, TX 77070-2698
Tel 713-370-0670


**COMPAQ**

February 16, 2000

Tech Data Corporation
Mr. Mike Zafa
Fax 727.532.8018

RE:   Account Payable # 102598 of Inacom Corporation

Dear Mr. Zafa:

This letter is to inform you that, effective February 16, 2000, a wholly-owned subsidiary of Compaq Computer Corporation purchased certain assets of Inacom Corporation. The Compaq subsidiary will operate under the name of Custom Edge, Inc., and its' A/P accounts will be funded by Compaq.

In connection with such purchase, Custom Edge, Inc, also assumed the obligation to pay all of the outstanding amount on the referenced account, subject to the terms and conditions of such account.

Inquiries to Custom Edge, Inc., regarding your account should be directed to John Frasca at 402.758.3822.

Thank you for your consideration in this matter.

Sincerely,

Bill Francis
Director, Corporate Finance
Telephone: 281.514.1223
Email: bill.francis@compaq.com

CQ 01144