# SCHEDULE (c)

# TRIAL EXHIBITS

1.    The following exhibits were offered by Tech Data, received in evidence and marked as indicated:

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|---|---|---|---|---|
| D-1 | 00/00/0000 | Collection of Invoices from Dell to InaCom | Horton 3 | |
| D-2 | 00/00/0000 | Sample of Dell Invoices to Inacom dated 12/20/99 and 3/8/99 | Keller 11 | |
| D-3 | 00/00/0000 | Disc containing all Dell Invoices | | |
| D-4 | 00/00/0000 | Disc containing sample of Purchase Orders | | |
| D-5 | 00/00/0000 | Inacom Fiscal Year 2000 Projections | 000252 Willetts 2 | |
| D-6 | 00/00/0000 | Inacom Revenue Projections | 016402 Willetts 3 | |
| D-7 | 00/00/0000 | Proposed Relationship between DB Groups and Compaq's Covenants | DE 003393 Wood 7 | |
| D-8 | 00/00/0000 | IBM Floor Plan Side Letter | 01132-01139 | |
| D-9 | 00/00/0000 | Consent to Use of Name (ITY) | 01463 | |
| D-10 | 00/00/0000 | U.S. Bankruptcy Court; In re:  Inacom Corp.; Summary of Schedules* | 07235 – 07237 | |
| D-11 | 00/00/0000 | U.S. Bankruptcy Court; In re:  Inacom Corp.; Schedule F – Creditors Holding Unsecured Nonpriority Claims | 07437 | |
| D-12 | 00/00/0000 | Inacom Corp. Recover and Liquidation Analysis-Immediate Liquidation – Draft w/handwritten notes | 04951 – 04958 Fitzpatrick 24 | |
| D-13 | 00/00/0000 | Agenda | DB    013680   -   013681 | |
| D-14 | 00/00/0000 | Business Record Affidfavit of Deutsche Bank, AG New York Branch | | |
| D-15 | 00/00/0000 | Accounts Receivable Analysis | DB    015728   -   015742 | |
| D-16 | 00/00/0000 | Redacted Arthur Anderson document | FTI    001054   -   001073 | |
| D-17 | 00/00/0000 | Income Approach | HL 00111- 00113 | |
| D-18 | 00/00/0000 | Inacom Corp.   Assumptions and Convenants [sic], | HL 00132 – 136 | |
| D-19 | 00/00/0000 | Inacom Projected Financial Statements SG&A Recap | HL 00193 | |
| D-20 | 00/00/0000 | $55.5 Million Credit Facility by Compaq to Inacom | | |
| D-21 | 00/00/0000 | Outsourcing/Agency   Agreement   between InaCom and Compaq | | |

31

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|---|---|---|---|---|
| D-22 | | Kevin Edwards email to Mike Baker, et al, subject: "Italy A/R Findings" and attachment | CPQ 2848 - 2849 | |
| D-23 | 08/10/1994 | Remarketer/Integrator Agreement (Vanstar) | Horton 4<br>Keller 12 | |
| D-24 | | Remarketer/Integrator Agreement (Inacom) | | |
| D-25 | 01/01/1998 | Inacom Corp. Audit Difference Analysis | 00591 | |
| D-26 | 12/26/1998 | 10K for fiscal year end December 26, 1998 | | |
| D-27 | 04/09/1999 | Credit Agreement among Various Lending Institutions, IBM Credit Corp., Banque Nationale De Paris, and Deutsche Bank, AG, New York Branch | HL00506       –<br>HL00782<br>Wood 1 | |
| D-28 | 04/23/1999 | "VARs:  Too Much Work For Too Little Rebate Pay" *Computer Reseller News Chicago* | 00665 – 00666 | |
| D-29 | 06/30/1999 | Technology Research Report InaCom (ICO) | HL01785       –<br>HL01791 | |
| D-30 | 07/01/1999 | A.G. Edwards Article - InaCom | HL01819       –<br>HL01828 | |
| D-31 | 07/09/1999 | "Payback Time" *Computer Reseller News New York* | 00663 – 00664 | |
| D-32 | 07/25/1999 | Attachment F Collateral Management Report | DB 014064<br>Oshlo 11 | |
| D-33 | 09/01/1999 | Inacom Corp 10Q for September 1999 | | |
| D-34 | 12/01/1999 | Inacom Vendor A/R as of December 1999 | 0512 – 0515 | |
| D-35 | 12/14/1999 | "Inacom Restructures Operations to Drive Growth in eBusiness Infrastructure Management" | HL01153       –<br>HL01156<br>Gagliardi 8 | |
| D-36 | 12/17/1999 | Inacom Bank Presentation | DB       008792 - 008833 | |
| D-37 | 12/28/1999 | News Article – Inacom Plans to Restructure to Survive | Gagliardi 1 | |
| D-38 | 12/28/1999 | Inacom Compaq Presentation | DE       002285 - 002301 | |
| D-39 | 12/29/1999 | Houlihan Lokey Howard & Zukin engagement letter, associated materials, report and presentation | HL 0000 – 00248 | |
| D-40 | | 1999 Monthly Financial Statements | ICN 07601 07647 | |
| D-41 | 12/31/1999 | Inacom and Subsidiaries – Condensed and Consolidated Statement of Income – Restated 1996-1999 | ICN 00870 | |
| D-42 | 12/31/1999 | Inacom and Subsidiaries – Condensed and Consolidated Margin Analysis – Restated 1996 - 1999 | ICN 00871 | |
| D-43 | 12/31/1999 | Inacom and Subsidiaries – Comparative Consolidated Statement of Income 1996 -1999 | ICN 05390 | |
| D-44 | 12/31/1999 | Inacom and Subsidiaries – Comparative Consolidated Margin Analysis –1996 -1999 | ICN 05391 | |

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|---|---|---|---|---|
| D-45 | 01/01/2000 | Inacom Corp. Projected Financial Statements – Scenario: Base Case Balance Sheet | **HL00133-** **HL00135** *HL00170* Dugan 4 Samuelson 7 | |
| D-46 | | Inacom Corp. Projected Financial Statements – Scenario: Base Case Statement of Cash Flow | | |
| D-47 | | 2000 Monthy Income Statements | ICN 07578 - 07600 | |
| D-48 | 01/01/2000 | 2000 Calendar & Holiday Schedule | | |
| D-49 | 01/02/2000 | Inacom Compaq Presentation | **DE      009906    -** **009923** | |
| D-50 | 01/03/2000 | Memorandum to T. Gahan from J. Stuart re Inacom Amendment for Compaq Purchase of Assets | **DE      003219    –** **003220** Wood 5 | |
| D-51 | 01/04/2000 | 8-K | **2363 - 2424** | |
| D-52 | 01/04/2000 | Third Amendment and Waiver | **DB      014995    -** **015021** **00953 – 00974** Fitzpatrick 14 Oshlo 2 Samuelson 1 Wood 2 | |
| D-53 | 01/04/2000 | Asset Purchase Agreement | **00674-00737** Fitzpatrick 20 | |
| D-54 | 01/04/2000 | Goldman Sachs Project Rodeo | **016354 - 016378** **0000095 – 000120** Willetts 1 | |
| D-55 | 01/04/2000 | InaCom Corp. Executive Officer's Certificate relating to the 01/04/00 Asset Purchase Agreement | **01335** | |
| D-56 | 01/04/2000 | Compaq Letter Agreement to Gagliardi (unsigned) Red-lined Service Level Agreement attached | **HL 01052 - 01105** | |
| D-57 | 01/19/2000 | Tom Fitzpatrick Handwritten Notes 02/01/2000 02/11/1999 | **HL00264** **HL00269** **HL00328        –** **HL00329** Fitzpatrick 23 | |
| D-58 | 01/19/2000 | Fitzpatrick Handwritten Notes | **HL 00264 - 00336** | |
| D-59 | 01/20/2000 | Inacom Credit Report | **DE      010301    -** **010308** | |
| D-60 | 02/01/2000 | Inacom Corp. Officer's Certificate w/Ex. A – 'complete and accurate copy of the Pro Forma Financial Statements of the Company. | **01337 – 01344** Gagliardi 6 Krikorian 11 | |
| D-61 | 02/01/2000 | Inacom Officer's Certificate | **01337-01344** Oshlo 1 Samuelson 3 | |
| D-62 | 02/10/2000 | Release of Liens (Deutsche Bank to InaCom) | **00998** | |
| D-63 | 02/14/2000 | White and Case fax and comments of Commitment Letter and Term Sheet | **DB      009957    -** **009968** | |

33

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|---|---|---|---|---|
| D-64 | 02/14/2000 | Form 10-K for P/E 12/25/99 | 00128 – 00133<br>Fitzpatrick 22 | |
| D-65 | 02/15/2000 | Fourth Amendment and Waiver | DB 009947 -<br>009956<br>00976 – 00993<br>Fitzpatrick 15<br>Gagliardi 10<br>Oshlo 5<br>Samuelson 2<br>Wood 3 | |
| D-66 | 02/15/2000 | Revolving Credit Facility Commitment Letter | 01067 – 01110<br>Fitzpatrick 18<br>Wells 10 | |
| D-67 | 02/15/2000 | Internal Review Package/Solvency Opinion | HL00042 –<br>HL00050<br>Fitzpatrick 19 | |
| D-68 | 02/15/2000 | Letter re Inacom's payment due ($4,694,000) | Fitzpatrick 25 | |
| D-69 | 02/15/2000 | Form 8-K | 00134 – 00204<br>Oshlo 3<br>Samuelson 8<br>Wells 9 | |
| D-70 | 02/15/2000 | Letter to Dick Oshlo from Wm. Schuette (Lexmark) re Past due amount of $4,694,000 | Oshlo 23 | |
| D-71 | 02/15/2000 | E-mail to W. Caswell from R. Wood w/handwritten notes re Proposal re Compaq Covenants | DB 009944 –<br>009946<br>Wood 8 | |
| D-72 | 02/15/2000 | Guarantor Acknowledgment and Consent - Vanstar | 00995 – 00996 | |
| D-73 | 02/15/2000 | Correspondence from Deutsche Financial Services to C. Mayer Re: Payoff Letter – InaCom Corp. | 01112 – 01113 | |
| D-74 | 02/15/2000 | Bill of Sale – InaCom & ITY | 01443-01456 | |
| D-75 | 02/15/2000 | Memo From Deutsche Bank to Inacom Bank Group Subject: 2/15/00 Conference Call with attachments | DE 002353 –<br>02364 | |
| D-76 | 02/16/2000 | Inacom Corp 8K | | |
| D-77 | 02/16/2000 | Services, Supply and Sales Agreement between Compaq and InaCom w/Ex. 1: Procurement Services; Ex. 2: Fee Schedule; and Ex. 3 Rules of Engagement for Field Purpose, Appendix – List of Accounts; Ex. 4 Operating Agreements | CA1-CA18<br>00817-00834<br>00753*<br>Dugan 5<br>Fitzpatrick 16<br>Kerkman 1<br>Samuelson 9<br>Wells 8 | |
| D-78 | 02/16/2000 | Separation and Sharing Agreement between Compaq and InaCom w/Ex. 1 Compaq/Inacom Inventories; Ex. 2 Shared Services – Field Finance Ops | 00873-00943<br>Dugan 6<br>Oshlo 18<br>Samuelson 10 | |
| D-79 | 02/16/2000 | Service Level Agreement with Compaq Computer Corporation | 00836 – 00871<br>Fitzpatrick 17 | |

{210346.0002/N0560727_1}

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|-------|-----------|---------------------|-----------|-----------|
| D-80 | 02/16/2000 | HL Opinion Letter | HL00038 — HL00041 Fitzpatrick 19 | |
| D-81 | 02/16/2000 | Houlihan Lokey Opinion Letter | 01301 – 01304 Frasca 7 Gagliardi 3 Wells 7 | |
| D-82 | 02/16/2000 | Funds Flow re Compaq-Inacom Closing | 01429-01433 Gagliardi 11 Oshlo 6 | |
| D-83 | 02/16/2000 | Intercreditor Agreement | Oshlo 17 | |
| D-84 | 02/16/2000 | First Amendment to Asset Purchase Agreement | IN 00013 - 00015 | |
| D-85 | 02/16/2000 | Fifth Amendment and Waiver to Agreement for Inventory Financing | 01123 – 01130 | |
| D-86 | 02/16/2000 | Houlihan Lokey Letter to Compaq BOD Re: Solvency Opinion for Inacom Corp. | 01306-01308 | |
| D-87 | 02/16/2000 | Willkie Farr & Gallagher Letter to BOD InaCom Corp. and Compaq Re: Asset Purchase Agreement dated 01/04/00 | 01310-01316 | |
| D-88 | 02/16/2000 | Richards, Layton & Finger Letter to BOD InaCom Corp. and Compaq | 01318-01328 | |
| D-89 | 02/16/2000 | Assignment and Assumption Agreement | 01330-01333 | |
| D-90 | 02/16/2000 | InaCom Corp. Secretary's Certificate w/Ex. A, By-Laws of InaCom Corp. and Ex. B BOD Meeting of 01/04/00 | 01346-01358 | |
| D-91 | 02/16/2000 | ITY Corp. Executive Officer's Certificate | 01360 | |
| D-92 | 02/16/2000 | ITY Corp. Secretary's Certificate w/Ex.A Bylaws of ITY Corp. and Ex. B ITY Corp. Consent in Lieu of Meeting of the BOD and Asset Purchase Agreement | 01362-01375 01376-01427 | |
| D-93 | 02/16/2000 | Transfer Agreement between InaCom and ITY | 01439-01441 | |
| D-94 | | Inacom News – Memo from Gagliardi to Inacom Team Re: Compaq Transaction Close | Inacom 03752 | |
| D-95 | 02/16/2000 | Pearson correspondence regarding Accts. Payable checks not reflecting company name. | Pearson 2 | |
| D-96 | 02/17/2000 | Francis letter to Logicare, Inc. re Compaq subsidiary Custom Edge, Inc. | Francis 2 Frasca 6 Wells 6 | |
| D-97 | 02/17/2000 | Francis letter to Logicare, Inc. Re: Account Payable #018647 of Inacom Corporation | Vitols 2 | |
| D-98 | 02/17/2000 | Vitols letter to Logicare, Inc. Re: Introduction of Custom Edge | Francis 3 Vitols 1 | |
| D-99 | 02/26/2000 | Inacom Borrowing Base Certificate | DB 014103 - 014106 Inacom 000160 – 000163 Oshlo 4 Wood 9 | |
| D-100 | 02/26/2000 | Schedule A-2 Borrowing Base Inventory Period Ending 02/26/00 | ICN 16564 | |
| D-101 | 02/20/2000 | Board of Directors Meeting Agenda | ICN 01613 - 01637 | |

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|-------|-----------|---------------------|-----------|-----------|
| D-102 | 02/28/2000 | Inacom Board of Directors Minutes of Meetings 02/28/2000– 06/25/2000 | ICN 19504 – 19590 Oshlo 16 | |
| D-103 | 02/28/2000 | Minutes of Meeting of the Inacom Corp. Board of Directors | ICN 19549 – 19555 Gagliardi 9 | |
| D-104 | 03/02/2000 | 8K | 00134 and 00204 | |
| D-105 | 03/09/2000 | Inacom's 1998/99 Performance | DE 012444 – 012454 Wood 6 | |
| D-106 | 03/10/2000 | Letter re Invoice payment due | HL00009 Fitzpatrick 19 | |
| D-107 | 03/14/2000 | John Dugan email to Galen Meysenburg and attachments | INACOM 033898 - 33900 | |
| D-108 | 03/17/2000 | Inacom News – Memo from Gagliardi to Inacom Team Re: Announcement from G. Gagliardi | Inacom 037534 – 037537 | |
| D-109 | 03/24/2000 | Memo to Tom from Dick re Accessing Compaq Revolving Credit Facility | 014001 – 014002; ICN 14296 – 14297 Oshlo15 | |
| D-110 | 03/24/2000 | Press Release: *Inacom to Restate Prior Periods for Previously Announced Special Charges* | DB 008602 | |
| D-111 | 03/25/2000 | Inacom Corp and Subsidiaries Financial Statements | ICN 00479 - 00482 Dugan 1 Samuelson 4 | |
| D-112 | 03/25/2000 | Inacom Corp and Subsidiaries Condensed and Consolidated Balance Sheet (Unaudited) 03/00, March Detail, and Inacom Corp and Subsidiaries Condensed and Consolidated Balance Sheet (Unaudited) 03/25/99) | 00380 – 00382 (Second Page different than ICN Bates docs) | |
| D-113 | 03/25/2000 | Borrowing Base/Non-Default Certificate | DE 001835 – 001838 Oshlo 7 Wood 10 | |
| D-114 | 03/29/2000 | Inacom Payments Under Sixth Amendment | ICN 15843 –15844 Oshlo 13 | |
| D-115 | 03/31/2000 | Inacom Corp. Simple Balance Sheet as of 03/31/00 | ICN 22655 – 22676, 024494- 024502, 024504- 024515 Dugan 2 Samuelson 5 | |
| D-116 | 03/31/2000 | Inacom Simple Balance Sheet as of 03/31/00 | 00399-00400 Fitzpatrick 12 | |
| D-117 | 03/31/2000 | Fifth Amendment and Waiver | DE 001601 – 001611 DE 010719 - 010730 Oshlo 19 Wood 24 | |
| D-118 | 03/31/2000 | Inacom Loan History | DE 011211 Wood 13 | |

{210346.0002/N0560727_1}

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|-------|-----------|---------------------|-----------|-----------|
| D-119 | 03/31/2000 | Letter to J. Stuart of DB from R. Oshlo re Meeting regarding Inacom developments | DB    012557    – 012558<br>Wood 16 | |
| D-120 | 03/31/2000 | Balance Due CEI & Percentage Total Unrecorded Liability to Compaq | 00389 | |
| D-121 | 04/01/2000 | Inacom Corp consolidated Balance Sheet March – 00 | ICN 0480 | |
| D-122 | 04/04/2000 | Memo to Tom from Dick re HP Agreement | Inacom-003257<br>Oshlo 14 | |
| D-123 | 04/06/2000 | Dugan email to T. Hansen and J. Peterson Subject: Re: M/E March Agency update | INACOM    – 0033998-0033999<br>Dugan 7 | |
| D-124 | 04/11/2000 | N. L. Murray e-mail with attachments | INACOM   023470 - 23484 | |
| D-125 | 04/12/2000 | Inacom A/R – Estimated Disputable Worksheet Date As of 04/12/2000 | 00655 | |
| D-126 | 04/13/2000 | Summary   of   Inacom   Write-off   Recovery Opportunity As of 04/13/2000 | 00625 – 00626 | |
| D-127 | 04/14/2000 | Sixth Amendment and Waiver | DE    010820    – 010833<br>Oshlo 20<br>Wood 25 | |
| D-128 | 04/17/2000 | E-mail from G. Shefrin to M. Cheever re Usage and availability under $225M Revolver | DE 012332<br>Wood 12 | |
| D-129 | 04/18/2000 | Inacom News Articles | INACOM   037538, 038050-038057<br>Gagliardi 13 | |
| D-130 | 04/18/2000 | Inacom Consolidating Balance Sheet As of March 31, 2000 | 00412 – 00455 | |
| D-131 | 04/22/2000 | Borrowing Base Certificate | DE    000559    – 000562<br>Oshlo 8<br>Wood 11 | |
| D-132 | 04/22/2000 | Inacom   Corp.   and   Subsidiaries   Financial Statements | ICN 00484 - 00487 | |
| D-133 | 04/26/2000 | Letter to Inacom from R. Wood re agenda for 4/18 meeting | DB    012621    – 012622<br>Wood 17 | |
| D-134 | 04/26/2000 | Inacom Corp. Restatement Adjustments | 00627 – 00637 | |
| D-135 | 04/26/2000 | Minutes of Inacom BOD | INACOM 10126 – 10127<br>000295 - 000296 | |
| D-136 | 04/27/2000 | Letter to Inacom T. Fitzpatrick from C. Anderson re improper payment on collections into Inacom's account | DE 000541<br>Gagliardi 4<br>Wood 18 | |
| D-137 | 04/27/2000 | Inacom   –   Running   is   everything   Bank Presentation | DE    004400    – 004414<br>Gagliardi 7 | |
| D-138 | 04/28/2000 | Form Notice of Borrowing | DE    000702    – 000703<br>Oshlo 21 | |

{210346.0002/N0560727_1}

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|-------|-----------|---------------------|-----------|-----------|
| D-139 | 04/28/2000 | Letter to Inacom R. Oshlo from R. Wood re Notice of Borrowing dated 4/28/00 | DE 000694; DE 000701 – 000703 Wood 20 | |
| D-140 | 04/28/2000 | Notice of Conversion/Continuation and Form Notice of Borrowing | DB 007541 – 007543 | |
| D-141 | 04/28/2000 | Correspondence from Deutsche Bank to Oshlo – Receipt of Notice of Borrowing | DB 007544 | |
| D-142 | 05/01/2000 | Compaq correspondence to Fitzpatrick Re: Revolving Credit Facility Commitment Letter | CPQ/BG 0001073 | |
| D-143 | 05/01/2000 | Letter to C. Anderson from R. Wood re allegations made by Compaq | DE 000542 Wood 19 | |
| D-144 | 05/01/2000 | Inacom Compensation Committee | ICN 01527 – 01536 Gagliardi 12 | |
| D-145 | 05/02/2000 | R. Wood e-mail to A. Stewart Subject: Inacom Loan Payments with preliminary report | DE 012687 - 012690 | |
| D-146 | 05/09/2000 | Draft 3 – Inacom Distribution and Configuration Business Statement of Purchased Assets and Assumed Liabilities February 12, 2000 | 00394 – 00398 | |
| D-147 | 05/09/2000 | Correspondence from Deutsche Bank to Gagliardi | DE 010498 – 010499 | |
| D-148 | 05/10/2000 | Treasury Released Checks by Date | FTI 000752 – 000755 Dugan 9 Horton 6 Oshlo 10 Pearson 1 | |
| D-149 | 05/15/2000 | Minutes of Meeting of Inacom Corp. BOD | 000301 – 0003602 Inacom 033312 - 033313 | |
| D-150 | 05/16/2000 | Wavro/Compaq correspondence to Fitzpatrick Re: Revolving Credit Facility Commitment Letter | CPQ/BG 0001057 | |
| D-151 | 05/24/2000 | Waiver and Agreement | DE 001415 - 001431 | |
| D-152 | 05/26/2000 | Wood correspondence to Anderson regarding continuation of investigation | DE 002845 | |
| D-153 | 06/01/2000 | 8K | 00114 – 00127 | |
| D-154 | 06/01/2000 | R. Agnolet e-mail to J. L. Quinn Subject: Inacom Current Balance | DB 011091 | |
| D-155 | 06/06/2000 | Notice of funds misdirected to Lockbox | DE 000106 Wood 21 | |
| D-156 | 06/07/2000 | Letter confirming misdirected funds have been properly deposited. | DE 000107 Wood 22 | |
| D-157 | 06/07/2000 | C. Boryenace e-mail to R. Wood Subject: Daily Cash Numbers | DB 007388 - 007389 | |
| D-158 | 06/09/2000 | Second Waiver and Agreement | DE 001396 - 001414 | |
| D-159 | 06/19/2000 | Affidavit of Thomas J. Fitzpatrick in Support of First Day Orders | | |

38

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|-------|-----------|---------------------|-----------|-----------|
| D-160 | 06/20/2000 | *Wall Street Journal* Article "Compaq Computer Seeks $94 Million From Inacom Corp." | | |
| D-161 | | Inacom Projected Financial Statements Proforma Transaction – Balance Sheet, printed 6/23/00, | **INACOM 040606 – 040608** | |
| D-162 | 07/01/2000 | InaCom/CEI Account Resceivable Reconciliation for the Period Subsequent to 7/1/00 | **00383 – 00388** | |
| D-163 | 08/09/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – June 2000 Reporting Period | **02106 – 02116** Kirkorian 3 | |
| D-164 | 08/17/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – July 2000 Reporting Period | **03006 – 03029** Kirkorian 4 | |
| D-165 | 09/01/2000 | 8K | **00060 - 00099** | |
| D-166 | 09/19/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – August 2000 Reporting Period | **03117 – 03126** Kirkorian 5 | |
| D-167 | 10/01/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – September 2000 Reporting Period | **03261 – 03270** Kirkorian 6 | |
| D-168 | 11/01/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – October 2000 Reporting Period | **03315 – 03334** Kirkorian 7 | |
| D-169 | 11/09/2000 | Late Payment Notice from Dell | Keller 16 | |
| D-170 | 12/20/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – November 2000 Reporting Period | **03450 – 03459** Kirkorian 8 | |
| D-171 | 01/25/2001 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – December 2000 Reporting Period | **03510-03519** Kirkorian 9 | |
| D-172 | 08/17/2001 | Response of Inacom Corp. to the Compaq Entities' First Set of Interrogatories to Defendants | | |
| D-173 | 01/10/2002 | Notice of Service & Objection and Answer of DB, NY Br., to Plaintiff's First Set of Interrogatories | Wood 14 | |
| D-174 | 02/04/2002 | Response of Inacom Corp. to the Compaq Entities' Second Set of Interrogatories to Defendants | | |
| D-175 | 03/02/2002 | Mini-script of T. Fitzpatrick 03/02/02 deposition previously marked as Krikorian 10 with attached Ex. #'s 66, 25, and 30. | Fitzpatrick 10 Krikorian 10 | |
| D-176 | 05/16/2002 | Summons and Complaint for Avoidance and Recovery of Preferential Transfers | Keller 1 | |
| D-177 | 05/23/2002 | Request for Check Copies w/check copies included | Keller 9 | |
| D-178 | 08/19/2002 | Settlement Agreement between Dell and Inacom | | |
| D-179 | 08/20/2002 | Caine e-mail to Streusand regarding Settlement check | | |
| D-180 | 09/13/2002 | XY Graph Reports | Keller 13 | |

{210346.0002/N0560727_1}

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|-------|-----------|---------------------|-----------|-----------|
| **D-181** | 01/31/2003 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to Joint Plan of Liquidation | Fitzpatrick 21 | |
| **D-182** | 02/13/2003 | Settlement Agreement between Dell Marketing and MicroAge, Inc. | Horton 5 | |
| **D-183** | 03/12/2003 | Deposition of Andrew Caine | | |
| **D-184** | 12/02/2004 | E-mail from S. Streusand to E. Forte re Dell-Production regarding payment history | Keller 17 | |
| **D-185** | 03/31/2005 | Horton emails and attachments | **00001 – 00086** **00001-00033** Horton 7 Horton 8 | |
| **D-186** | 04/10/2005 | M. Miller e-mail to J. Fensterstock - Subject: Inacom Comparable Group Selection with attachments. | | |
| **D-187** | 05/26/2005 | Letter to C. Anderson re investigation | **DE 002845** Wood 23 | |
| **D-188** | | Analyses of Goldman Sachs, Compaq, Greenhill and Deutsche Bank | | |
| **D-189** | | 2000 Monthly Income Statement for April 2000 | **ICN 07582** | |
| **D-190** | 04/28/2005 | John LaRocca Expert Report | | |
| **D-191** | | LaRocca Work Papers | | |
| **D-192** | | Lason, Inc. Frequency Analysis Before the Preference Period Pgs. 1 - 3 | | |
| **D-193** | | Lason, Inc. Frequency Analysis During the Preference Period Pg. 1 | | |
| **D-194** | | Lason, Inc. Payments Made Before the Preference Period Pgs. 1 – 17 | | |
| **D-195** | | Lason, Inc. Payments Made During the Preference Period Pgs. 1 – 5 | | |
| **D-196** | | Lason, Inc. Ordinary Course Preference Analysis Pg. 1 | | |
| **D-197** | | Jacom Computer Services, Inc. Frequency Analysis Before the Preference Period Pgs. 1 – 4 | | |
| **D-198** | | Jacom Computer Services, Inc. Frequency Analysis During the Preference Period Pgs. 1 – 3 | | |
| **D-199** | | Jacom Computer Services, Inc. Payments Made Before the Preference Period Pgs. 1 – 67 | | |
| **D-200** | | Jacom Computer Services, Inc. Payments Made During the Preference Period Pgs. 1 – 10 | | |
| **D-201** | | Jacom Computer Services, Inc. Ordinary Course Preference Analysis – 05/06/04 | | |
| **D-202** | | Jacom Computer Services, Inc. Ordinary Course Preference Analysis – 10/13/04 | | |
| **D-203** | 04/28/2005 | Stephen Thomas' Expert Report | | |
| **D-204** | | Dell Invoice Sample | | |
| **D-205** | | Dell Invoices from Disk | | |

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|-------|-----------|---------------------|-----------|-----------|
| D-206 | | Inacom Payments Made Before the Preference Period – Pgs. 1 - 548 | | |
| D-207 | | Inacom Payments Made During the Preference Period – Pgs. 1 - 22 | | |
| D-208 | | Inacom Frequency Analysis Before the Preference Period Pgs. 1 – 6 | | |
| D-209 | | Inacom Frequency Analysis During the Preference Period Pgs. 1 – 2 | | |
| D-210 | | Inacom Ordinary Course Preference Analysis Pgs. 1 - 2 | | |
| D-211 | | Inacom Total "Unordinary" Invoices Paid during Preference Period Via Check | | |
| D-212 | | Inacom Computation of "Unordinary" Portion of Preference Payments Via Check | | |
| D-213 | | Inacom Potential "Paid" New Value | | |
| D-214 | 05/02/2005 | Duff & Phelps, LLC Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis | | |
| D-215 | 05/27/2005 | Inacom – Review of Expert Reports By Sasco Hill Advisors, Inc. | | |
| D-216 | 06/21/2005 | Inacom Supplemental Report by Sasco Hill Advisors, Inc. | | |
| D-217 | 07/05/2005 | Duff & Phelps LLC Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis | | |
| D-218 | | "Inacom Corp Aggregate Equity Value as of April 22, 2000 ($ in thousands)" on p. 4 from July 5, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis (With All Bridge Changes). | | |
| D-219 | | Inacom Corp. Historical Revenues (in millions) & Margins" on p. 9 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-220 | | "Historical Service Business Gross Margins" p. 10 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-221 | | "Inacom Corp. Historical Profitability (in millions)" p. 11 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-222 | | "Information Technology Spending Worldwide (millions of dollars) p. 12 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-223 | | "Inacom Corp. Discounted Cash Flow Analysis ($ in millions" p. 24 from July 5, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis (With All Bridge Changes) (without handwriting). | | |

41

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|---|---|---|---|---|
| D-224 | | "Inacom Corp. Comparable Company Analysis April 22, 2000" p. 26 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-225 | | "Inacom Corp. Comparable Company Analysis April 22, 2000" p. 27 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-226 | | "Inacom Corp. Projected Normalized EBITDA ($ in millions)" p. 30 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-227 | | "Method 1: Revenues based on the Company's 1999 Service Revenues ($ in millions)" p. 31 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-228 | | "Method 2: Revenues based on the Company's 2000 and 2001 Projections ($ in millions)" p. 32 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-229 | | "Method 3: Based on the Company's results for the 4-week period ending 4/22/00 + Compaq Contracted Sales" p. 33 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-230 | | "Inacom Corp. Comparable Company Analysis as of April 22, 2000 ($ in thousands)" p. 34 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-231 | | "Information Technology M&A Activity ($ in millions)" p. 36 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-232 | | "Inacom Corp. Transaction Analysis as of April 22, 2000 ($ in thousands)" p. 37 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-233 | | "Inacom Corp. Enterprise Value Conclusion as of April 22, 2000 (in thousands)" p. 38 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | |
| D-234 | | "Inacom Corp. Aggregate Equity Value as of April 22, 2000 ($ in thousands)" p. 39 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | |

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|-------|-----------|---------------------|-----------|-----------|
| D-235 | | "Changes in Working Capital (Accounts Receivable) ($ in millions)" (without handwriting) p. 42 from July 5, 2005  Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | |
| D-236 | | "Changes in Working Capital (Account Payable and Debt) ($ in millions)" (without handwriting) p. 44 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | |
| D-237 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Balance Sheet Provided by the Company April 22, 2000 ( In 000s)" p. 46 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | |
| D-238 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Balance Sheet With Adjustments To Debt & Equity April 22, 2000 ( In 000s)" p. 47 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | |
| D-239 | | "Inacom Corp. and Subsidiaries Fair Market Value Consolidated Balance Sheet April 22, 2000 ( In 000s)" p. 48 from July 5, 2005  Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | |
| D-240 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Statement of Income – Restated Years Ended December 31, 1996 – 1999 (In 000s)" p. A-1 from from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-241 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Margin Analysis – Restated Years Ended December 31, 1996 – 1999" p. A-2 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-242 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Statement of Income Years Ended December 31, 1996 – 1999 (In 000s)" p. A-3 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-243 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Margin Analysis Years Ended December 31, 1996 – 1999" p. A-4 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|---|---|---|---|---|
| D-244 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Balance Sheet December 31, 1996 – 1999 (In 000s)" p. A-5 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-245 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Cash Flow Statement Years Ended December 31, 1996 – 1999 (In 000s)" p. A-6 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-246 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-1 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | |
| D-247 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-2 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | |
| D-248 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-3 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | |
| D-249 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-4 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | |
| D-250 | | "Inacom Corp. Comparable Public Company Analysis" pp. C-1 – C-11 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-251 | | "Inacom Corp. – Service Business Overview" p. D-1 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-252 | | "Comparable Company Analysis" pp. D-2 – D-9 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-253 | | "Inacom Corp. Common Sized Income Statement For Comps Fiscal Years Ended December 31, 1999" p. E-1 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |

. 44

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|---|---|---|---|---|
| D-254 | | "Inacom Corp. Common Sized Balance Sheet For Comps Fiscal Years Ended December 31, 1999" p. E-2 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-255 | | "Inacom Corp. Balance Sheet As a Percentage of Sales For Comps Fiscal Years Ended December 31, 1999" p. E-3 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-256 | | "Inacom Corp. Common Sized Income Statement For Comps Fiscal Years Ended December 31, 1998" p. E-4 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-257 | | "Inacom Corp. Common Sized Balance Sheet For Comps Fiscal Years Ended December 31, 1998" p. E-5 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-258 | | "Inacom Corp. Balance Sheet As a Percentage of Sales For Comps Fiscal Years Ended December 31, 1998" p. E-6 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-259 | | "Inacom Corp. And Subsidiaries Comparative Consolidated Balance Sheet April 22, 2000 and March 25, 2000 (In 000s)" p. F-1 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-260 | | Standard & Poor's Industry Surveys, Computers: Commercial Services, December 16, 1999. | | |
| D-261 | | Statistics For SIC Code 737, Computer Programming, Data Processing, and other Computer Services | | |
| D-262 | | Slides sent by Inacom Corp, 1/03/00: Transaction Overview, Inacom Pre-Transaction, Post-Transaction, Compaq Fulfillment Agreement, Compaq Service Agreement, Inacom Highlights, Management Team, Highlights, Inacom Projected Financial Statements Balance Sheet, Inacom Projected Financial Statements Income Statement, Inacom Revenue Projections, Inacom Projected Financial Statements Balance Sheet*, Inacom Projected Financial Statements Cash Flow Statement, Changes to Bank Facility, Bates number 016391 – 16405 | | |
| D-263 | | Prudential Information Technology Services: Monthly Update dtd 1/1/99 | HL01584 – HL01629 | |
| D-264 | | DLJ Technology Services Research dtd 2/26/99 | HL01732 – HL01781 | |

45

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|---|---|---|---|---|
| D-265 | | Prudential Information Technology Services: Monthly Update dtd 3/1/99 | HL01630    –<br>HL01649 | |
| D-266 | | Prudential Information Technology Services: Weekly Update dtd 3/15/99 | HL01684    –<br>HL01687 | |
| D-267 | | Hambrecht & Quist Technology Research Report: Inacom dtd 6/30/99 | HL01782    –<br>HL01794 | |
| D-268 | | CSFB Desk Notes: Inacom dtd 8/31/99 | HL01795    –<br>HL01804 | |
| D-269 | | Hambrecht & Quist ICO: Y2K-Related Slowing to Moderate Sales and Earnings in Next Two Quarters dtd 10/28/99 | HL01142    –<br>HL01144 | |
| D-270 | | Hambrecht & Quist ICO: New Management, New Strategy and Restructuring dtd 12/15/99 | HL01133    –<br>HL01139 | |
| D-271 | | PainWebber PC Outlook: January 2000 dtd 1/10/2000 | HL01258    –<br>HL01440 | |
| D-272 | | Prudential      PC      Hardware/Enterprise/PC Channel/Data Storage dtd 2/8/2000 | HL01178    –<br>HL01255 | |
| D-273 | | Dataquest Corporate Strategy and Objectives dtd 8/2/99 | HL01829    –<br>HL01849 | |
| D-274 | | Advest, Inc. ICO: Becoming a Service Company dtd 1/6/2000 | HL01170    –    HL<br>01172 | |
| D-275 | | Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000 for companies with SIC 7371 and SIC 8383 | | |
| D-276 | | Risk Management Association Annual Statement Studies: 2000-2001 and 1999-2000 | | |
| D-277 | | John T. Frasca Resume | Frasca 8 | |
| D-278 | | Stephen Thomas Curriculum Vitae | Thomas Report | |
| D-279 | | Richard Whalen, Curriculum Vitae | | |
| D-280 | | Jason Fensterstock, Curriculum Vitae | | |
| D-281 | | NCL Accounts Receiveable Trial Balance Report (All Invoices) | IE 0023-39 | |
| D-282 | | NCL Accounts Receivable Aged Invoice Report (All Open Invoices – Aged As of: 12/31/99) | IE 0040-42 | |
| D-283 | 4/3/2000 | NCL-Broker Aged AR – Detail by Days Past Due | IE 0043-47 | |
| D-284 | | Collection of checks, invoices and deposit reports for payments by Inacom to NCL | IE 0048-511 | |
| D-285 | | NCL Inacom Invoice Payment Detail | IE 0512-518 | |
| D-286 | | Collection of NCL Accounts Receivable and Accounts Payable Aging Reports (February 1999 through April 2000) | IE 0519-550 | |
| D-287 | 12/17/1999 | NCL Board Meeting Presentation | IE 0551- 0564 | |
| D-288 | | Nashville Data Check Processing Span (Days) | | |
| D-289 | | Tables and Charts prepared by Steve Gadsey summarizing payment history of Inacom to NCL before and during preference period | | |
| D-290 | 02/17/2000 | Francis letter to Tech Data Corp. re: Compaq subsidiary Custom Edge, Inc. | Francis __<br>Frasca __<br>Wells __ | |

46

| Id. # | Doc. Date | Exhibit Description | Reference | Objection |
|---|---|---|---|---|
| D-291 | 02/03/2000 | John Frasca email to Tech Data Corp. re: Inacom's January 2000 SEC Form 8-Kand attachments | Francis __ Frasca __ Wells __ Kerkman __ | |
| D-292 | | Tech Data internal ANM account notes and emails | | |
| D-293 | | InaCom Corp. Consolidated Balance Sheet Apr - 00 | | |
| D-294 | | InaCom Corp. Consolidated Balance Sheet Mar - 00 | | |
| D-295 | | InaCom Corp. Consolidated Balance Sheet Feb - 00 | | |
| D-296 | | InaCom Corp. Consolidated Balance Sheet Jan - 00 | | |
| D-297 | | InaCom Corp. Consolidated Balance Sheet Dec - 99 | | |
| D-298 | | Inacom Corporation Comparative Summary Balance Sheet, Common Size Balance Sheet (% of Total Assets) and Comparative Summary Income Statement, | HL 00080 – 00082 | |
| D-299 | | CSFB Inacom: Strong Buy dtd 10/28/99 | HL01146 – HL01152 | |
| D-300 | | 8K Mar 00 Compaq Computer Corporation, Exhibit 1 Forecasts of Estimate Revenue by Services Categories | 00160 - 00161 | |

2.    The aforementioned exhibits were offered by Tech Data and marked for identification. HP objected to their receipt into evidence on the grounds stated.

3.    The following exhibits were offered by HP, received in evidence, and marked as indicated:

| Exhibit No. | Date | Description | Objection | Admit |
|---|---|---|---|---|
| | 5/20/04 | Tech Data's Answer to Inacom's First Amended Complaint and Third Party Complaint | | |
| | 6/6/04 | Answer of Compaq Computer Corporation and Custom Edge, Inc. to Third Party Complaint | | |

47

| | | |
|---|---|---|
| 1/4/00 | Asset Purchase Agreement Between Compaq Computer Corp. and Inacom Corp. and related schedules (Bates No. HP/TD 0008-0153) | |
| 2/3/00 | Email to David Guenther et al. from Michael Ward (Bates No. 3212) | |
| 2/8/00 | Email to Mike Zava from Michael Ward (Bates No. 3199) | |
| 2/9/00 | Letter to David Guenther from Michael J. Ward (Bates Nos. 390, 391) | |
| 2/11/00 | Accounts Payable Aging Report of Inacom (Tech Data objects to this document on the basis of authenticity) | **Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403, Hearsay. FRE 802. Authenticity. FRE 901.** |
| 2/11/00 | Letter to Michael Ward from David Guenther (Zava Depo Exh. 6) | |
| 2/16/00 | Letter to Mike Zafa [sic] from Bill Francis (Bates No. CQ 01144) | |
| 2/18/00 through 3/21/00 | Various Internal Tech Data Emails re check payments (Bates Nos. 3191-93, 3195, 3185-87) | |
| Undated | Request For Check Copies and Inacom Checks Payable to Tech Data between 2/3/00 and 5/1/00 | |
| 3/1/00 | Check no. 713908 in the amount of $26,762.00 from Inacom payable to Tech Data and related invoice information (Bates No. 1738) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 2/3/00 | Check no. 708391 in the amount of $1,026,315.45 from Inacom payable to Tech Data and related invoice information (Bates Nos. 1829-44) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 2/8/00 | Check no. 709697 in the amount of $1,334,959.01 from Inacom payable to Tech Data and related invoice information (Bates Nos. 1814-28) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 2/10/00 | Check no. 710575 in the amount of $2,194,094.75 from Inacom payable to Tech Data and related invoice information (Bates Nos. 1765-83) | **Irrelevant, cumulative evidence, FRE 402, 403** |

| | | |
|---|---|---|
| 5/10/00 | Check no. 723342 in the amount of $308.80 from Inacom payable to Tech Data and related invoice information (Bates No. 1732-1735) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 4/26/00 | Check no. 722237 in the amount of $5,423.17 from Inacom payable to Tech Data and related invoice information (Bates No. 1736) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 3/15/00 | Check no. 716417 in the amount of $1,300.00 from Inacom payable to Tech Data and related invoice information (Bates No. 1737) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 5/10/00 | List of Treasury Released Checks By Date (Oshlo Depo Exh. 10) (Tech Data objects to this document on the basis of authenticity) | **Hearsay. FRE 802. Authenticity, FRE 901.** |
| 6/27/00 | Tech Data's Proof of Claim (Zava Depo Exh. 1) | |
| 11/18/04 | Tech Data's AR Note Management Report entries dated 2/18/00 through 6/12/00 (Ward Exh. 1) | |
| 10/5/04 | HP's First Request for Production of Documents to Tech Data | |
| 11/24/04 | Tech Data's Responses and Objections to HP's First Request for Production of Documents | |
| 12/3/04, 12/21/04, 3/4/05, 3/16/05 | Tech Data's First, Second, Third, and Fourth Supplemental Responses and Objections to HP's First Request for Production of Documents | |
| 10/5/04 | HP's First Set of Interrogatories to Tech Data | |
| 11/24/04 | Tech Data's Responses and Objections to HP's First Set of Interrogatories | |
| 3/16/05 | Tech Data's Supplemental Responses and Objections to HP's First Set of Interrogatories | |
| 1/24/05 | HP's Responses to Tech Data's First Set of Interrogatories | |
| 1/24/05 | HP's Responses to Tech Data's First Requests for Production of Documents | |
| 5/3/05 | Tech Data's Supplemental Disclosures Pursuant to Rule 26(e) | |

49

6/10/05     HP's Supplemental Disclosures
            Pursuant to Rule 26(e)

{210346.0002/N0560727_1}