## SCHEDULE (d)(1)

## Tech Data's Witness List

The potential fact witnesses to be called by Tech Data to testify at trial are as follows:

1. Mike Zava (Will Call)

2. Mike Ward (Will Call)

3. Ben Wells (May Call)

4. Kevin Sarkisian (May Call)

5. John Frasca (May Call)

6. Nondas Vitols (May Call)

7. William Francis (May Call)

8. Tech Data reserves the right to call any witnesses identified by HP on their Witness Designations

{210346.0002/N0560727_1}