## SCHEDULE (d)(2)

## Hewlett-Packard Company's Witness List

The potential fact witnesses to be called by Hewlett-Packard Company to testify at trial are as follows:

1. Ben Wells / Will be called
   Tomball, Texas [c/o Friedman Dumas & Springwater, LLP]

2. Chris Anderson / Will be called
   Miami, Florida [c/o Friedman Dumas & Springwater, LLP]

3. Jay Samuelson / Will be called
   Gretna, Nebraska [c/o Friedman Dumas & Springwater, LLP]

4. Bill Francis / May be called
   Clermont, Florida [c/o Friedman Dumas & Springwater, LLP]

{210346.0002/N0560727_1}