## SCHEDULE (f)(2)

### Third-Party Defendant Hewlett-Packard Company's
### Deposition Transcript Designations

Hewlett-Packard Company ("HP") intends to read into evidence the following portions of deposition transcripts listed below. Tech Data reserves the right to designate additional deposition transcripts, and portions thereof, in rebuttal to any designations by Tech Data.

1. Michael Ward (March 4, 2005)
   - 7:16 – 10:11
   - 13:16 – 23
   - 18:10 – 20:4
   - 22:1 – 7
   - 27:13 – 28:15
   - 34:8 – 35:25
   - 37:22 – 42:10
   - 46:4 – 55:2
   - 66:17 – 22
   - 68:5 – 70:6
   - 72:17 – 73:19
   - 74:16 – 75:9
   - 86:8 – 88:19
   - 92:25 – 97:3
   - 103:9 – 105:8
   - 107:7 – 108:10
   - 110:9 – 22
   - 115:21 – 118:10

2. Michael Zava (January 26, 2005)
   - 6:25 – 7:5
   - 9:25 – 10:11
   - 15:15 – 16:21
   - 21:23 – 22:3
   - 42:4 – 14
   - 68:13 – 69:15

{210346.0002/N0560727_1}

| | |
|---|---|
| | 92:9 – 19 |
| | 102:12 – 25 |
| | 105:1 – 106:23 |
| | 111:7 – 19 |
| | 118:10 – 119:8 |
| | 122:13 – 16 |
| | 123:7 – 124:5 |
| | 125:16 – 126:17 |
| | 128:11 – 129:3 |
| | 130:6 – 14 |
| | 133:7 – 23 |
| | 139:21 – 140:6 |
| | 141:24 – 142:3 |
| | 144:1 – 15 |
| | 149:15 – 25 |
| | 157:3 – 24 |
| | 162:24 – 164:12 |
| | 168:2 – 13 |
| | 171:1 – 7 |
| 3.  Richard Oshlo (March 20, 2005) | 14:15 – 15:15 |
| | 17:21 – 20:23 |
| | 74:1 – 76:20 |
| | 78:20 – 80:21 |
| | 133:20 – 134:21 |
| | 139:5 – 21 |
| | 146:24 – 148:20 |
| | 161:2 – 164:19 |
| | 177:24 – 183:23 |
| | 189:15 – 191:9 |
| | 191:15 – 192:9 |

{210346.0002/N0560727_1}