UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, *et al.,*

       Debtors.
_____/

INACOM CORPORATION, etc.,

       Plaintiff,

v.

TECH DATA CORPORATION,

       Defendant and
       Third Party Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
COMPAQ COMPUTER CORP.,
ITY CORP., and CUSTOM EDGE, INC.,

       Third-Party Defendants.
_____/

Civil Action No. 1:04-cv-00148-GMS

Bankr. Case No. 00-02426 (PJW)
Adv. Pro. No. 02-03496 (PJW)

## TECH DATA CORPORATION'S NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS FOR JOINT PROPOSED PRETRIAL ORDER BETWEEN TECH DATA CORPORATION AND HEWLETT-PACKARD COMPANY

Defendant, TECH DATA CORPORATION ("Tech Data"), by its undersigned attorneys, hereby files the attached documents:

    (I)    Tech Data Corporation's Proposed Findings Of Fact and Conclusions of Law As To Its Third Party Complaint;

    (II)    Third Party Plaintiff Tech Data Corporation's Proposed Charge To The Jury;

    (III)    Tech Data Corporation's Response To Hewlett-Packard Company's Motion In Limine To Exclude Evidence Related To Tech Data Corporation's Claims As A Third-Party Beneficiary;

{210346.0002/N0560706_1}

(IV) Tech Data Corporation's Response To Hewlett-Packard Company's Motion In Limine To Exclude Evidence Of A Guaranty Based On Francis Letter;

(V) Tech Data Corporation's Motion In Limine To Exclude Testimony Of Chris Anderson; and

(VI) Tech Data Corporation's Trial Brief.

Dated: August 15, 2005

Respectfully submitted,

HERLIHY, HARKER & KAVANAUGH

/s/ James F. Harker
James F. Harker (Bar No. 255)
1300 North Market Street, Suite 400
Wilmington, Delaware 19899
Telephone: (302) 654-3111

-and-

ADORNO & YOSS, LLP
Charles M. Tatelbaum
*Admitted Pro Hac Vice*
Stephen C. Hunt
*Admitted Pro Hac Vice*
350 E. Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Telephone: (954) 763-1200
Facsimile: (954) 766-7800

*Attorneys for Defendant,*
*Tech Data Corporation*