## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on this the 15th day of August, 2005, via Regular U.S. Mail upon the following:

| | |
|---|---|
| Laura Davis Jones, Esq.<br>Sandra McLamb, Esq.<br>Pachulski, Stang, Ziehl, Young,<br> Jones &Weintraub, P.C.<br>919 North Market St., 16th Floor<br>Wilmington, Delaware 19899<br><br>Andrew W. Caine, Esq.<br>Jeffrey P. Nolan, Esq.<br>Pachulski, Stang, Ziehl, Young,<br>Jones &Weintraub, P.C.<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, California 90067<br><br>*Attorneys for Plaintiff* | Earl M. Forte, Esq.<br>Blank Rome, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 |
| FRIEDMAN DUMAS & SPRINGWATER LLP<br>Ellen A. Friedman<br>Cecily A. Dumas<br>Gail S. Greenwood<br>Brandon C. Chaves<br>One Maritime Plaza, Suite 2475<br>San Francisco, CA 94111<br>(415) 834-3800<br><br>*Third-Party Defendants* | MORRIS, NICHOLS, ARSHT & TUNNELL<br>William H. Sudell, Jr. (No. 463)<br>Derek C. Abbott (No. 3376)<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200 |

/s/ James F. Harker