UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, *et al.*,

      Debtors.
_____/

INACOM CORPORATION, etc.,

      Plaintiff,

v.

TECH DATA CORPORATION,

      Defendant and
      Third Party Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
COMPAQ COMPUTER CORP.,
ITY CORP., and CUSTOM EDGE, INC.,

      Third-Party Defendants.
_____/

Civil Action No. 1:04-cv-00148-GMS

Bankr. Case No. 00-02426 (PJW)
Adv. Pro. No. 02-03496 (PJW)

## DEFENDANT'S NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS FOR JOINT PROPOSED PRETRIAL ORDER BETWEEN INACOM CORP. AND TECH DATA CORPORATION

Defendant, TECH DATA CORPORATION ("Tech Data"), by its undersigned attorneys, hereby files the attached documents:

    (i)    [Proposed] Final Pre-Trial Order;

    (ii)    Defendant Tech Data Corporation's Proposed Findings Of Fact And Conclusions Of Law;

    (iii)    Defendant's Proposed Jury Instructions;

    (iv)    Defendant's Suggested Form Of Jury Voir Dire Questions; and

    (v)    Defendant's Proposed Special Interrogatories/Special Verdict Form.

{210346.0002/N0560706_1}

Dated: August 15, 2005

                      Respectfully submitted,

                      HERLIHY, HARKER & KAVANAUGH

                      /s/ James F. Harker
                      James F. Harker (Bar No. 255)
                      1300 North Market Street, Suite 400
                      Wilmington, Delaware 19899
                      Telephone: (302) 654-3111

                      -and-

                      ADORNO & YOSS, LLP
                      Charles M. Tatelbaum
                      *Admitted Pro Hac Vice*
                      Stephen C. Hunt
                      *Admitted Pro Hac Vice*
                      350 E. Las Olas Boulevard, Suite 1700
                      Fort Lauderdale, FL 33301
                      Telephone: (954) 763-1200
                      Facsimile: (954) 766-7800

                      *Attorneys for Defendant,*
                      *Tech Data Corporation*