UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, *et al.*,

    Debtors.
_____/

INACOM CORPORATION, etc.,

    Plaintiff,

v.

TECH DATA CORPORATION,

    Defendant and
    Third Party Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
COMPAQ COMPUTER CORP.,
ITY CORP., and CUSTOM EDGE, INC.,

    Third-Party Defendants.
_____/

Civil Action No. 1:04-cv-00148-GMS

Bankr. Case No. 00-02426 (PJW)
Adv. Pro. No. 02-03496 (PJW)

## DEFENDANT'S SUGGESTED FORM OF JURY VOIR DIRE QUESTIONS

Pursuant to D. Del. LR 47.1(a) and this Court's Scheduling Order, Defendant Tech Data Corporation files the attached suggested Jury Voir Dire Questions.

Dated: August 15, 2005

        Respectfully submitted,

        HERLIHY, HARKER & KAVANAUGH

        /s/ James F. Harker
        James F. Harker (Bar No. 255)
        1300 North Market Street, Suite 400
        Wilmington, Delaware 19899
        Telephone: (302) 654-3111

        -and-

        ADORNO & YOSS, LLP
        Charles M. Tatelbaum
        *Admitted Pro Hac Vice*
        Stephen C. Hunt
        *Admitted Pro Hac Vice*
        Nicole Testa
        (Fla. Bar No. 177271)
        350 E. Las Olas Boulevard, Suite 1700
        Fort Lauderdale, FL 33301
        Telephone: (954) 763-1200
        Facsimile: (954) 766-7800

        *Attorneys for Defendant,*
        *Tech Data Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, *et al.*,

    Debtors.
_____/

INACOM CORPORATION, etc.,

    Plaintiff,

v.

TECH DATA CORPORATION,

    Defendant and
    Third Party Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
COMPAQ COMPUTER CORP.,
ITY CORP., and CUSTOM EDGE, INC.,

    Third-Party Defendants.
_____/

Civil Action No. 1:04-cv-00148-GMS

Bankr. Case No. 00-02426 (PJW)
Adv. Pro. No. 02-03496 (PJW)

## JURY VOIR DIRE QUESTIONS

1. [Separately as to each individual panel member]: Please tell us your name and the occupation of yourself and your spouse?

2. To the panel as a group: Do you have any personal knowledge regarding the parties or the facts of this case? If so, please explain.

3. Have you read, seen or heard anything from anyone else about this case or in any way relating to this case? If so, please explain.

4. Have you had any legal training or experience? If so, please describe it.

5. Have you had any experience with any bankruptcy proceeding? If so, please describe.

6. Have you had any training in accounting? If so, please describe.

7. Have you had any training or experience in collection of receivables? If so please describe.

8. Have you, or have members of your family, had any relationship such as: (1) present or former employee; (2) consultant; (3) friend; or (4) other, with any of the following:

   a. Inacom Corp.;

   b. Vanstar Corporation;

   c. Dell, Inc.;

   d. Tech Data Corp.;

   e. Lexmark International, Inc.;

   f. Ingram Entertainment, Inc.; or

   g. Executive Sounding Board Associates, Inc.

   h. Blank Rome, L.L.P.

   i. Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.

   j. Bridge Associates, L.L.C., (formerly known as Restoration Management Company, L.L.C.)

   k. Compaq Computer Corp.

   l. Houlihan, Lokey, Howard & Zukin

   m. Deutsche Bank

   n. Hewlett Packard Corp.

If so, please explain.

9. During the course of this case, various witnesses may be called to testify on behalf of the parties. The parties are not required to call all of these witnesses and might decide not to call some of the witnesses and may instead call other witnesses. Are you, or is any member of your family or any friend of yours related to or acquainted with, or do you have any association whatsoever with any of the following people, who may be witnesses in this case:

  a. Elaine G. Agee;

  b. Thomas J. Fitzpatrick;

  c. Lazarus Krikorian;

  d. Richard C. Oshlo;

  e. Gerry A. Gagaliardi;

  f. Dean Vomero;

  g. Francis X. Devine;

  h. Michael L. Newsom;

  i. Stuart A. Gollin; or

  j. Neil Gilmour?

If so, please explain.

10. Have you or anyone close to you ever been a party to a lawsuit?

  (a) Please explain the circumstances.

  (b) Describe the nature of the lawsuit.

  (c) What was the outcome?

11. Have you ever been a witness at a trial? If so, what was the nature of your testimony (e.g. fact witness to accident, expert witness, etc…)?

12. Have you ever been in a situation where you could have filed a lawsuit but chose not to do so?

13. Do you know any of the following attorneys who represent the parties in this case:

a. Bonnie Glantz Fatell;

b. Elio Battista, Jr.;

c. Alisa E. Moen;

d. Earl M. Forte;

e. Regina S. Kelbon;

f. Andrew Caine

g. Jeff Nolan

14. Have you or any member of your immediate family ever been employed or represented by any of these attorneys?

15. Do you have any medical condition which would not allow you to properly carry out your duties as a juror?

16. It is anticipated that this civil trial will take approximately five to seven days. Would there be any great undue hardship on you to serve as a juror in this case?

17. Have you ever sold a product or services to a person or company who subsequently went into bankruptcy? If so, please explain the circumstances and what happened.

18. Have you ever sold a product to a person or company who accepted the product and paid for it, but then after going into bankruptcy sued you to get the payment back and still keep the product? If so, please explain the circumstances and what happened.

19. Do you know any fact or circumstance that you believe might make you an unsuitable juror for this particular case?

20. Do you know of any reason you could not serve as a juror in this case?