UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, *et al.*,

    Debtors.
_____/

INACOM CORPORATION, etc.,

    Plaintiff,

v.

TECH DATA CORPORATION,

    Defendant and
    Third Party Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
COMPAQ COMPUTER CORP.,
ITY CORP., and CUSTOM EDGE, INC.,

    Third-Party Defendants.
_____/

Civil Action No. 1:04-cv-00148-GMS

Bankr. Case No. 00-02426 (PJW)
Adv. Pro. No. 02-03496 (PJW)

### DEFENDANT'S PROPOSED SPECIAL INTERROGATORIES/SPECIAL VERDICT FORM

Pursuant to FED. R. CIV. PROC. 49, D. Del. LR 51.1, and the Court's Scheduling Order, Defendant Tech Data Corporation files the attached Proposed Special Interrogatories/Special Verdict Form.

{210346.0002/N0560649_1}

Dated: August 15, 2005

                            Respectfully submitted,

                            HERLIHY, HARKER & KAVANAUGH

                            <u>/s/ James F. Harker</u>
                            James F. Harker (Bar No. 255)
                            1300 North Market Street, Suite 400
                            Wilmington, Delaware 19899
                            Telephone: (302) 654-3111

                            -and-

                            ADORNO & YOSS, LLP
                            Charles M. Tatelbaum
                            *Admitted Pro Hac Vice*
                            Stephen C. Hunt
                            *Admitted Pro Hac Vice*
                            Nicole Testa
                            (Fla. Bar No. 177271)
                            350 E. Las Olas Boulevard, Suite 1700
                            Fort Lauderdale, FL 33301
                            Telephone: (954) 763-1200
                            Facsimile: (954) 766-7800

                            *Attorneys for Defendant,*
                            *Tech Data Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, *et al.*,

    Debtors.
_____/

INACOM CORPORATION, etc.,

    Plaintiff,

v.

TECH DATA CORPORATION,

    Defendant and
    Third Party Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
COMPAQ COMPUTER CORP.,
ITY CORP., and CUSTOM EDGE, INC.,

    Third-Party Defendants.
_____/

Civil Action No. 1:04-cv-00148-GMS

Bankr. Case No. 00-02426 (PJW)
Adv. Pro. No. 02-03496 (PJW)

## VERDICT FORM

We, the jury in this action, unanimously find the following:

### PREFERENCE CAUSE OF ACTION[1]

**QUESTION NO. 1**

---

[1] The parties have agreed to stipulate that the following elements of Plaintiff's preference claim have been met: (1) that the transfers were to or for the benefit of Dell; (2) that the transfers were on account of an antecedent debt owed by Inacom before such transfers were made; and (3) that the transfers were within the ninety (90) days before the date of the filing of the petition. Should these stipulations not be entered, Dell reserves the right to supplement and/or amend this proposed verdict form to properly include such elements.

Do you find, from a preponderance of the evidence, that Inacom was insolvent at any of the times after March 16, 2000, that Inacom paid Tech Data for the products Tech Data had previously sold and delivered to Inacom?

     Answer "Yes" or "No": _____

If you answered Question No. 1 "Yes" then answer the following questions; if you answered the question "No", skip all remaining questions and date and sign this Verdict Form.

**QUESTION NO. 2**

On what date prior to the bankruptcy filing by Inacom on June 16, 2000, did Inacom first become insolvent if at all?

   Answer: _____

**QUESTION NO. 3**

Do you find, from a preponderance of the evidence, that Tech Data received more by the payments than it would have received if the payments had not been made and if this had been a Chapter 7 bankruptcy case?

   Answer "Yes" or "No": _____

If you answered Question No. 3 "Yes" then answer the following questions; if you answered the question "No", skip all remaining questions and date and sign this Verdict Form.

**QUESTION NO. 4**

Do you find, from a preponderance of the evidence, that Tech Data was a creditor of Inacom at the time that Inacom made payments to Tech Data?

   Answer "Yes" or "No": _____

If you answered Question No. 4 "Yes" then answer the following questions; if you answered the question "No", skip all remaining questions and date and sign this Verdict Form.

**QUESTION NO. 5**

Do you find, from a preponderance of the evidence, that the monies paid by Inacom to Tech Data were on account of an antecedent debt that was owed to Tech Data?

   Answer "Yes" or "No": _____

Dated: _____.

                _____
                Foreperson