# TAB 3

## TAB 3

## INACOM'S EXHIBITS

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 1. | June 5, 2002 | First Amended Complaint for Avoidance and Recovery of Preferential Transfers | |
| 2. | April 9, 2004 | Defendant Tech Data, Corporation's Answer and Affirmative Defenses In Response To The Plaintiff Inacom Corporation's First Amended Complaint, And Third Party Complaint | |
| 3. | February 3, 2000 | Check #708391 for $1,026,316.45 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 4. | February 8, 2000 | Check #709697 for $1,334,959.01 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 5. | February 10, 2000 | Check #710575 for $2,194,094.75 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 6. | March 1, 2000 | Check #713908 for $26,762.00 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 7. | March 15, 2000 | Check #716417 for $1,300.00 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 8. | March 22, 2000 | Check #717552 for $1,850.00 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 9. | March 27, 2000 | Check #686205 for $8,060.31 | Irrelevant, cumulative evidence, FRE 402, 403 |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 10. | March 28, 2000 | Check #686352 for $380.26 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 11. | March 29, 2000 | Check #686742 for $1,955.80 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 12. | March 30, 2000 | Check #687052 for $204.76 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 13. | April 3, 2000 | Check #687601 for $197.94 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 14. | April 4, 2000 | Check #687798 for $874.96 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 15. | April 6, 2000 | Check #688240 for $696.41 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 16. | April 10, 2000 | Check #688659 for $520.68 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 17. | April 11, 2000 | Check #688915 for $532.23 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 18. | April 12, 2000 | Check #689163 for $529.35 | Irrelevant, cumulative evidence, FRE 402, 403 |
| 19. | April 19, 2000 | Check #690276 for $750.00 | Irrelevant, cumulative evidence, FRE 402, 403 |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 20. | April 21, 2000 | Check #690832 for $1,322.09 | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 21. | April 26, 2000 | Check #722237 for $5,423.17 | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 22. | April 28, 2000 | Check #692129 for $1,275.00 | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 23. | May 10, 2000 | Check #723342 for $308.80 | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 24. | February 8, 2000 through May 10, 2000 | Tech Data Payment Invoice Application | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 25. | February 2000 | Telephone log entry of Michael Ward | |
| 26. | February 9, 2000, correspondence | Tech Data letterhead | |
| 27. | February 2000 | Redacted February 9, 2000 correspondence | |
| 28. | February 11, 2000 | Transmittal from D Guenthner to M. Ward | |
| 29. | November 18, 2004 | M Ward AR Note Management(Exhibit #1 to Deposition of M Ward) | |
| 30. | June 27, 2000 | Tech Data Proof of Claim | |
| 31. | February 11, 2000 | Dave Guenthner to Michael Ward | |
| 32. | February 16, 2000 | Nancy Pearson letter | |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 33. | | Demonstrative-Chart of payments to major vendors | Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403 |
| 34. | | Bridge demonstrative charts/graphs | Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403 |
| 35. | | Demonstrative-OCB charts & graphs for Ingram | Irrelevant, cumulative evidence, FRE 402, 403 |
| 36. | May 10, 2000 | Treasury Released Checks by Date; Exhibit 10 to Oshlo Deposition | Hearsay. FRE 802. Authenticity. FRE 901. |
| 37. | | Liquidation analysis (Exhibit H to Disclosure Statement) | Hearsay. FRE 802. |
| 38. | | Updated liquidation analysis from Gilmour | Hearsay. FRE 802. Authenticity, FRE 901. |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 39. | | Demonstrative- make-up of outstanding unsecured creditors | **Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403.** |
| 40. | April 27, 2000 | Bank presentation | |
| 41. | May, 2000 | Blackstone Confidential Information Memorandum | **Hearsay. FRE 802. Authenticity, FRE 901.** |
| 42. | February 28, 2000-July 25, 2000 | Inacom Board of Directors Minutes | |
| 43. | May 24, 2000 | E-mail from Al Karsnia to Ben Wells | **Hearsay. FRE 802. Authenticity, FRE 901.** |
| 44. | | Compaq/CTY Asset Purchase Agreement | |
| 45. | March 15, 2000 | Accounts Payable Schedule as of 2/12/00 and attached AP register | |
| 46. | February 16, 2000 | Compaq Computer Corp Revolving Credit Facility Commitment Letter | |
| 47. | | Services, Supply and Sales Agreement | |
| 48. | | Separation and Sharing Agreement | |
| 49. | | Service Level Agreement | |
| 50. | February 16, 2000 | Intercreditor Agreement among Deutsche Bank, Compaq and IBM Credit | |
| 51. | | 3rd Amendment/Waiver among Inacom, Banks, IBM Credit | |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 52. | | 4th Amendment/Waiver among Inacom, Banks, IBM Credit | |
| 53. | | 5th Amendment/Waiver among Inacom, Banks, IBM Credit | |
| 54. | | 6th Amendment/Waiver among Inacom, Banks, IBM Credit | |
| 55. | March 24, 2000 | Oshlo memo to Fitzpatrick re accessing Compaq credit facility | **Irrelevant, FRE 402, Hearsay. FRE 802. Authenticity, FRE 901.** |
| 56. | April 4, 2000 | Oshlo memo to Fitzpatrick re status of held checks and revolver | **Irrelevant, FRE 402, Hearsay. FRE 802. Authenticity, FRE 901.** |
| 57. | April 27, 2000 | Anderson/Wavro letter to Fitzpatrick re collections on receivables owned by Compaq | **Irrelevant, FRE 402, Hearsay. FRE 802. Authenticity, FRE 901.** |
| 58. | April 28, 2000 | Notice of Borrowing from Inacom to Deutsche Bank | |
| 59. | May 16, 2000 | Wavro letter to Fitzpatrick waiving a portion of the Compaq commitment letter | **Irrelevant, cumulative evidence, FRE 402, 403, Hearsay. FRE 802. Authenticity, FRE 901.** |
| 60. | May 26, 2000 | Letter from Wood and Cheever to Anderson re misdirected funds | **Hearsay. FRE 802. Authenticity, FRE 901.** |
| 61. | | Debtors' Disclosure Statement | **Irrelevant, cumulative evidence, FRE 402, 403, Hearsay, FRE 802** |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 62. | March 14, 2000 | Gagliardi e-mail to Winkler complaining about no incremental service revenue | **Hearsay. FRE 802. Authenticity, FRE 901.** |
| 63. | | Complaint-Custom Edge v. Inacom, etal | |
| 64. | April 18, 2000 | Hansen e-mail to Oshlo et al re split of AR receipts | **Hearsay. FRE 802. Authenticity, FRE 901.** |
| 65. | May 17, 2000 | Inacom press release | |
| 66. | May 17, 2000 | Moody's press release | |
| 67. | May 9, 2000 | Fax to Gagliardi from Robert M. Wood, Jr. Leverage Finance Group | **Hearsay. FRE 802. Authenticity, FRE 901.** |
| 68. | | Demonstrative-supporting Fitz narrative | **Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403** |
| 69. | | First Amendment to Asset Purchase Agreement | |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 70. | June 2, 2000 | Asset Purchase Agreement (unexecuted) by and between Compucom and Marlin | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403, Hearsay. FRE 802. Authenticity. FRE 901. |
| 71. | June 19, 2000 | Affidavit of Thomas J. Fitzpatrick in Support of First Day Orders | |
| 72. | February 3, 2000 | Summary Act vs. Bud | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403, Hearsay. FRE 802. Authenticity. FRE 901. |
| 73. | March 27, 2000 | Inacom Press release | |
| 74. | May 2000 | Blackstone Project Adams Debtor in Possession Model report | Document is not sufficiently identified to permit inspection and objection. FRCP 26, 33, 34 & 37(c); FRE 403, Hearsay. FRE 802. Authenticity. FRE 901. |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 75. | March 24, 2000 | A/P Weekly Balancing to A/P Aging Report | Hearsay. FRE 802. Authenticity. FRE 901. |
| 76. | January 1, 2000 | Jay Samuelson e-mail to Chris Anderson | Hearsay. FRE 802. Authenticity, FRE 901. |
| 77. | May 27, 2000 | Kevin Edwards e-mail to Mike Hall | Hearsay. FRE 802. Authenticity, FRE 901. |
| 78. | April 28, 2000 | Paul Hatfield memorandum to mailing list | Hearsay. FRE 802. Authenticity, FRE 901. |
| 79. | December 9, 1999 | Roberta Conklin email re Inacom Update | Hearsay. FRE 802. Authenticity, FRE 901. |
| 80. | April 26, 2000 | Minutes of Inacom Board of Directors Meeting | |
| 81. | June 14, 2000 | Bill Wavro letter to Fitzpatrick and attached statement | Hearsay. FRE 802. |
| 82. | | Tom Molchan Memo to Board re materials for 6/1/00 meeting | Hearsay. FRE 802. Authenticity, FRE 901. |
| 83. | February 16, 2000 | Davis Polk & Wardwell memo re Funds Flow for Compaq-Inacom closing | Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403. Hearsay. FRE 802. |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 84. | May 2000 | Blackstone Project Addams Reorganization Model | **Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403. Hearsay. FRE 802.** |
| 85. | | Blackstone Group Jan Actual-April Actual | **Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403. Hearsay. FRE 802.** |
| 86. | | Blackstone Group Q2-Q3 Consolidated Summary and backup | **Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403. Hearsay. FRE 802.** |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 87. | April 19, 2005 | Bridge Associates Expert Report | **Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403** |
| 88. | April 29, 2005 | Weiser LLP expert report | **Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403** |
| 89. | May 27, 2005 | Bridge Associates Rebuttal Expert Report | **Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403** |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 90. | | Murray Devine expert report | **Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702 Irrelevant, cumulative evidence, FRE 402, 403** |
| 91. | | First Set of Interrogatories propounded by Plaintiff | |
| 92. | | Responses to First Set of Interrogatories propounded by Plaintiff | |
| 93. | | Plaintiff's Initial Disclosures pursuant to Fed. R. Bankr. P. 7026(a)(1) | |
| 94. | | Defendant's Initial Disclosures pursuant to Fed. R. Bankr. P. 7026(a)(1) | |
| 95. | | First Set of Request for Production of Documents propounded by Plaintiff | |
| 96. | | Response to Plaintiff's First Set of Request for Production of Documents | |
| 97. | | Documents produced by Defendant | |
| 98. | 3/21/00 | email from Mike Ward to Mike Zava (Bates # 3371) | |
| 99. | | Defendant's Second Request for Production of Documents | |
| 100. | 3/20/00 | email from Mike Ward to Mike Zava (Bates # 3372) | |
| 101. | 2/18/00 | email from Mike Ward to Mike Zava (Bates # 3380) | |
| 102. | 3/7/00 | email from Mike Ward to Mike Zava (Bates # 3373-3374) | |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 103. | 2/28/00 | email from Mike Ward to Mike Zava (Bates # 3378) | |
| 104. | 3/24/00 | email from Mike Ward to Mike Zava (Bates # 3379) | |
| 105. | 2/18/00 | email from Mike Ward to Mike Zava (Bates # 3381) | |
| 106. | 2/18/00 | email from Mike Ward to Mike Zava (Bates # 3382) | |
| 107. | 2/8/00 | email from Mike Ward to Mike Zava (Bates # 3385) | |
| 108. | | AR Notes(Exhibit 4 to Deposition of M. Zava) | |