# TAB 4

**TAB 4**
**DEFENDANT'S EXHIBIT LIST**

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-1 | 00/00/0000 | Collection of Invoices from Dell to InaCom | Horton 3 | **Irrelevant. F.R.E. 401, 402** |
| D-2 | | Deleted | | |
| D-3 | 00/00/0000 | Disc containing all Dell Invoices | | **Irrelevant. F.R.E. 401, 402** |
| D-4 | 00/00/0000 | Disc containing sample of Purchase Orders | | **Irrelevant. F.R.E. 401, 402** |
| D-5 | 00/00/0000 | Inacom Fiscal Year 2000 Projections | 000252 Willetts 2 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-6 | 00/00/0000 | Inacom Revenue Projections | 016402 Willetts 3 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-7 | 00/00/0000 | Proposed Relationship between DB Groups and Compaq's Covenants | DE 003393 Wood 7 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-8 | 00/00/0000 | IBM Floor Plan Side Letter | 01132-01139 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| D-9 | 00/00/0000 | Consent to Use of Name (ITY) | 01463 | |
| D-10 | | Deleted | | |
| D-11 | | Deleted | | |
| D-12 | | Deleted | | |
| D-13 | 00/00/0000 | Agenda *May be limited offer or used for impeachment/rebuttal* | DB 013680 - 013681 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-14 | 00/00/0000 | Business Record Affidfavit of Deutsche Bank, AG New York Branch | | |
| D-15 | 00/00/0000 | Deleted | | |
| D-16 | 00/00/0000 | Redacted Arthur Anderson document | FTI 001054 - 001073 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-17 | 00/00/0000 | Income Approach | HL 00111-00113 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| D-18 | 00/00/0000 | Inacom Corp. Assumptions and Convenants [sic], | HL 00132 – 136 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-19 | 00/00/0000 | Inacom Projected Financial Statements SG&A Recap | HL 00193 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| D-20 | 00/00/0000 | Deleted | | |
| D-21 | 00/00/0000 | Outsourcing/Agency Agreement between InaCom and Compaq | | **Irrelevant F.R.E. 411, 402** |
| D-22 | | Kevin Edwards email to Mike Baker, et al, subject: "Italy A/R Findings" and attachment | CPQ 2848 - 2849 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-23 | 08/10/1994 | Remarketer/Integrator Agreement (Vanstar) | | **Irrelevant. F.R.E. 401, 402** |
| D-24 | | Remarketer/Integrator Agreement (Inacom) | | **Irrelevant. F.R.E. 401, 402** |
| D-25 | 01/01/1998 | Inacom Corp. Audit Difference Analysis | 00591 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| D-26 | 12/26/1998 | 10K for fiscal year end December 26, 1998 | | **Irrelevant. F.R.E. 401, 402** |
| D-27 | 04/09/1999 | Credit Agreement among Various Lending Institutions, IBM Credit Corp., Banque Nationale De Paris, and Deutsche Bank, AG, New York Branch | HL00506 – HL00782 Wood 1 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802. Irrelevant. F.R.E. 401, 402** |
| D-28 | | Deleted | | |
| D-29 | 06/30/1999 | Technology Research Report InaCom (ICO) | HL01785 – HL01791 | **Irrelevant F.R.E. 401, 402** |
| D-30 | 07/01/1999 | A.G. Edwards Article - InaCom | HL01819 – HL01828 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| D-31 | | Deleted | | |
| D-32 | 07/25/1999 | Attachment F Collateral Management Report | DB 014064 Oshlo 11 | **Authenticity F.R.E. 901; Irrelevant F.R.E. 401, 402** |
| D-33 | 09/01/1999 | Inacom Corp 10Q for September 1999 | | |
| D-34 | | Deleted | | |
| D-35 | 12/14/1999 | "Inacom Restructures Operations to Drive Growth in eBusiness Infrastructure Management" | HL01153 – HL01156 Gagliardi 8 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| D-36 | 12/17/1999 | Inacom Bank Presentation | DB 008792 - 008833 | |

| Id. # | Doc. Date | Description | Reference | Objection |
|---|---|---|---|---|
| **D-37** | 12/28/1999 | News Article – Inacom Plans to Restructure to Survive | Gagliardi 1 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| **D-38** | 12/28/1999 | Inacom Compaq Presentation | DE 002285 - 002301 | |
| **D-39** | 12/29/1999 | Houlihan Lokey Howard & Zukin engagement letter, associated materials, report and presentation | HL 0000 – 00248 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| **D-40** | | 1999 Monthly Financial Statements | ICN 07601 07647 | |
| **D-41** | 12/31/1999 | Inacom and Subsidiaries – Condensed and Consolidated Statement of Income – Restated 1996-1999 | ICN 00870 | |
| **D-42** | 12/31/1999 | Inacom and Subsidiaries – Condensed and Consolidated Margin Analysis – Restated 1996 -1999 | ICN 00871 | |
| **D-43** | 12/31/1999 | Inacom and Subsidiaries – Comparative Consolidated Statement of Income 1996 -1999 | ICN 05390 | |
| **D-44** | 12/31/1999 | Inacom and Subsidiaries – Comparative Consolidated Margin Analysis –1996 -1999 | ICN 05391 | |
| **D-45** | 01/01/2000 | Inacom Corp.  Projected Financial Statements – Scenario:  Base Case | HL00133-HL00135 *HL00170* Dugan 4 Samuelson 7 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| **D-46** | | Deleted | | |
| **D-47** | | 2000 Monthy Income Statements | ICN 07578 - 07600 | |
| **D-48** | 01/01/2000 | 2000 Calendar & Holiday Schedule | | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| **D-49** | 01/02/2000 | Inacom Compaq Presentation | DE 009906 - 009923 | |
| **D-50** | 01/03/2000 | Memorandum to T. Gahan from J. Stuart re Inacom Amendment for Compaq Purchase of Assets | DE 003219 – 003220 Wood 5 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| **D-51** | 01/04/2000 | 8-K January 4, 2000 | 2363 - 2424 | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-52 | 01/04/2000 | Third Amendment and Waiver | DB 014995 - 015021 00953 – 00974 Fitzpatrick 14 Oshlo 2 Samuelson 1 Wood 2 | |
| D-53 | 01/04/2000 | Asset Purchase Agreement | 00674-00737 Fitzpatrick 20 | **Incompleteness of writing. F.R.E. 901, 1001. Motion in limine.** |
| D-54 | 01/04/2000 | Goldman Sachs Project Rodeo | 016354 - 016378 0000095 – 000120 Willetts 1 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| D-55 | 01/04/2000 | InaCom Corp. Executive Officer's Certificate relating to the 01/04/00 Asset Purchase Agreement | 01335 | |
| D-56 | | Deleted | | |
| D-57 | 01/19/2000 | Houlihan Lokey Handwritten Notes of Conferences 02/01/2000 02/11/1999 | HL00264 HL00269 HL00328 – HL00329 Fitzpatrick 23 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| D-58 | 01/19/2000 | Houlihan Lokey - Handwritten Notes of Conferences | HL 00264 - 00336 | **Authenticity F.R.E. 901; Irrelevant. F.R.E. 401, 402** |
| D-59 | 01/20/2000 | Inacom Credit Report | DE 010301 - 010308 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-60 | 02/01/2000 | Inacom Corp. Officer's Certificate w/Ex. A – 'complete and accurate copy of the Pro Forma Financial Statements of the Company. | 01337 – 01344 Gagliardi 6 Krikorian 11 | |
| D-61 | | Deleted | | |
| D-62 | 02/10/2000 | Release of Liens (Deutsche Bank to InaCom) | 00998 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| D-63 | 02/14/2000 | White and Case fax and comments of Commitment Letter and Term Sheet | DB 009957 - 009968 | **Irrelevant. F.R.E. 401, 402. Motion in Limine.** |

| Id. # | Doc. Date | Description | Reference | Objection |
|---|---|---|---|---|
| **D-64** | 02/14/2000 | Form 10-K for P/E 12/25/99 | 00128 – 00133 Fitzpatrick 22 | **Incomplete document. F.R.E. 1001; Irrelevant F.R.E. 401, 402** |
| **D-65** | 02/15/2000 | Fourth Amendment and Waiver | DB 009947 - 009956 00976 – 00993 Fitzpatrick 15 Gagliardi 10 Oshlo 5 Samuelson 2 Wood 3 | |
| **D-66** | 02/15/2000 | $55.5 Million Dollar Revolving Credit Facility Commitment Letter by Compaq | 01067 – 01110 Fitzpatrick 18 Wells 10 | |
| **D-67** | | Deleted | | |
| **D-68** | | Deleted | | |
| **D-69** | 02/16/2000 | Form 8-K | 00134 – 00204 Oshlo 3 Samuelson 8 Wells 9 | |
| **D-70** | | Deleted | | |
| **D-71** | 02/15/2000 | E-mail to W. Caswell from R. Wood w/handwritten notes re Proposal re Compaq Covenants | DB 009944 – 009946 Wood 8 | **Irrelevant. F.R.E. 401, 402. Motion in Limine.** |
| **D-72** | | Deleted | | |
| **D-73** | 02/15/2000 | Correspondence from Deutsche Financial Services to C. Mayer Re: Payoff Letter – InaCom Corp. | 01112 – 01113 | **Irrelevant. F.R.E. 401, 402** |
| **D-74** | 02/15/2000 | Bill of Sale – InaCom & ITY | 01443-01456 | |
| **D-75** | 02/15/2000 | Memo From Deutsche Bank to Inacom Bank Group Subject: 2/15/00 Conference Call with attachments | DE 002353 – 02364 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| **D-76** | | Deleted | | |
| **D-77** | 02/16/2000 | Services, Supply and Sales Agreement between Compaq and InaCom w/Ex. 1: Procurement Services; Ex. 2: Fee Schedule; and Ex. 3 Rules of Engagement for Field Purpose, Appendix – List of Accounts; Ex. 4 Operating Agreements | CA1-CA18 00817-00834 *00753** Dugan 5 Fitzpatrick 16 Kerkman 1 Samuelson 9 Wells 8 | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-78 | 02/16/2000 | Separation and Sharing Agreement between Compaq and InaCom w/Ex. 1 Compaq/Inacom Inventories; Ex. 2 Shared Services – Field Finance Ops | 00873-00943 Dugan 6 Oshlo 18 Samuelson 10 | |
| D-79 | 02/16/2000 | Service Level Agreement with Compaq Computer Corporation | 00836 – 00871 Fitzpatrick 17 | |
| D-80 | 02/16/2000 | HL Opinion Letter | HL00038 – HL00041 | **Irrelevant. F.R.E. 401, 402** |
| D-81 | | Deleted | | |
| D-82 | 02/16/2000 | Funds Flow re Compaq-Inacom Closing | 01429-01433 Gagliardi 11 Oshlo 6 | **Irrelevant. F.R.E. 401, 402** |
| D-83 | 02/16/2000 | Intercreditor Agreement | Oshlo 17 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| D-84 | 02/16/2000 | First Amendment to Asset Purchase Agreement | IN 00013 – 00015 | |
| D-85 | 02/16/2000 | Fifth Amendment and Waiver to Agreement for Inventory Financing | 01123 – 01130 | |
| D-86 | | Deleted | | |
| D-87 | 02/16/2000 | Willkie Farr & Gallagher Letter to BOD InaCom Corp. and Compaq Re: Asset Purchase Agreement dated 01/04/00 | 01310-01316 | **Attorney-client privilege** |
| D-88 | 02/16/2000 | Richards, Layton & Finger Letter to BOD InaCom Corp. and Compaq | 01318-01328 | **Attorney-client privilege** |
| D-89 | 02/16/2000 | Assignment and Assumption Agreement between Inacom and Compaq | 01330-01333 | **Irrelevant. F.R.E. 401, 402** |
| D-90 | 02/16/2000 | InaCom Corp. Secretary's Certificate w/Ex. A, By-Laws of InaCom Corp. and Ex. B BOD Meeting of 01/04/00 | 01346-01358 | |
| D-91 | 02/16/2000 | ITY Corp. Executive Officer's Certificate | 01360 | |
| D-92 | 02/16/2000 | ITY Corp. Secretary's Certificate w/Ex.A Bylaws of ITY Corp. and Ex. B ITY Corp. Consent in Lieu of Meeting of the BOD and Asset Purchase Agreement | 01362-01375  01376-01427 | |
| D-93 | 02/16/2000 | Transfer Agreement between InaCom and ITY | 01439-01441 | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| **D-94** | | Inacom News – Memo from Gagliardi to Inacom Team Re: Compaq Transaction Close | Inacom 03752 | |
| **D-95** | | Deleted | | |
| **D-96** | | Deleted | | |
| **D-97** | | Deleted | | |
| **D-98** | | Deleted | | |
| **D-99** | 02/26/2000 | Inacom Borrowing Base Certificate | DB 014103 - 014106 Inacom 000160 – 000163 Oshlo 4 Wood 9 | |
| **D-100** | 02/26/2000 | Schedule A-2 Borrowing Base Inventory Period Ending 02/26/00 | ICN 16564 | |
| **D-101** | 02/20/2000 | Board of Directors Meeting Agenda | ICN 01613 - 01637 | |
| **D-102** | 02/28/2000 | Inacom Board of Directors Minutes of Meetings 02/28/2000 **102A** - 03/17/00 **102B** - 03/22/00 *The following exhibits may be limited offer for impeachment/ rebuttal.* **102C** - 04/26/00 **102D** - 05/01/00 **102E** - 05/15/00 **102F** - 05/22/00 **102G** - 06/01/00 **102H** - 06/06/00 **102I** - 06/08/00 **102J** - 06/15/00 **102K** -06/23/00 **102L** - 07/06/00 **102M** - 07/25/00 | ICN 19506 – 19511 | |
| **D-103** | 02/28/2000 | Minutes of Meeting of the Inacom Corp. Board of Directors | ICN 19549 – 19555 Gagliardi 9 | |
| **D-104** | 03/02/2000 | 8K | 00134 and 00204 | **Irrelevant. F.R.E. 401, 402** |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| **D-105** | 03/09/2000 | Inacom's 1998/99 Performance *May be limited offer or used for impeachment/rebuttal* | DE 012444 – 012454 Wood 6 | **Authenticity F.R.E. 901; Incompleteness of document F.R.E. 1001; Irrelevant F.R.E. 401, 402** |
| **D-106** | 03/10/2000 | Letter re Invoice payment due | HL00009-10 Fitzpatrick 19 | **Irrelevant. F.R.E. 401, 402** |
| **D-107** | 03/14/2000 | John Dugan email to Galen Meysenburg and attachments | INACOM 033898 - 33900 | **Authenticity F.R.E. 901; Irrelevant F.R.E. 401, 402** |
| **D-108** | 03/17/2000 | Inacom News – Memo from Gagliardi to Inacom Team Re: Announcement from G. Gagliardi | Inacom 037534 – 037537 | |
| **D-109** | 03/24/2000 | Memo to Tom from Dick re Accessing Compaq Revolving Credit Facility | 014001 – 014002; ICN 14296 – 14297 Oshlo15 | |
| **D-110** | 03/24/2000 | Press Release: *Inacom to Restate Prior Periods for Previously Announced Special Charges* | DB 008602 | |
| **D-111** | 03/25/2000 | Inacom Corp and Subsidiaries Financial Statements | ICN 00479 - 00483 Dugan 1 Samuelson 4 | |
| **D-112** | 03/25/2000 | Inacom Corp and Subsidiaries Condensed and Consolidated Balance Sheet (Unaudited) 03/00, March Detail, and Inacom Corp and Subsidiaries Condensed and Consolidated Balance Sheet (Unaudited) 03/25/99 | 00380 – 00382 (Second Page different than ICN Bates docs) | |
| **D-113** | 03/25/2000 | Borrowing Base/Non-Default Certificate | DE 001835 – 001838 Oshlo 7 Wood 10 | |
| **D-114** | 03/29/2000 | Inacom Payments Under Sixth Amendment | ICN 15843 – 15844 Oshlo 13 | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-115 | 03/31/2000 | Inacom Corp. Simple Balance Sheet as of 03/31/00 | ICN 22655 – 22676, 024494-024502, 024504-024515 Dugan 2 Samuelson 5 | |
| D-116 | | Deleted | | |
| D-117 | 03/31/2000 | Fifth Amendment and Waiver | DE 001601 – 001611 DE 010719 - 010730 Oshlo 19 Wood 24 | |
| D-118 | 03/31/2000 | Inacom Loan History | DE 011211 Wood 13 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-119 | 03/31/2000 | Letter to J. Stuart of DB from R. Oshlo re Meeting regarding Inacom developments | DB 012557 – 012558 Wood 16 | |
| D-120 | | Deleted | | |
| D-121 | | Deleted | | |
| D-122 | 04/04/2000 | Memo to Tom from Dick re HP Agreement | Inacom-003257 Oshlo 14 | |
| D-123 | | Deleted | | |
| D-124 | 04/11/2000 | N. L. Murray e-mail with attachments | INACOM 023470 - 23484 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-125 | | Deleted | | |
| D-126 | | Deleted | | |
| D-127 | 04/14/2000 | Sixth Amendment and Waiver | DE 010820 – 010833 Oshlo 20 Wood 25 | |
| D-128 | 04/17/2000 | E-mail from G. Shefrin to M. Cheever re Usage and availability under $225M Revolver | DE 012332 Wood 12 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| **D-129** | 04/18/2000 | Inacom News Articles | INACOM 037538, 038050-038057 Gagliardi 13 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| **D-130** | 04/18/2000 | Inacom Consolidating Balance Sheet As of March 31, 2000 | 00412 – 00455 | |
| **D-131** | 04/22/2000 | Borrowing Base Certificate | DE 000559 – 000562 Oshlo 8 Wood 11 | |
| **D-132** | 04/22/2000 | Inacom Corp. and Subsidiaries Financial Statements | ICN 00484 - 00487 | |
| **D-133** | | Deleted | | |
| **D-134** | | Deleted | | |
| **D-135** | | Deleted | | |
| **D-136** | 04/27/2000 | Letter to Inacom T. Fitzpatrick from C. Anderson re improper payment on collections into Inacom's account | DE 000541 Gagliardi 4 Wood 18 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| **D-137** | 04/27/2000 | Inacom – Running is everything Bank Presentation | DE 004400 – 004414 Gagliardi 7 | |
| **D-138** | 04/28/2000 | Form Notice of Borrowing | DE 000702 – 000703 Oshlo 21 | |
| **D-139** | | Deleted | | |
| **D-140** | | Deleted | | |
| **D-141** | | Deleted | | |
| **D-142** | 05/01/2000 | Compaq correspondence to Fitzpatrick Re: Revolving Credit Facility Commitment Letter | CPQ/BG 0001073 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| **D-143** | 05/01/2000 | Letter to C. Anderson from R. Wood re allegations made by Compaq | DE 000542 Wood 19 | **Irrelevant. F.R.E. 401, 402** |
| **D-144** | 05/01/2000 | Inacom Compensation Committee | ICN 01527 – 01536 Gagliardi 12 | **Irrelevant. F.R.E. 401, 402** |
| **D-145** | 05/02/2000 | R. Wood e-mail to A. Stewart Subject: Inacom Loan Payments with preliminary report | DE 012687 - 012690 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| **D-146** | | Deleted | | |

| Id. # | Doc. Date | Description | Reference | Objection |
|---|---|---|---|---|
| D-147 | 05/09/2000 | Correspondence from Deutsche Bank to Gagliardi *May be limited offer or used for impeachment/rebuttal* | DE 010498 – 010499 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-148 | 05/10/2000 | Treasury Released Checks by Date | FTI 000752 – 000755 Dugan 9 Horton 6 Oshlo 10 Pearson 1 | |
| D-149 | | Deleted | | |
| D-150 | 05/15/2000 | Wavro/Compaq correspondence to Fitzpatrick Re: Revolving Credit Facility Commitment Letter | CPQ/BG 0001057 Gagliardi 5 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802** |
| D-151 | 05/24/2000 | Waiver and Agreement | DE 001415 - 001431 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| D-152 | 05/26/2000 | Wood correspondence to Anderson regarding continuation of investigation | DE 002845 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802 Irrelevant. F.R.E. 401, 402** |
| D-153 | | Deleted | | |
| D-154 | | Deleted | | |
| D-155 | 06/06/2000 | Notice of funds misdirected to Lockbox | DE 000106 Wood 21 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802 Irrelevant. F.R.E. 401, 402** |
| D-156 | 06/07/2000 | Letter confirming misdirected funds have been properly deposited. | DE 000107 Wood 22 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802 Irrelevant. F.R.E. 401, 402** |
| D-157 | | Deleted | | |
| D-158 | | Deleted | | |
| D-159 | 06/19/2000 | Affidavit of Thomas J. Fitzpatrick in Support of First Day Orders *May be limited offer or used for impeachment/rebuttal* | | |
| D-160 | | Deleted | | |
| D-161 | | Inacom Projected Financial | INACOM | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| | | Statements Proforma Transaction – Balance Sheet, printed 6/23/00, | 040606 – 040608 | |
| D-162 | | Deleted | | |
| D-163 | 08/09/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – June 2000 Reporting Period | 02106 – 02116 Kirkorian 3 | |
| D-164 | 08/17/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – July 2000 Reporting Period | 03006 – 03029 Kirkorian 4 | |
| D-165 | | Deleted | | |
| D-166 | 09/19/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – August 2000 Reporting Period | 03117 – 03126 Kirkorian 5 | |
| D-167 | 10/01/2000 | U.S. Bankruptcy Court; In re: Inacom Corp.; Monthly Operating Report – September 2000 Reporting Period | 03261 – 03270 Kirkorian 6 | |
| D-168 | | Deleted | | |
| D-169 | | Deleted | | |
| D-170 | | Deleted | | |
| D-171 | | Deleted | | |
| D-172 | 08/17/2001 | Response of Inacom Corp. to the Compaq Entities' First Set of Interrogatories to Defendants | | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| D-173 | | Deleted | | |
| D-174 | 02/04/2002 | Response of Inacom Corp. to the Compaq Entities' Second Set of Interrogatories to Defendants | | **Authenticity F.R.E. 901; Hearsay F.R.E. 802; Irrelevant F.R.E. 401, 402** |
| D-175 | 03/02/2002 | Mini-script of T. Fitzpatrick 03/02/02 deposition previously marked as Krikorian 10 with attached Ex. #'s 66, 25, and 30. *May be limited offer or used for impeachment/rebuttal* | Fitzpatrick 10 Krikorian 10 | **Authenticity. F.R.E. 901; Incompleteness of document F.R.E. 1001** |
| D-176 | | Deleted | | |
| D-177 | | Deleted | | |
| D-178 | 08/19/2002 | Settlement Agreement between Dell and Inacom | | **Irrelevant. F.R.E. 401, 402** |
| D-179 | | Deleted | | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-180 | 09/13/2002 | Dell/Inacom Invoice and Payment Chart for 1998, 1999 and 2000 | | **Irrelevant. F.R.E. 401, 402** |
| D-181 | 01/31/2003 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to Joint Plan of Liquidation *May be limited offer or used for impeachment/rebuttal* | Fitzpatrick 21 | |
| D-182 | | Deleted | | |
| D-183 | | Deleted | | |
| D-184 | | Deleted | | |
| D-185 | 03/31/2005 | Horton emails and attachments | 00001 – 00086 00001-00033 Horton 7 Horton 8 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802 Irrelevant. F.R.E. 401, 402** |
| D-186 | | Deleted | | |
| D-187 | 05/26/2005 | Letter     to     C.     Anderson     re investigation | DE 002845 Wood 23 | **Authenticity F.R.E. 901; Hearsay F.R.E. 802 Irrelevant. F.R.E. 401, 402** |
| D-188 | | Deleted | | |
| D-189 | | Deleted | | |
| D-190 | 04/28/2005 | John LaRocca Expert Report | | **Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine.** |
| D-191 | | LaRocca Work Paper | | **Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine.** |
| D-192 | | Lason, Inc. Frequency Analysis     Before the Preference Period Pgs. 1 - 3 | | **Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine.** |

| Id. # | Doc. Date | Description | Reference | Objection |
|---|---|---|---|---|
| D-193 | | Lason, Inc. Frequency Analysis During the Preference Period Pg. 1 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-194 | | Lason, Inc. Payments Made Before the Preference Period Pgs. 1 – 17 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-195 | | Lason, Inc. Payments Made During the Preference Period Pgs. 1 – 5 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-196 | | Lason, Inc. Ordinary Course Preference Analysis Pg. 1 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-197 | | Jacom Computer Services, Inc. Frequency Analysis Before the Preference Period Pgs. 1 - 4 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-198 | | Jacom Computer Services, Inc. Frequency Analysis During the Preference Period Pgs. 1 - 3 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-199 | | Jacom Computer Services, Inc. Payments Made Before the Preference Period Pgs. 1 - 67 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-200 | | Jacom Computer Services, Inc. Payments<br>  Made During the Preference Period<br>  Pgs. 1 - 10 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-201 | | Jacom Computer Services, Inc. Ordinary<br>  Course Preference Analysis – 05/06/04 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-202 | | Jacom Computer Services, Inc. Ordinary<br>  Course Preference Analysis – 10/13/04 | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-203 | 04/28/2005 | Stephen Thomas' Expert Report | | Irrelevant. F.R.E. 401, 402. Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-204 | | MicroAge Pre-Preference Period Analysis | | Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-205 | | MicroAge Preference Period Analysis | | Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-206 | | Inacom Payments Made Before the Preference Period – Pgs. 1 - 548 | | Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |

| Id. # | Doc. Date | Description | Reference | Objection |
|---|---|---|---|---|
| D-207 | | Inacom Payments Made During the Preference Period – Pgs. 1 - 22 | | Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-208 | | Inacom Frequency Analysis Before the Preference Period Pgs. 1 – 6 | | Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-209 | | Inacom Frequency Analysis During the Preference Period Pgs. 1 – 2 | | Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-210 | | Inacom Ordinary Course Preference Analysis Pgs. 1 - 2 | | Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-211 | | Inacom Total "Unordinary" Invoices Paid during Preference Period Via Check | | Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-212 | | Inacom Computation of "Unordinary" Portion of Preference Payments Via Check | | Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Motion in limine. |
| D-213 | | Inacom Potential Paid New Value | | Irrelevant. F.R.E. 401, 402. |
| D-214 | 05/02/2005 | Duff & Phelps, LLC Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis | | |
| D-215 | | Deleted | | |
| D-216 | 06/21/2005 | Inacom Supplemental Report by Sasco Hill Advisors, Inc. | | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| **D-217** | 07/05/2005 | Duff & Phelps LLC Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis | | **Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33.** |
| **D-218** | | "Inacom Corp Aggregate Equity Value as of April 22, 2000 ($ in thousands)" on p. 4 from July 5, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis (With All Bridge Changes). | | **Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33.** |
| **D-219** | | Inacom Corp. Historical Revenues (in millions) & Margins" on p. 9 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| **D-220** | | "Historical Service Business Gross Margins" p. 10 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| **D-221** | | "Inacom Corp. Historical Profitability (in millions)" p. 11 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| **D-222** | | "Information Technology Spending Worldwide (millions of dollars) p. 12 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| **D-223** | | "Inacom Corp. Discounted Cash Flow Analysis ($ in millions)" p. 24 from July 5, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis (With All Bridge Changes) (without handwriting). | | **Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33.** |
| **D-224** | | "Inacom Corp. Comparable Company Analysis April 22, 2000" p. 26 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| **D-225** | | "Inacom Corp. Comparable Company Analysis April 22, 2000" p. 27 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-226 | | "Inacom Corp. Projected Normalized EBITDA ($ in millions)" p. 30 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-227 | | "Method 1:  Revenues based on the Company's 1999 Service Revenues ($ in millions)" p. 31 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-228 | | "Method 2:  Revenues based on the Company's 2000 and 2001 Projections ($ in millions)" p. 32 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-229 | | "Method 3: Based on the Company's results for the 4-week period ending 4/22/00 + Compaq Contracted Sales" p. 33 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-230 | | "Inacom Corp. Comparable Company Analysis as of April 22, 2000 ($ in thousands)" p.  34 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-231 | | "Information Technology M&A Activity ($ in millions)" p. 36 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-232 | | "Inacom Corp. Transaction Analysis as of April 22, 2000 ($ in thousands)" p. 37 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-233 | | "Inacom Corp. Enterprise Value Conclusion as of April 22, 2000 (in thousands)" p. 38 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | **Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33.** |
| D-234 | | "Inacom Corp. Aggregate Equity Value as of April 22, 2000 ($ in thousands)" p. 39 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | |
| D-235 | | "Changes in Working Capital (Accounts Receivable) ($ in millions)" (without handwriting) p. 42 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | **Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33.** |
| D-236 | | "Changes in Working Capital (Account Payable and Debt) ($ in millions)" (without handwriting) p. 44 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | **Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33.** |
| D-237 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Balance Sheet Provided by the Company April 22, 2000 ( In 000s)" p. 46 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | **Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33.** |
| D-238 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Balance Sheet With Adjustments To Debt & Equity April 22, 2000 ( In 000s)" p. 47 from July 5, 2005 Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | **Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33.** |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-239 | | "Inacom Corp. and Subsidiaries Fair Market Value Consolidated Balance Sheet April 22, 2000 ( In 000s)" p. 48 from July 5, 2005  Duff & Phelps LLC/Sasco Hill Advisors, Inc. Inacom Corp. Valuation Analysis (With all Bridge Changes). | | **Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33.** |
| D-240 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Statement of Income – Restated Years Ended December 31, 1996 – 1999 (In 000s)" p. A-1 from from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-241 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Margin Analysis – Restated Years Ended December 31, 1996 – 1999" p. A-2 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-242 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Statement of Income Years Ended December 31, 1996 – 1999 (In 000s)" p. A-3 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-243 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Margin Analysis Years Ended December 31, 1996 – 1999" p. A-4 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-244 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Balance Sheet December 31, 1996 – 1999 (In 000s)" p. A-5 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-245 | | "Inacom Corp. and Subsidiaries Comparative Consolidated Cash Flow Statement Years Ended December 31, 1996 – 1999 (In 000s)" p. A-6 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-246 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-1 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | |
| D-247 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-2 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | |
| D-248 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-3 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | |
| D-249 | | "Inacom Corp. Projected Financial Results Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001 – 2009 (in $ millions)" p. B-4 from Inacom Supplemental Report By Sasco Hill Advisors, Inc. June 21, 2005. | | |
| D-250 | | "Inacom Corp. Comparable Public Company Analysis" pp. C-1 – C-11 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-251 | | "Inacom Corp. – Service Business Overview" p. D-1 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-252 | | "Comparable Company Analysis" pp. D-2 – D-9 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-253 | | "Inacom Corp. Common Sized Income Statement For Comps Fiscal Years Ended December 31, 1999" p. E-1 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-254 | | "Inacom Corp. Common Sized Balance Sheet For Comps Fiscal Years Ended December 31, 1999" p. E-2 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-255 | | "Inacom Corp. Balance Sheet As a Percentage of Sales For Comps Fiscal Years Ended December 31, 1999" p. E-3 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-256 | | "Inacom Corp. Common Sized Income Statement For Comps Fiscal Years Ended December 31, 1998" p. E-4 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-257 | | "Inacom Corp. Common Sized Balance Sheet For Comps Fiscal Years Ended December 31, 1998" p. E-5 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-258 | | "Inacom Corp. Balance Sheet As a Percentage of Sales For Comps Fiscal Years Ended December 31, 1998" p. E-6 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |

| Id. # | Doc. Date | Description | Reference | Objection |
|---|---|---|---|---|
| D-259 | | "Inacom Corp. And Subsidiaries Comparative Consolidated Balance Sheet April 22, 2000 and March 25, 2000 (In 000s)" p. F-1 from May 2, 2005, Duff & Phelps, LLC/Sasco Hill Advisors, Inc. Valuation Analysis. | | |
| D-260 | | Standard & Poor's Industry Surveys, Computers: Commercial Services, December 16, 1999. | | **Authenticity. F.R.E. 901. Hearsay, F.R.E. 802. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Irrelevant. F.R.E. 401, 402** |
| D-261 | | Delete | | |
| D-262 | | Slides sent by Inacom Corp, 1/03/00: Transaction Overview, Inacom Pre-Transaction, Post-Transaction, Compaq Fulfillment Agreement, Compaq Service Agreement, Inacom Highlights, Management Team, Highlights, Inacom Projected Financial Statements Balance Sheet, Inacom Projected Financial Statements Income Statement, Inacom Revenue Projections, Inacom Projected Financial Statements Balance Sheet*, Inacom Projected Financial Statements Cash Flow Statement, Changes to Bank Facility, Bates number 016391 – 16405 | | |
| D-263 | | Prudential Information Technology Services: Monthly Update dtd 1/1/99 | HL01584 – HL01629 | **Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402. Hearsay F.R.E. 802** |
| D-264 | | DLJ Technology Services Research dtd 2/26/99 | HL01732 – HL01781 | **Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802** |
| D-265 | | Prudential Information Technology Services: Monthly Update dtd 3/1/99 | HL01630 – HL01649 | **Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802** |

| Id. # | Doc. Date | Description | Reference | Objection |
|---|---|---|---|---|
| D-266 | | Prudential Information Technology Services: Weekly Update dtd 3/15/99 | HL01684 – HL01687 | Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802 |
| D-267 | | Hambrecht & Quist Technology Research Report: Inacom dtd 6/30/99 | HL01782 – HL01794 | Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802 |
| D-268 | | CSFB Desk Notes: Inacom dtd 8/31/99 | HL01795 – HL01804 | Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802 |
| D-269 | | Hambrecht & Quist ICO: Y2K-Related Slowing to Moderate Sales and Earnings in Next Two Quarters dtd 10/28/99 | HL01142 – HL01144 | Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802 |
| D-270 | | Hambrecht & Quist ICO: New Management, New Strategy and Restructuring dtd 12/15/99 | HL01133 – HL01139 | Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802 |
| D-271 | | PainWebber PC Outlook: January 2000 dtd 1/10/2000 | HL01258 – HL01440 | Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802 |
| D-272 | | Prudential PC Hardware/Enterprise/PC Channel/Data Storage dtd 2/8/2000 | HL01178 – HL01255 | Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802 |
| D-273 | | Dataquest Corporate Strategy and Objectives dtd 8/2/99 | HL01829 – HL01849 | Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802 |
| D-274 | | Advest, Inc. ICO: Becoming a Service Company dtd 1/6/2000 | HL01170 – HL 01172 | Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402 Hearsay F.R.E. 802 |
| D-275 | | Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000 for companies with SIC 7371 and SIC 8383 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Irrelevant. F.R.E. 401, 402. Hearsay F.R.E. 802 |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-276 | | Risk Management Association Annual Statement Studies: 2000-2001 and 1999-2000 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Irrelevant. F.R.E. 401, 402. Hearsay F.R.E. 802 |
| D-277 | | John T. Frasca Resume | Frasca 8 | |
| D-278 | | Stephen Thomas Curriculum Vitae | Thomas Report | Irrelevant. F.R.E. 401, 402; Failure to disclose witness. F.R.E. 403, F.R.C.P. 26, 33. Motion in Limine. |
| D-279 | | Richard Whalen, Curriculum Vitae | | |
| D-280 | | Jason Fensterstock, Curriculum Vitae | | |
| D-281 | | Fact Set Mergerstat – Deal Synopsis and Business Descriptions Deal ID" 47646MM.  Deal Data: Mergerstat 08/12/2005 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |
| D-282 | | Compilation of Statistics for SIC Code 737, Statistics for SIC Code 7371, 7372, 7373, 7374 Ibbotson Associates.   Cost of Capital Yearbook Quarterly Supplement December 2000 and 2004 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |
| D-283 | | InaCom Corp COMPARABLE PUBLIC COMPANY ANALYSIS Selections Based on Business Descriptions April 22, 2000 Pgs. 1- 3 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |
| D-284 | | Comparable Company Analysis Business Descriptions Pgs. 1 – 2 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |

| Id. # | Doc. Date | Description | Reference | Objection |
|-------|-----------|-------------|-----------|-----------|
| D-285 | | Inacom Corp. Comparable Company Analysis Pgs. 1 – 12 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |
| D-286 | | Inacom - Report's Comparable Transactions and Inacom Report's Comparable Companies. Pgs. 1 – 2 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |
| D-287 | | Individual Companies Income Statement – Annual Pgs. 1-36 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |
| D-288 | | Business Description InaComp Corp. Source: Compustat 04/07/2005 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |
| D-289 | | Industry Premiums – *Industry Analysis* (W-1) | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |
| D-290 | | Industry Premiums – *Industry Analysis* www.mergerstat.com (79) | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |
| D-291 | | FactSet Mergerstat – Premium Report Deal Data Mergerstat. 04/13/2005 | | Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802 |

| Id. # | Doc. Date | Description | Reference | Objection |
|---|---|---|---|---|
| D-292 | | Industry Spotlights – *Industry Analysis* www.mergerstat.com (65) | | **Authenticity. F.R.E. 901. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. Hearsay F.R.E. 802** |
| D-293 | | InaCom Corp. Consolidated Balance Sheet Apr -00 | | |
| D-294 | | InaCom Corp. Consolidated Balance Sheet Mar -00 | | |
| D-295 | | InaCom Corp. Consolidated Balance Sheet Feb -00 | | |
| D-296 | | InaCom Corp. Consolidated Balance Sheet Jan -00 | | |
| D-297 | | InaCom Corp. Consolidated Balance Sheet Dec -99 | | |
| D-298 | | Inacom Corporation Comparative Summary Balance Sheet, Common Size Balance Sheet (% of Total Assets) and Comparative Summary Income Statement, | HL 00080 – 00082 | |
| D-299 | | CSFB Inacom: Strong Buy dtd 10/28/99 | HL01146 – HL01152 | **Authenticity. F.R.E. 901. Irrelevant. F.R.E. 401, 402. Hearsay F.R.E. 802** |
| D-300 | | 8K Mar 00 Compaq Computer Corporation, Exhibit 1 Forecasts of Estimate Revenue by Services Categories | 00160 - 00161 | **Irrelevant. F.R.E. 401, 402. Hearsay F.R.E. 802** |
| D-301 | | NCL Accounts Receiveable Trial Balance Report (All Invoices) | IE 0023-39 | **Authenticity, F.R.E. 901. Hearsay F.R.E. 802. Irrelevant. F.R.E. 401, 402** |
| D-302 | | NCL Accounts Receivable Aged Invoice Report (All Open Invoices – Aged As of: 12/31/99) | IE 0040-42 | **Authenticity, F.R.E. 901. Hearsay F.R.E. 802.Irrelevant. F.R.E. 401, 402** |
| D-303 | 4/3/2000 | NCL-Broker Aged AR – Detail by Days Past Due | IE 0043-47 | **Authenticity, F.R.E. 901. Hearsay F.R.E. 802.Irrelevant. F.R.E. 401, 402** |
| D-304 | | Collection of checks, invoices and deposit reports for payments by Inacom to NCL | IE 0048-511 | **Authenticity, F.R.E. 901. Hearsay F.R.E. 802. Irrelevant F.R.E. 401, 402** |

| Id. # | Doc. Date | Description | Reference | Objection |
|---|---|---|---|---|
| D-305 | | NCL Inacom Invoice Payment Detail | IE 0512-518 | Authenticity, F.R.E. 901. Hearsay F.R.E. 802. Irrelevant. F.R.E. 401, 402 |
| D-306 | | Collection of NCL Accounts Receivable and Accounts Payable Aging Reports (February 1999 through April 2000) | IE 0519-550 | Authenticity, F.R.E. 901. Hearsay F.R.E. 802. Irrelevant. F.R.E. 401, 402 |
| D-307 | 12/17/1999 | NCL Board Meeting Presentation | IE 0551- 0564 | Authenticity, F.R.E. 901. Hearsay F.R.E. 802. Irrelevant. F.R.E. 401, 402 |
| D-308 | | Nashville Data Check Processing Span (Days) | | Authenticity, F.R.E. 901. Hearsay F.R.E. 802. Irrelevant. F.R.E. 401, 402. Failure to disclose document. F.R.E. 403, F.R.C.P. 26, 33. |
| D-309 | | Tables and Charts prepared by Steve Gadsey summarizing payment history of Inacom to NCL before and during preference period | | Authenticity, F.R.E. 901. Hearsay F.R.E. 802. Irrelevant. F.R.E. 401, 402 |
| D-310 | 02/17/2000 | Francis letter to Tech Data Corp. re: Compaq subsidiary Custom Edge, Inc. | Francis __ Frasca __ Wells __ | Irrelevant. F.R.E. 401, 402. Hearsay F.R.E. 802. Motion in limine |
| D-311 | 02/03/2000 | John Frasca email to Tech Data Corp. re: Inacom's January 2000 SEC Form 8-K and attachments | Francis __ Frasca __ Wells __ Kerkman __ | Irrelevant. Hearsay F.R.E. 802. F.R.E. 401, 402. motion in limine |
| D-312 | | Tech Data internal ANM account notes and emails | | Irrelevant. F.R.E. 401, 402. motion in limine. |
| D-313 | 02/15/00 | Letter from William Schuette to Dick Oshlo | | Authenticity, F.R.E. 901. Hearsay F.R.E. 802. Authenticity, F.R.E. 901. Hearsay F.R.E. 802. Irrelevant. F.R.E. 401, 402 |
| D-314 | 02/16/00 | Letter from William Francis to Misty Atchinson | | Irrelevant. F.R.E. 401, 402. Hearsay F.R.E. 802 |