# TAB 5

**TAB 5**

**PLAINTIFF'S LIST OF PERCIPIENT WITNESSES**

| | |
|---|---|
| Elaine Agee (WILL CALL) | |
| Michael Newsom (WILL CALL) | |
| Tom Fitzpatrick (WILL CALL) | |
| Richard Oshlo (MAY CALL) | |
| Laz Krikorian (WILL CALL) | |
| Jay Samuelson (MAY CALL) | |
| John Frasca (MAY CALL) | |
| Leon Kerkman (MAY CALL) | |
| Scott Similink (MAY CALL) | |
| Gerald Gagliardi (MAY CALL) | |
| John Dugan (MAY CALL) | |
| William Francis (MAY CALL) | |
| Robert Wood (MAY CALL) | |
| Nancy Pearson (MAY CALL) | |
| Susan Willets (MAY CALL) | |
| Ben Wells (MAY CALL) | |
| Steve Gadsey (MAY CALL) | |
| Dave Lemon (MAY CALL) | |

42125-003\DOCS_LA:143296.3

| ▮ | ▮ |
|---|---|
| Neil Gilmour (MAY CALL) | |
| Michael Zava (MAY CALL) | |
| Michael Ward (MAY CALL) | |