# TAB 7

## TAB 7
## PLAINTIFF'S EXPERT WITNESSES

| | |
|---|---|
| Dean Vomero | Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, Irrelevant, cumulative evidence, FRE 402, 403 |
| Frank X. Devine | Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, Irrelevant, cumulative evidence, FRE 402, 403 |
| Stuart A. Gollin | Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, Irrelevant, cumulative evidence, FRE 402, 403, Not identified as expert witness against Tech Data, Fed.R.Civ.P. 26. |
| Any expert designated by Defendant | |