# TAB 8

## TAB 8

## <u>DEFENDANT'S EXPERT WITNESSES</u>

Mr. Jason Fensterstock (will call

Mr. Richard Whalen (will call

**Objection – the witness, identified on the issue of insolvency, has no opinions to offer that are different or additional to those of Jason Fensterstock, designated as an expert on the same issue (F.R.E. 403).  See Motion in Limine.**

InaCom's expert witnesses (to the extent such witnesses are permitted to offer testimony in this matter, may call)

Hewlett-Packard Company's expert witnesses (to the extent such witnesses are permitted to offer testimony in this matter may call)