# TAB 9

**TAB 9**

**INACOM'S DEPOSITION DESIGNATIONS**

Plaintiff makes the following deposition transcript designations. Plaintiff reserves the right to make additional designations for witnesses identified by Defendant as "Will Call" who do not appear for live testimony at trial. Plaintiff reserves the right to make counter-designations toDefendant's designations, and also reserves the right to use any transcript for rebuttal, impeachment or other purposes permitted by the Federal Rules of Civil Procedure.

**INACOM: DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **William Francis**

| Page No. | Line No. |
|---|---|
| 15-16 | 6-9 |
| 16-18 | 25-6 |
| 19 | 6-13 |
| 25 | 8-21 |
| 29-31 | 23-4 |
| 59-60 | 18-5 |
| 63 | 7-17 |
| 69 | 5-17 |
| 70-71 | 21-3 |

INACOM V: DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:** **Gerald Gagliardi**
**Deposition Taken:** **April 6, 2005**

| Page No. | Line No. | Page No. | Line No. |
|---|---|---|---|
| 1 | All | 106-107 | 15-14 |
| 9-11 | 7-11 | 109-112 | 22-4 |
| 12-13 | 13-2 | 112 | 5-14 |
| 13 | 8-16 | 119-123 | 11-21 |
| 14-15 | 21-1 | 143-146 | 4-2 |
| 16-17 | 8-8 | 146-147 | 3-11 |
| 18-19 | 24-21 | 147-148 | 12-18 |
| 23-24 | 1-18 | 149-153 | 24-17 |
| 37-38 | 5-20 | 155-159 | 3-2 |
| 47-48 | 17-20 | 159-161 | 3-8 |
| 61 | 16-24 | 162-167 | 15-7 |
| 64-65 | 18-4 | 167 | 8-24 |
| 67-68 | 17-23 | 168-172 | 7-12 |
| 69 | 4-22 | 172-174 | 13-24 |
| 71-72 | 19-16 | 175 | 1-6 |
| 79 | 2-23 | 175-176 | 7-18 |
| 81 | 14-24 | 177-179 | 3-9 |
| 84-86 | 21-10 | 179-184 | 10-22 |
| 91-100 | 19-15 | 185-186 | 6-3 |
| 100-102 | 21-9 | 188-189 | 4-1 |
| 102-104 | 15-2 | 203-204 | 3-18 |
| 104-105 | 20-23 | 207-209 | 20-4 |

**INACOM V: DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Michael Ward**

| Page No. | Line No. | Page No. | Line No. |
|---|---|---|---|
| 1-4 | 9-14 | 73 | 3-19 |
| 7-8 | 16-10 | 81 | 12-19 |
| 9-11 | 23-2 | 82-83 | 17-18 |
| 14 | 6-25 | 87-88 | 25-10 |
| 15 | 1-25 | 89-93 | 23-18 |
| 17-18 | 23-9 | 93-95 | 19-5 |
| 18-28 | 10-15 | 95 | 6-21 |
| 30 | 3-19 | 96-97 | 2-3 |
| 32 | 19-25 | 97-98 | 21-24 |
| 33 | 9-18 | 100 | 16-25 |
| 33-34 | 19-17 | 102-103 | 2-15 |
| 35-42 | 21-10 | 105-108 | 11-18 |
| 43-44 | 19-16 | 110-111 | 2-16 |
| 45 | 16-24 | 111-112 | 17-9 |
| 48-49 | 21-16 | 113-116 | 20-24 |
| 50-51 | 21-16 | 117-118 | 21-10 |
| 52-53 | 23-7 | 118-120 | 24-2 |
| 53 | 8-24 | 122 | 17-20 |

**INACOM V. DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Jay Samuelson**
**Deposition Taken:** **March 25, 2005**

| Page No. | Line No. | Page No. | Line No. |
|---|---|---|---|
| 7 | 8-10 | 63-64 | 16-9 |
| 8-17 | 21-22 | 67-68 | 12-11 |
| 17-19 | 23-13 | 71 | 10-21 |
| 20-21 | 2-1 | 74-75 | 21-23 |
| 21 | 2-14 | 84 | 4-9 |
| 22-28 | 3-21 | 97-98 | 11-24 |
| 29-30 | 17-21 | 106-107 | 21-23 |
| 31 | 12-24 | 109-112 | 12-6 |
| 32-34 | 9-24 | 113-115 | 20-3 |
| 35-38 | 9-20 | 115-116 | 13-2 |
| 38-42 | 21-15 | 117-119 | 5-12 |
| 43-44 | 1-22 | 119-121 | 21-9 |
| 54 | 9-13 | 121-122 | 20-6 |
| 58 | 8-18 | 122-123 | 10-24 |
| 58-59 | 19-14 | 123-124 | 25-15 |
| 60-61 | 24-10 | 125-128 | 18-3 |
| 61-62 | 23-14 | | |

**INACOM: DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Robert Wood**

| Page No. | Line No. |
|---|---|
| 148 | 9-25 |
| 150 | 18 |
| 153 | 13 |

**INACOM: DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Michael Zava**

| Page No. | Line No. |
|---|---|
| 1-4 | 8-13 |
| 6-7 | 22-8 |
| 9-10 | 25-11 |
| 30 | 8-17 |
| 36-38 | 20-13 |
| 41-42 | 12-14 |
| 42-43 | 15-12 |
| 45-47 | 1-25- |
| 50-51 | 5-5 |
| 64 | 11-21 |
| 77-78 | 24-8 |
| 78-79 | 16-6 |
| 91-92 | 21-13 |
| 105-108 | 1-4 |
| 109 | 9-17 |
| 117-118 | 2-7 |
| 129-130 | 20--1 |
| 130 | 12-23 |
| 145 | 17-21 |
| 146 | 7-10 |
| 149 | 1-14 |
| 157-159 | 3-14 |
| 171 | 1-7 |
| 173-174; | 20-2 |
| 177 | 8-16 |

**INACOM: DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Nancy R. Pearson:**
**Deposition Taken:** **March 25, 2005**

| Page No. | Line No. | Page No. | Line No. |
|---|---|---|---|
| 1-8 | (case caption)-22 | 38-39 | 1-9 |
| 10-12 | 19-15 | 40-41 | 21-8 |
| 14 | 4-9 | 43 | 3-17 |
| 17 | 6-8 | 47-48 | 20-6 |
| 19-22 | 12-11 | | |
| 25-26 | 14-8 | | |
| 27-28 | 23-19 | | |
| 30-35 | 15-4 | | |
| 36 | 11-22 | | |

**INACOM: DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Karen Wallingford:**
**Deposition Taken:** **March 22, 2005**

| Page No. | Line No. | Page No. | Line No. |
|---|---|---|---|
| 1-8 | Case caption - 6 | 32-33 | 6-7 |
| 11-13 | 12-11 | 33-37 | 22-2 |
| 15 | 7-16 | 38 | 22-25 |
| 20-23 | 20-15 | 39 | 7-18 |
| 24-25 | 23-11 | 40 | 10-18 |
| 26 | 9-23 | 42-43 | 10-4 |
| 27-28 | 21-2 | | |
| 28 | 19-25 | | |
| 31-32 | 3-3 | | |

**INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **John Alan Dugan**
**Deposition Taken:** **March 23, 2005**

| Page No. | Line No. | Page No. | Line No. |
|---|---|---|---|
| 1-6 | Case Caption to 4 | | |
| 17-22 | 21-25 | 115 | 4-16 |
| 27 | 4-16 | 116-119 | 12-25 |
| 33-34 | 25-16 | 120-122 | 15-9 |
| 48-49 | 11-6 | 122-123 | 20-3 |
| 50-51 | 1-11 | 123-124 | 9-10 |
| 56 | 10-18 | 129-130 | 6-6 |
| 89 | 10-20 | 140-141 | 22-1 |
| 98 | 22-25 | 133-134 | 13-9 |
| 99 | 1-14 | 134-136 | 10-14 |
| 99-100 | 17-7 | 140-141 | 22-13 |
| 103 | 14-17 | 141-142 | 15-5 |
| 103-104 | 20-1 | 142 | 7-10 |

**INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Noni Vitols**
**Deposition Taken:** **March 23, 2005**

| Page No. | Line No. |
|---|---|
| 1-6 | Caption to 15 |
| 7-10 | 10-25 |
| 14-16 | 23-2 |

**INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Leon Kerkman**
**Deposition Taken:** **March 25, 2005**

| Page No. | Line No. |
|---|---|
| 1-6 | Caption to 11 |
| 13 | 15-21 |
| 19 | 5-15 |
| 30-31 | 25-11 |
| 31-33 | 25-18 |
| 41-42 | 21-7 |
| 44 | 16-18 |

**INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Richard Oshlo**
**Deposition Taken:** **March 20, 2005**

| Page No. | Line No. |
|---|---|
| 1-6 | Case Caption to 20 |
| 14-35 | 15-2 |
| 41-42 | 17-16 |
| 44-46 | 21-19 |
| 57-58 | 2-1 |
| 61-62 | 17-11 |
| 63-64 | 16-3 |
| 65-68 | 11-2 |
| 72 | 12-23 |
| 74-80 | 2-21 |
| 83 | 2-9 |
| 84-86 | 21-12 |
| 88 | 2-15 |
| 88-91 | 23-8 |
| 95-96 | 16-6 |
| 98-100 | 13-2 |
| 107-108 | 8-17 |
| 110-111 | 22-25 |
| 112 | 6-23 |
| 115-116 | 14-11 |
| 120-121 | 13-22 |

| Page No. | Line No. |
|---|---|
| 121-124 | 23-8 |
| 126 | 22-25 |
| 130 | 2-20 |
| 133-135 | 20-5 |
| 136-137 | 15-12 |
| 139-140 | 17-4 |
| 141-142 | 20-1 |
| 143-145 | 3-6 |
| 149 | 18-25 |
| 153-154 | 23-2 |
| 156-157 | 4-19 |
| 157-160 | 24-3 |
| 162 | 1-13 |
| 163-164 | 19-19 |
| 165-167 | 1-14 |
| 173-210 | 16-3 |
| 213-217 | 7-25 |
| 218-226 | 14-11 |
| 226-231 | 12-11 |
| 231-236 | 23-18 |
| 248 | 14-24 |

**INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Susan Willetts**

| Page No. | Line No. |
|---|---|
| 39 | 2-8 |
| 42 | 5-7 |
| 50-51 | 22-3 |
| 52 | 5-8 |
| 65 | 7-14 |
| 69-71 | 22-24 |
| 79-85 | 18-18 |

**INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **Scott Simmilink**

| Page No. | Line No. |
|---|---|
| 1 | Caption |
| 6 | 8-10 |
| 37-38 | 18-23 |
| 39-40 | 18-1 |
| 41 | 6-12 |
| 45 | 9-25 |
| 49 | 4-6 |

1. Counter Designations to any designation made by Defendant.
2. Inacom reserves the right to designate deposition testimony for any witness identified by Defendant herein that Defendant does not call for live testimony at trial.
3. Inacom reserves the right to offer deposition testimony to rebut the testimony offered at trial by any witness called by Defendant.