# TAB 10

## TAB 10

## **DEFENDANT'S DEPOSITION DESIGNATIONS**

Defendant and Third Party Plaintiff Tech Data Corporation respectfully submits the following deposition record excerpts in further support of its Answer and Affirmative Defenses to the First Amended Complaint of Plaintiff Inacom Corp., etc. and its Third Party Complaint against Hewlett-Packard Company, et al. In addition to the page/line designations set forth, Tech Data Corporation also respectfully states the following:

(i) Tech Data reserves the right to make any counter designations to any designations made by Inacom or by the Hewlett-Packard Company, pursuant to Federal Rule of Civil Procedure 32(a)(4);

(ii) Tech Data reserves the right to designate depositions or portions thereof of any witness identified by Inacom or Hewlett-Packard Company in its respective Pre-Trial Order as a "will call" witness that Inacom does not actually call for live testimony at trial;

(iii) Tech Data reserves the right to offer deposition testimony to rebut the testimony offered at trial by any witness(es) called by Inacom or Hewlett-Packard Company or for impeachment purposes; and

(iv) Tech Data reserves the right to further supplement or seek leave of Court to further supplement this designation prior to the entry of the Pre-Trial Order by the Court.

## JOHN ALAN DUGAN:

| Page:Line | Page:Line |
|---|---|
| 6:7 – 6:10 | 17:21 – 21:10 |
| 22:19 – 22:25 | 25:22 – 26:10 |
| 28:14 – 29:24 | 35:16 – 36:11 |
| 36:23 – 36:24 | 37:3 – 37:6 |
| 38:5 – 38:13 | 39:2 – 40:2 |
| 46:20 – 48:7 | 48:11 – 48:18 |
| 48:24 – 49:6 | 57:7 – 58:1 |
| 72:3 – 72:17 | 73:4 – 74:21 |
| 75:4 – 75:13; 75:16 | 76:18 – 76:19; 76:22 |
| 76:24 – 78:16 | 79:5 – 79:8 |
| 79:10 – 79:11 | 79:13 – 79:16 |
| 80:15 – 80:22 | 81:6 – 81:8 |
| 83:2 – 84:14 | 87:11 – 87:16 |
| 87:18 – 87:20; 88:5 | 91:22 – 91:25 |
| 92:2 – 93:9 | 95:9 – 96:24 |
| 105:17 – 107:16 | 115:12 – 115:16 |
| 118:15 – 118:19 | 118:24 – 119:20 |

## JOHN T. FRASCA:

| Page:Line | Page:Line |
|---|---|
| 8:9 – 8:11 | 8:19 – 9:17 |
| 11:15 – 12:21 | 14:12 – 14:14 |
| 15:2 – 15:12 | 16:1 – 16:21 |
| 26:25 – 27:4 | 29:18 – 30:2 |
| 31:21 – 32:1 | 32:25 – 33:11 |
| 33:17 – 33:21 | 35:9 – 35:11 |
| 39:5 – 40:4 | 41:15 – 42:3 |
| 42:10 – 42:21 | 43:22 – 44:5 |
| 46:9 – 46:14 | 47:2 – 48:12 |
| 48:15 – 48:16 | 49:19 – 50:1 |
| 50:5 – 50:22 | 53:2 – 53:14 |
| 55:23 – 56:2 | 57:3 – 57:7 |
| 57:9 – 58:16 | 59:5 – 59:20 |
| 59:23 – 60:13 | 66:20 – 68:17 |
| 69:5 – 70:22 | 71:9 – 71-10 |
| 71:12 – 72:4 | 72:23 – 73:8 |
|  | 72:23 – 73:8 |

**LEON KERKMAN:**

| **Page:Line** | **Page:Line** |
|---|---|
| 6:8 – 6:9 | 11:7 – 11:18 |
| 12:6 – 13:21 | 14:16 – 16:8 |
| 30:25 – 31:16 | 48:24 – 49:9 |
| 56:5-56:19 | 57:11 – 58:8 |
| 60:24 – 61:3 | 63:25 – 64:4 |
| 64:5 – 64:13 | |

## NANCY PEARSON:

| Page:Line | Page:Line |
|---|---|
| 6:8 – 6:10 | 7:12 – 8:10 |
| 10:10 – 11:1 | 11:5 – 11:15 |
| 12:8 – 12:22 | 13:1 – 13:24 |
| 16:16 – 17:20 | 18:2 – 19:1 |
| 19:7 – 19:11 | 19:17 – 19:24 |
| 20:3 – 21:1 | 21:9 – 21:18 |
| 24:15 – 24:20 | 25:1 – 25:3 |
| 25:14 – 25:17 | 25:20 – 25:22 |
| 26:20 – 27:17 | 27:23 – 28:19 |
| 30:3 – 30:11 | 32:17 – 32:21 |
| 34:10 – 34:25 | 40:12 – 40:20 |
| 47:1 – 47:16 | 49:15 – 52:7 |
| 54:19 — 55:3 | |

**JAY SAMUELSON:**

| Page:Line | Page:Line |
|---|---|
| 7:8 – 7:10 | 15:5 – 15:12 |
| 15:24 – 16:10 | 17:23 – 18:24 |
| 19:7 – 19:13 | 20:1 – 20:6 |
| 20:14 – 20:21 | 22:3 – 24:21; 25:3 |
| 25:5 – 25:6 | 25:11 – 25:15 |
| 26:11 – 27:4 | 29:8 – 29:11; 29:15 |
| 29:17 – 29:21 | 30:4 – 30:21 |
| 32:9 – 33:11 | 33:14 – 34:5 |
| 34:12 – 34:24 | 35:9 – 36.3 |
| 36:7 – 36:17 | 36:20 – 38:23 |
| 39:1 – 40:4 | 41:12 – 42:11 |
| 43:1 – 45:3 | 44:9 – 45:3 |
| 45:15 – 45:23 | 45:25 – 46:7 |
| 54:9 – 54:13 | 58:19 – 58:25 |
| 59:3 – 59:19 | 59:21 – 59:24 |
| 60:24 – 61:5 | 61:23 – 62:14 |
| 63:16 – 64:5 | 65:22 – 67:7 |
| 74:12 – 74:16 | 77:13 – 78:1; 78:5 |
| 78:7 – 78:9 | 78:12 – 78:13 |
| 78:18 – 78:22 | 79:9 – 79:18 |
| 79:23 – 80:18 | 80:21 – 81:8 |
| 81:11 – 83:11 | 83:18 – 83:21 |
| 84:1 – 84:2 | 96:12 – 96:14 |
| 96:22 – 97:3 | 98:5 – 98:24 |
| 99:4 – 100:3 | 100:18 – 103:5 |
| 104:20 – 105:2 | 113:2 – 113:15 |

**KAREN WALLINGFORD:**

| Page:Line | Page:Line |
|---|---|
| 6:17 – 6:19 | 14:2 – 15:18 |
| 16:3 – 16:9 | 21:1 – 21:5 |
| 21:15 – 21:16 | 21:18 – 21:20; 21:24 |
| 24:23 – 25:4 | 25:7 – 25:11 |
| 25:21 – 26:6 | 48:14 – 48:23 |

## BEN K. WELLS:

| **Page:Line** | **Page:Line** |
|---|---|
| 8:3 – 8:6 | 11:3 – 11:7 |
| 11:11 – 11:13 | 11:18 – 13:6 |
| 14:2 – 14:15 | 49:18 – 49:25 |
| 50:6 – 51:5 | 51:11 – 52:8 |
| 52:12 – 52:17 | 53:1 – 53:25 |
| 54:1 – 54:2 | 54:21 – 55:20 |
| 59:11 – 59:12 | 59:15 – 60:8 |
| 61:6 – 61:8 | 61:14 – 61:22 |
| 63:4 – 63:13 | 66:13 – 67:1 |
| 66:15 – 67:1 | 67:8 – 69:10 |
| 67:14 – 67:16 | 67:18 – 69:10 |
| 72:20 – 73:9 | 73:10 – 73:25 |
| 74:8 – 74:12 | 74:15 – 74:25 |
| 75:9 – 75:15 | 76:1 – 76:9 |
| 76:15 – 77:3 | |

## SUSAN WILLETTS:

| **Page:Line** | **Page:Line** |
|---|---|
| 8:21 – 8:24 | 13:19 – 14:18 |
| 16:22 – 22:1 | 22:10 – 25:1 |
| 26:1 – 26:20 | 27:3 – 27:11 |
| 27:18 – 28:2 | 29:18 – 31:14 |
| 31:18 – 32:5 | 32:13 – 33:12 |
| 34:7 – 34:11 | 36:7 – 38:8 |
| 38:20 – 39:5 | 40:2 – 40:7 |
| 40:9 – 40:11; 40:15 | 40:17 – 41:4 |
| 41:8 – 42:4 | 42:8 – 43:23 |
| 44:6 – 45:4 | 46:12 – 46:19 |
| 47:3 – 48:1 | 48:10 – 49:4 |
| 49:13 – 50:21 | 51:12 – 52:2 |
| 52:13 – 52:24 | 53:1 – 53:8 |
| 53:15 – 53:24 | 54:14 – 55:3 |
| 55:20 – 56:13 | 57:18 – 60:8; 60:11 |
| 60:13 – 63:3 | 63:17 – 64:3 |
| 65:16 – 66:1 | 66:17 – 67:10 |
| 68:2 – 68:5 | 68:17 – 69:5 |
| 74:15 – 77:5 | |

**ROBERT M. WOODS:**

| **Page:Line** | **Page:Line** |
|---|---|
| 7:2 – 7:5 | 11:12 – 11:25 |
| 12:2 - 12:9 | 12:20 – 12:25 |
| 13:2 - 13:12 | 13:24 – 13:25 |
| 14:3 – 14:17 | 14:23 – 14:25 |
| 15:2 - 15:14 | 15:16 – 15:25 |
| 16:2 – 16:4 | 16:7 – 16:25 |
| 17:2 – 17:5 | 20:16 – 20:24; 21:2 |
| 21:19 – 21:25 | 22:2 – 22:6 |
| 22:9 – 22:10 | 23:2 – 23:4 |
| 23:7 – 23:14 | 24:24 – 24:25 |
| 25:2 – 25:12 | 25:21 – 25:25 |
| 26:2 – 26:6 | 29:7 – 29:10 |
| 29:14 – 29:25 | 30:2 – 30:4 |
| 32:2 – 32:25 | 33:5 – 33:15 |
| 33:18 – 33:24 | 34:2 – 34:17 |
| 35:7 – 35:19 | 45:20 – 45:25 |
| 46:2 – 46:12 | 46:23 – 46:24 |
| 47:2 – 47:13 | 47:22 – 47:25 |
| 48:2 – 48:6 | 48:10 – 48:13 |
| 48:17 – 48:23 | 50:8 – 50:10 |
| 50:17 – 50:25 | 51:3 – 51:12 |
| 54:12 – 54:25 | 55:2 – 55:3 |
| 58:7 – 58:18 | 59:5 – 59:6 |
| 59:8 – 59:9 | 59:15 – 59:22 |
| 60:2 – 60:25 | 61:2 – 61:4 |
| 61:18 – 61:20 | 61:23 – 61:25 |
| 62:2 – 62:3 | 62:11 – 62:25; 63:2 |
| 63:18 – 63:25 | 64:2 – 64:25 |
| 65:2 – 65:4 | 65:15 – 65:22 |
| 72:23 – 72:25 | 73:2 – 73:4 |
| 73:6 – 73:10 | 73:21 – 73:24 |
| 74:2 – 74:10 | 75:17 – 75:20 |
| 76:23 – 76:25 | 77:2 – 77:24 |
| 78:2 – 78:17 | 78:25 – 79:14 |
| 80:21 – 80:23; 80:25 | 81:2 – 81:3 |
| 81:6 – 81:11 | 81:24 – 81:25 |
| 82:2 – 82:15 | 82:19 – 82:22 |
| 82:24 – 82:25 | 83:2 – 83:6 |
| 83:11 – 83:25 | 84:2 – 84:6 |
| 84:11 – 84:22 | 84:24 – 84:25 |
| 85:2 – 85:3 | 85:5 – 85:25 |
| 86:2 - 86:7 | 86:9 – 86:14 |
| 86:16 – 86:23; 86:25 | 87:2 – 87:11 |

| | |
|---|---|
| 87:13 –88:6 | 89:19 – 89:25 |
| 90:2 – 90:10 | 90:14 – 90:25 |
| 91:2 – 91:23 | 96:8 – 96:25 |
| 97:2 – 97:8 | 97:10: 97:15 |
| 97:17 – 97:18 | 98:18 – 98:23; 98:25 |
| 107:22 – 107:25 | 108:2 – 108:8 |
| 108:21 – 108:25; 109:3 | 109:18 – 109:20 |
| 109:24 – 109:25 | 110:2 – 110:9 |
| 110:12 – 110:25 | 111:2 – 111:5 |
| 111:21 – 111:25 | 112:2 – 112:14 |
| 112:16 – 112:21 | 112:23 – 112:25 |
| 113:2 – 113:4; 113:6 | 129:4 – 129:20 |
| 129:22 – 129:25 | 130:2 – 130:6 |
| 130:8 – 130:23; 130:25 | 131:2 – 131:9; 131:11 |
| 137:14 – 137:20 | 137:22 – 137:25 |
| 138:2 – 138:5 | 138:20 – 138:25 |
| 139:2 – 139:7 | 139:9 – 139:21 |
| 139:23 – 139:25 | 140:2 – 140:14 |
| 140:16 – 140:21; 140:24 | 141:17 – 141:25 |
| 142:2 – 142:3 | 142:5 – 142:25 |
| 143:2 – 143:4 | 143:6 – 143:11 |

**SCOTT SIMMILINK:**

| **Page:Line** | **Page:Line** |
|---|---|
| 6:8—6:10 | 18:13—18:20 |
| 19:2—19:4 | 20:22—21:8 |
| 23:11—23:16 | 35:11—35:20 |
| 35:23—35:24 | |

**NONDAS (NONI) L. VITOLS:**

| **Page:Line** | **Page:Line** |
|---|---|
| 6:13 – 6:15 | 7:24 – 8:7 |
| 9:1 – 9:11 | 9:15 – 10:25 |
| 12:21 – 13:7 | 13:24 – 14:3 |

**LAZARUS KRIKORIAN:**

**Page:Line**

80:5 – 80:16

**WILLIAM FRANCIS:**

| Page:Line | Page:Line |
|---|---|
| 17:9 – 17:25 | 18:1 – 18:25 |
| 19:1 – 19:16 | 21:2 – 21:15 |
| 24:15 – 24:18 | 39:21 – 39:25 |
| 40:1 – 40:13 | 40:17 – 40:25 |
| 41:1 – 41:23 | |

**GERALD A. GAGLIARDI:**

| **Page:Line** | **Page:Line** |
|---|---|
| 9:7 – 11:11 | 73:11 – 74:17 |
| 13:8-20 | 74:23 – 76:4 |
| 15:22-24 | 76:6 – 78:19 |
| 16:7-10 | 79:2 – 81:24 |
| 16:12 – 17:3 | 83:8 – 87:17 |
| 17:20 – 18:19 | 87:19 – 88:4 |
| 18:24 – 19:21 | 89:13 – 90:22 |
| 21:14 – 25:4 | 91:3 – 102:20 |
| 26:8 – 29:4 | 102:23 – 108:4 |
| 29:6 – 30:12 | 108:17 – 112:9 |
| 30:14 – 31:24 | 112:11 – 113:14 |
| 32:9-23 | 116:20-21 |
| 33:18 – 35:5 | 116:23 – 129:23 |
| 35:12 – 39:5 | 130:1 – 131:7 |
| 40:1-16 | 131:18 – 135:20 |
| 40:18-24 | 135:22 – 136:16 |
| 41:6-15 | 137:13 – 139:6 |
| 43:21 – 45:6 | 139:13 – 140:21 |
| 47:17 – 48:3 | 141:8 – 142:20 |
| 48:5 – 50:3 | 143:3 – 147:11 |
| 52:6 – 54:10 | 148:19 – 155:17 |
| 54:12 – 54:19 | 156:13 – 161:14 |
| 54:21 – 55:11 | 161:24 – 162:10 |
| 55:14 – 57:9 | 181:5 – 184:12 |
| 57:20 – 58:19 | 185:6 – 188:6 |
| 58:21 | 189:13 – 190:4 |
| 60:10 – 61:7 | 190:23 – 191:7 |
| 62:1-11 | 195:14 – 196:16 |
| 62:13 – 64:1 | 196:18 – 197:4 |
| 64:3 – 65:4 | 207:20 – 209:4 |
| 67:4 – 71:9 | 210:8-16 |
| 71:11 – 73:4 | |