# TAB 11

## TAB 11

## **PLAINTIFF'S MOTIONS *IN LIMINE***

Motions in limine filed by Plaintiff in connection with the parties' Pretrial Order:

1. PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CUMULATIVE EXPERT TESTIMONY RE INSOLVENCY

2. PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RE DEFENDANT'S ARGUMENTS UNDER 547(B)(2) and (5)

3. PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE WITNESSES NOT PREVIOUSLY DISCLOSED OR IDENTIFIED IN DISCOVERY