# TAB 12

## TAB 12

## **DEFENDANT'S MOTIONS *IN LIMINE***

42125-003\DOCS_LA:143296.3