## EXHIBIT A

## INACOM/TECH DATA 'S LIST OF TRANSFERS

| Pmt Date | Pmt Clrd | Pmt Amt | Pmt No. | Pmt Vendor |
|---|---|---|---|---|
| 3/27/00 | 4/3/00 | $8,060.31 | 686205 | Tech Data |
| 3/28/00 | 4/4/00 | $380.26 | 686352 | Tech Data |
| 3/29/00 | 4/4/00 | $1,955.80 | 686742 | Tech Data |
| 3/30/00 | 4/10/00 | $204.76 | 687052 | Tech Data |
| 4/3/00 | 4/11/00 | $197.94 | 687601 | Tech Data |
| 4/4/00 | 4/13/00 | $874.96 | 687798 | Tech Data |
| 4/6/00 | 4/17/00 | $696.41 | 688240 | Tech Data |
| 4/10/00 | 4/17/00 | $520.68 | 688659 | Tech Data |
| 4/11/00 | 4/21/00 | $532.23 | 688915 | Tech Data |
| 4/12/00 | 4/18/00 | $529.35 | 689163 | Tech Data |
| 4/19/00 | 4/25/00 | $750.00 | 690276 | Tech Data |
| 4/21/00 | 4/28/00 | $1,322.09 | 690832 | Tech Data |
| 4/28/00 | 5/5/00 | $1,275.00 | 692129 | Tech Data |
| 2/3/00 | 3/22/00 | $1,026,316.45 | 708391 | Tech Data Corp |
| 2/8/00 | 3/24/00 | $1,334,959.01 | 709697 | Tech Data Corp |
| 2/10/00 | 3/30/00 | $2,194,094.75 | 710575 | Tech Data Corp |
| 3/1/00 | 3/20/00 | $26,762.00 | 713908 | Tech Data Corp |
| 3/15/00 | 3/27/00 | $1,300.00 | 716417 | Tech Data Corp |
| 3/22/00 | 4/7/00 | $1,850.00 | 717552 | Tech Data Corp |
| 4/26/00 | 5/4/00 | $5,423.17 | 722237 | Tech Data Corp |
| 5/10/00 | 5/18/00 | $308.80 | 723342 | Tech Data Corp |
|  | TOTAL | $4,608,313.97 |  |  |