IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>    Plaintiff,<br>v.<br>TECH DATA CORPORATION,<br>    Defendant.<br>AND RELATED THIRD PARTY ACTION. | Civil Action No. 04-148 (GMS)<br>[Bk Adv. Case No. 03-50501 (PJW)] |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE

Plaintiff Inacom Corp. files this Motion for leave in an abundance of caution to ensure that it is in compliance with the Court's pretrial procedures. In accordance with the Court's form of Final Pretrial Order, Plaintiff has identified and filed its motions in limine concurrently with the filing of the Pretrial Order. (The motions in limine are also identified in Exhibit A hereto.) Plaintiff has also heard, however, that the Court does not always accept motions in limine in actions before the Court as a result of withdrawal of the reference from the Bankruptcy Court. As such, Plaintiff has taken this extraordinary step to seek the Court's leave to file its three motions in limine in this action.

Plaintiff submits that the motions in limine will greatly assist the Court in streamlining the trial of this matter by excluding inappropriate evidence. The Court has authority to exclude evidence based on a motion in limine, pursuant to its "inherent power to manage the course of trials." *Luce v. United States*, 469 U.S. 38, 41, 105 S.Ct. 460, 463, fn.2 (1984); *United States v. Holmquist*, 36 F.3d 154, 163 (1st Cir. 1994). Motions in limine are well recognized in the case

42125-003\DOCS_DE:110839.1

law as a vehicle for "advance planning [that] helps both parties and the court." *United States v. Cook*, 608 F.2d 1175, 1186 (9th Cir. 1979). *See Padillas v. Stork-Gamco, Inc.*, 186 F.3d 412, 417 (3rd Cir. 1999).

Plaintiff thus respectfully requests that the Court grant leave to file and pursue its motions in limine in this matter.

Dated:  August 15, 2005          PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                                                                                                                                                                                                                                                                                                                                          & WEINTRAUB P.C.

/s/ Laura Davis Jones

Laura Davis Jones (Bar No. 2436)
Sandra McLamb (Bar No. 4283)
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for Plaintiff, INACOM CORP.