## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 15th day of August 2005, I

caused a true and correct copy of the foregoing *Plaintiff's Motion In Limine To Exclude Witness*

*Not Previously Disclosed Or Identified In Discovery Responses* to be served on the individual(s)

listed on the attached service list in the manner indicated herein.

Sandra G. McLamb (Bar No. 4283)

42125-003\DOCS_DE:110823.1

**InaCom Corp. v. Tech Data Corp.**
Civil Action No. 04-148 GMS
Document No. 110839
01 – Hand Delivery
01 – First Class Mail

**Hand Delivery**
(Counsel for Tech Data Corp.)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1400 N. Market Street, Suite 200
P.O. Box 1597
Wilmington, DE  19899-1597

**First Class Mail**
(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

42125-003\DOCS_DE:110839.1