UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, *et al.*,

    Debtors.

_____/

INACOM CORPORATION, etc.,

    Plaintiff,

v.

TECH DATA CORPORATION,

    Defendant and
    Third-Party Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
COMPAQ COMPUTER CORP., ITY
CORP., and CUSTOM EDGE, INC.,

    Third-Party Defendants.

_____/

Civil Action No. 1:04-cv-00148-GMS

Bankr. Case No. 00-02426 (PJW)
Adv. Pro. No. 02-03496 (PJW)

## JOINDER BY TECH DATA CORPORATION IN LEXMARK INTERNATIONAL, INC.'S MOTION FOR A SETTLEMENT CONFERENCE

TECH DATA CORPORATION, defendant and third party defendant herein ("Tech Data"), respectfully states:

1. Lexmark International, Inc. ("Lexmark") is a defendant in a companion case that is pending before the Court and scheduled for trial, along with the captioned matter, for October 17, 2005.

2. Tech Data respectfully advises the Court of its joinder in Lexmark's motion for a a settlement conference.

{210346.0002/N0560684_1}

WHEREFORE, Tech Data respectfully requests that the Court enter an Order directing the parties to appear for a settlement conference on a date and time to be determined by the Court.

Dated: August 15, 2005

        Respectfully submitted,

        HERLIHY, HARKER & KAVANAUGH

        /s/ James F. Harker
        James F. Harker (Bar No. 255)
        1400 North Market Street, Suite 200
        Wilmington, Delaware 19899
        Telephone: (302) 654-3111

        -and-

        ADORNO & YOSS, LLP
        Charles M. Tatelbaum (Admitted Pro Hac Vice)
        Stephen C. Hunt (Admitted Pro Hac Vice)
        350 E. Las Olas Boulevard, Suite 1700
        Fort Lauderdale, FL 33301
        Telephone: (954) 763-1200
        Facsimile: (954) 766-7800

        *Attorneys for Tech Data Corporation*