## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's foregoing Joint Motion was served on this the 15th day of August, 2005 via Regular U.S. Mail on the following:

| | |
|---|---|
| Laura Davis Jones, Esq.<br>Sandra McLamb, Esq.<br>Pachulski, Stang, Ziehl, Young,<br> Jones & Weintraub, P.C.<br>919 North Market St., 16th Floor<br>Wilmington, Delaware 19899<br><br>Andrew W. Caine, Esq.<br>Jeffrey P. Nolan, Esq.<br>Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub, P.C.<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, California 90067<br><br>Earl M. Forte, Esq.<br>Blank Rome, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | Attorneys for Plaintiff |
| H. Robert Powell<br>Sabrina L. Streusand<br>G. James Landon<br>Hughes & Luce, L.L.P.<br>111 Congress Avenue, Suite 900<br>Austin, Texas 78701<br><br>Patricia P. McGonigle<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, Delaware 19899 | Attorneys for Dell, Inc. |
| Jonathan P. Hersey<br>Bingham McCutchen LLP<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626 | Attorneys for Ingram Entertainment, Inc. |

| | |
|---|---|
| Cecily Dumas<br>Gail Greenwood<br>Friedman Dumas & Springwater, LLP<br>One Maritime Plaza, Suite 2475<br>San Francisco, California 94111<br><br>Derek C. Abbott<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, Delaware 19899-1347 | Attorneys for Hewlett-Packard Company |
| Thomas G. Whalen Jr.<br>Joseph Grey<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 425-3307<br>Fax: (302) 654-5181<br><br>and<br><br>Culver V. Halliday<br>Emily L. Pagorski<br>Stoll, Keenon & Park, LLP<br>2650 AEGON Center<br>400 West Market Street<br>Louisville, Kentucky 40202-3377 | Attorneys for Lexmark International, Inc. |

/s/James F. Harker
James F. Harker (Bar No. 255)
1400 North Market Street, Suite 200
Wilmington, Delaware 19899
Telephone: (302) 654-3111