UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

INACOM CORPORATION, *et al.*,

    Debtors.
_____/

INACOM CORPORATION, etc.,

    Plaintiff,

v.

TECH DATA CORPORATION,

    Defendant and
    Third Party Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
COMPAQ COMPUTER CORP.,
ITY CORP., and CUSTOM EDGE, INC.,

    Third-Party Defendants.
_____/

Civil Action No. 1:04-cv-00148-GMS

Bankr. Case No. 00-02426 (PJW)
Adv. Pro. No. 02-03496 (PJW)

## SUPPLEMENTAL DEFENDANT'S NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT FOR JOINT PROPOSED PRETRIAL ORDER BETWEEN INACOM CORP. AND TECH DATA CORPORATION

Defendant, TECH DATA CORPORATION ("Tech Data"), by its undersigned attorneys, hereby files its Trial Brief.

Dated: August 15, 2005

    Respectfully submitted,

    HERLIHY, HARKER & KAVANAUGH

    /s/ James F. Harker
    James F. Harker (Bar No. 255)
    1300 North Market Street, Suite 400
    Wilmington, Delaware 19899

{210346.0002/N0560706_1}

Telephone: (302) 654-3111

-and-

ADORNO & YOSS, LLP
Charles M. Tatelbaum
*Admitted Pro Hac Vice*
Stephen C. Hunt
*Admitted Pro Hac Vice*
350 E. Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Telephone: (954) 763-1200
Facsimile: (954) 766-7800

*Attorneys for Defendant,*
*Tech Data Corporation*