## SERVICE LIST

| **VIA HAND DELIVERY** | **VIA FIRST CLASS U.S. MAIL** |
|---|---|
| James F. Harker, Esquire<br>Herlihy, Harker & Kavanaugh<br>1300 N. Market Street, Suite 400<br>Wilmington, DE 19801 | Charles Tatelbaum, Esquire<br>Adorno & Yoss, P.A.<br>350 East Las Olas Boulevard<br>Suite 1700<br>Fort Lauderdale, FL 33301 |
| Patricia P. McGonigle, Esquire<br>Seitz Van Ogtrop & Green<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | Sabrina L. Streusand, Esquire<br>Hughes & Luce, L.L.P.<br>111 Congress Avenue, Suite 900<br>Austin, TX 78701 |
| Thomas Macauley, Esquire<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 1075<br>Wilmington, DE 19801 | Culver V. Halliday, Esquire<br>Stoll, Keenon & Park, LLP<br>2650 AEGON Center<br>400 West Market<br>Louisville, KY 40202 |
| William J. Burnett, Esquire<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 | John Hersey, Esquire<br>Bingham McCutchen LLP<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626 |
| Laura Davis Jones, Esquire<br>Sandra G. McLamb, Esquire<br>Kathleen Marshall DePhillips<br>Pachulski, Stang, Ziehl, Young<br> & Jones, P.C.<br>919 N. Market Street, Suite 1600<br>Wilmington, DE 19801 | Ellen A. Friedman, Esquire<br>Cecily A. Dumas, Esquire<br>Gail S. Greenwood, Esquire<br>Brandon C. Chaves, Esquire<br>Friedman Dumas & Springwater LLP<br>One Maritime Plaza, Suite 2475<br>San Francisco, CA 94111 |
| Thomas Whalen, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801 | Andrew W. Caine, Esq.<br>Jeffrey P. Nolan, Esq.<br>Pachulski Stang Ziehl Young & Jones<br>10100 Santa Monica Boulevard, Suite 1100<br>Los Angeles, CA 90067 |
| Joseph Grey, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801 | |