## CERTIFICATE OF SERVICE

I, Derek C. Abbott, certify that I am not less than 18 years of age, and that service of the foregoing **Hewlett-Packard Company's Response to Tech Data's Application For A Settlement Conference** was caused to be made on August 25, 2005, in the manner indicated upon the parties identified below:

Date: August 25, 2005

/s/ Derek C. Abbott
Derek C. Abbot (#3376)

**VIA HAND DELIVERY**

Laura Davis Jones, Esq.
Sandra McLamb, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

Joseph Grey, Esq.
Thomas Gerard Whalen, Jr., Esq.
Stevens & Lee
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS U.S. MAIL**

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067

Culver V. Halliday, Esq.
Adam T. Goebel, Esq.
Stoll Keenon & Park, LLP
2650 Ageon Center
400 West Market Street
Louisville, KY 40202

480431