# EXHIBIT A

ORIGINAL

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

FILED

2004 JUN 28  PM 3: 18

US BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

DAVID D. BIRD
CLERK OF COURT

Date:   June 25, 2004

To:    Clerk of Court
       U.S. District Court
       District of Delaware
       Wilmington, DE 19801

Re:    Inacom Corp and Euler Hermes ACI - Bk Case 00-2426

       Adversary Case: Inacom Corp., on behalf of all affiliated Debtors

                                    V.

| Defendants | Adversary No. | USDC Case # |
|---|---|---|
| Synnex Information Technologies, Inc. | 02-2192 | 0 4 - 5 5 8 - |
| Origin Micro, Inc. | 02-2197 | 0 4 - 5 5 9 · |
| American Power Conversion Corporation | 02-2199 | 0 4 - 5 6 0 |
| Cisco Systems, Inc. | 02-2205 | 0 4 - 5 6 : |
| Mach 1 Air Services, Inc. | 02-2231 | 0 4 - 5 6 2 |
| Smith James Group, Inc. | 02-2478 | 0 4 - 5 6 3 |
| Pinacor, Inc. | 02-2479 | 0 4 - 5 6 4 |
| JKC Technologies, Inc. F/k/a/ Technical Insights, Inc. | 02-2480 | 0 4 - 5 6 5 |
| Tautara Transportation Group, Inc. | 02-2483 | 0 4 - 5 6 6 |
| Cananwill Corporation | 02-2487 | 0 4 - 5 6 7 |
| Scient Corporation | 02-3032 | 0 4 - 5 6 8 - |

| | | |
|---|---|---|
| Plural, Inc. f/k/a Micro Modeling Associates Inc. | 02-3210 | 0 4 - 5 6 9 |
| Unisys Corporation | 02-3213 | 0 4 - 5 7 0 |
| Avantgarde Computer | 02-3214 | 0 4 - 5 7 1 |
| United Parcel Service, Inc. | 02-3215 | 0 4 - 5 7 2 |
| Verizon Accounting and Information Services, Inc. F/k/a Bell Atlantic Accounting and Information Services, Inc. | 02-3275 | 0 4 - 5 7 3 |
| Olsten Staffing Services Corp | 02-3276 | 0 4 - 5 7 4 |
| Mead Westvaco Corporation | 02-3280 | 0 4 - 5 7 5 |
| Oxford Global Resources, Inc. f/k/a Stearman Technology Group, Inc. | 02-3281 | 0 4 - 5 7 6 |
| Technology Express, Inc. | 02-3459 | 0 4 - 5 7 7 |
| Corporate 3 Design, Inc. | 02-3495 | 0 4 - 5 7 8 |
| Tech Data Corporation | 02-3496 | 0 4 - 5 7 9 |
| Ingram Micro Inc. | 02-3497 | 5 8 0 |
| Kingston Technology Company, Inc. | 02-3498 | 0 4 - 5 8 1 |
| Dell Computer Corporation | 02-3499 | 0 4 - 5 8 2 |
| Lexmark International Inc. | 02-3500 | 0 4 - 5 8 3 |
| Resilien, Inc., f/k/a Logicare | 02-3501 | 0 4 - 5 8 4 |
| Gavin Anderson & Company, Inc. | 02-3540 | 0 4 - 5 8 5 |
| Tel Assist Communication Services, Inc. | 02-3585 | 0 4 - 5 8 6 |
| New York Stock Exchange, Inc. | 02-3586 | 0 4 - 5 8 7 |
| AMJ Inc. | 02-3593 | 0 4 - 5 8 8 |
| Ciminelli Development Company, Inc. d/b/a Air Cargo-Buffalo | 02-3594 | 0 4 - 5 8 9 |

02-3595

| | | |
|---|---|---|
| Corporate Express, Inc. | 02-3586 | 0 4 - 5 9 0 |
| DFG Staffing Consultants Inc. | 02-3597 | 0 4 - 5 9 1 |
| Nextel Communications, Inc. | 02-3614 | - 5 9 2 |
| Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators | 02-3960 | - 5 9 3 |
| Robert Half Incorporated, individually and d/b/a Accountemps | 02-3961 | - 5 9 4 |
| Network Communications Technologies, Inc. | 02-4070 | - 5 9 5 |
| Schulte Roth & Zabel LLP | 02-4403 | - 5 C |
| Willkie, Farr & Gallagher | 02-4408 | - 5 9 7 |
| DeWolff, Boberg & Associates, Inc. | 02-4413 | 9 8 |
| Siemens Dematic Corp. F/k/a Rapistan Demag Corp. | 02-4438 | 9 |
| Matt Christopher Group, Inc. | 02-4439 | 6 0 0 |
| Sigma Data, Inc. | 02-4441 | 0 4 - 6 0 1 |
| Bellsouth Corporation; Bellsouth Mobility Communications, LLC; Bellsouth Wireless, Inc., Bellsouth Wireless Data Company; Bellsouth MNS, Inc.; Bellsouth communications, Inc., Bellsouth Communication Systems, LLC; Bellsouth Entertainment Inc.; Bellsouth Network Solutions, Inc. ; Bellsouth Information Systems, Inc. | 02-4450 | 0 9 - 6 0 2 |
| | | - 6 0 3 |
| Camden Vale Corporation | 02-4451 | |
| AQUA Systems USA, Inc. | 02-4467 | 0 - 6 0 4 |
| Teleconnex Solutions, LLC Active Link Communications, Inc. Mobility Concepts, Inc. | 02-4468 | 9 - 6 0 5 |
| Staffing Specialists, Inc. | 02-4470 | 6 0 6 |

| | | |
|---|---|---|
| GE Power Systems, a/k/a General Electric Co. | 03-50496 | 04 - 6 0 7 |
| GE Industrial Systems, a/k/a General Electric Co. | 03-50497 | 04 - 6 0 8 |
| GE Electric Lighting, a/k/a General Electric Co. | 03-50498 | 04 - 6 0 9 |
| Global Exchange Services, Inc., f/k/a GE Information Services, Inc. | 03-50499 | - 6 1 0 |
| GE Corporate R&D, a/k/a General Electric Co. | 03-50500 | - 6 1 1 |
| General Electric Company | 03-50501 | - 6 1 2 |
| GE Supply, a/k/a General Electric Co. | 03-50502 | - 6 1 3 |
| GE Electrical Distribution and Control, a/k/a General Electric Co. | 03-50504 | 1 4 |

On June 24, 2004, an order was signed withdrawing the reference from the US Bankruptcy Court to the US District Court, District of Delaware regarding the above-captioned adversary proceedings. A copy of the order and docket sheets are attached. Individual attorney representation can be found on the docket sheets for each case. These adversary proceedings were electronically filed and can be viewed at www.deb.uscourts.gov.

*NOTE: Case 02-4466, Defendant Philips Electronic North America Corp, will be closed 6/25/2004. Reference will not be Withdrawn.

Please acknowledge receipt of the above record by completing the information below.

Sincerely,

*Mary Ellen Behornar*

Mary Ellen Behornar

Supervisor: _____

I hereby acknowledge receipt of the above transferred record this 25th day of June 2004.

By: _____

Deputy Clerk

**FILED**

Supervisor

JUN 2 5 2004

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4