# EXHIBIT C

### Jeffrey P. Nolan

**From:** Andrew Caine
**Sent:** Tuesday, May 17, 2005 11:29 AM
**To:** 'Culver Halliday'
**Cc:** 'Forte, Earl'; Jeffrey P. Nolan; 'cdumas@friedumspring.com'; 'Streusand, Sabrina'; 'Landon, James'; 'Stephen Hunt'; Charles Tatelbaum; 'Hersey, Jonathan P.'
**Subject:** Inacom preferences

Culver -

Thanks for your letter of Friday. As we have discussed, my client is willing to participate in mediation of its preference claims with any or all interested defendants.

Andy

p.s. I would like to see if we can make progress on setting expert deposition dates. Perhaps a conference call is the way to go. Please let me know if the defendants agree, and suggest a possible date/time.

Andrew W. Caine
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067
Phone: (310) 277-6910
Fax: (310) 201-0760
email: acaine@pszyjw.com

8/18/2005