## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 25th day of August 2005, I caused a true and correct copy of the following document to be served on the individual(s) on the attached service list(s) in the manner indicated:

**PLAINTIFF'S RESPONSE TO TECH DATA'S JOINDER IN LEXMARK'S MOTION FOR SETTLEMENT CONFERENCE**

_____
Sandra McLamb (Bar No. 4283)

**InaCom Corp. v. Tech Data Corporation 04-148 GMS**
Document No. 111132
04 – Hand Delivery
06 – First Class Mail

(Counsel for Tech Data Corporation)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1400 North Market Street, Suite 200
Wilmington, DE 19801

(Counsel for Dell, Inc.)
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

(Counsel for Hewlett-Packard Company)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

(Counsel for Lexmark International, Inc.)
Thomas G. Whalen, Jr., Esquire
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

(Counsel for Tech Data Corporation)
Charles M. Tatelbaum, Esquire
Stephen C. Hunt, Esquire
Adorno & Yoss, LLP
350 E. Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

(Counsel for Plaintiff)
Earl M. Forte, Esquire
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

(Counsel for Dell, Inc.)
H. Robert Powell, Esquire
Sabrina L. Streusand, Esquire
G. James Landon, Esquire
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX 78701

(Counsel for Ingram Entertainment, Inc.)
Jonathan P. Hersey, Esquire
Bingham McCutchen LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626

(Counsel for Hewlett-Packard Company)
Cecily Dumas, Esquire
Gail Greenwood, Esquire
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, CA 94111

(Counsel for Lexmark International, Inc.)
Culver V. Halliday, Esquire
Emily L. Pagorski, Esquire
Stoll, Keenon & Park, LLP
2650 AEGON Center
400 West Market Street
Louisville, KY 40202-3377