## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on this the 26th day of August 2005, via electronic mail transmission and vis U.S. Mail upon the following:

Laura Davis Jones, Esq.
Sandra McLamb, Esq.
Pachulski, Stang, Ziehl, Young
Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899

Jonathan P. Hersey
Bingham McCuCuten, LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski, Stang, Ziehl, Young
Jones & Weintraub, P.C.
10100 South Monica Blvd., 11th Floor
Los Angeles, CA 90067

H. Robert Powell.
Sabrina & Streusand
G. James Landon
Hughes, & Luce. L.L.P.
111 Congress Avenue, Suite 900
Austin, TX 78701

Culver Halliday. Esq.
Stoll Keenon & Park, L.L.P
300 W. Vine Street, Suite 2100
Lexington, KY 40507

Patricia P. McGonigle, Esq.
Seita, Van Ogtrop & Green, P.A.
222 Delaware Avenue
P.O. Box 68
Wilmington, DE 19899

Earl M. Forte, Esq.
Blank Rome, LLP
One Logan Square
18th & Cherry Square
Philadelphia, PA 19103

    _/s/ James F. Harker_____
    James F. Harker, Esquire
    (DSB No. 255)
    1400 North Market Street, Suite 200
    Wilmington, DE 19801
    Telephone: (302) 654-3111