Inacom Corp
Asset Purchase Schedules
Accounts Payable
As of February 12, 2000

|  | Amount Per Detail |  |
|---|---:|---|
| Distribution Operations -trade a/p | 108,901 | |
| Distribution Operations -po accrual | 95,465 | |
| Reseller Division | 34 | |
| BCE Division | 3,314 | |
| Total | 207,714 | |
| | | |
| "Select/Delete" supplier on Dist/Ops Trade A/P | (947) | Supplier # 99999 - used to track fedwires already paid |
| Non-compaq major vendor a/p | (73,694) | HP, IBM, Dell, TOS |
| Lucent a/p | (8,882) | |
| Total Adustment | (83,523) | |
| | | |
| **Net Accounts Payable** | 124,191 | |
| | | |
| Deposits made to Compaq for inventory | (45,276) | |
| Pre-payments made on Compaq | (980) | |
| Total | (46,256) | |
| | | |
| **Total accounts payable per asset schedule** | 77,935 | |