## **CERTIFICATE OF SERVICE**

I, Sandra G. McLamb, hereby certify that on this 26th day of August 2005, I caused a true and correct copy of the foregoing *Plaintiff's Opposition to Defendant's Joint Motion in Aid of Litigants' Rights Seeking Remedies for Plaintiff's Late Production of Certain Discovery Materials* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

_____
Sandra G. McLamb (Bar No. 4283)

**InaCom v. Tech Data Service List**
Document No. 111165
02 – Hand Delivery
03 – First Class Mail

**Hand Delivery**
(Counsel for Tech Data Corp.)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1400 N. Market Street, Suite 200
P.O. Box 1597
Wilmington, DE 19899-1597

*Hand Delivery*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**First Class Mail**
Earl M. Forte, Esquire
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

**First Class Mail**
(Counsel for Compaq Computer Corp- third-party defendant)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**First Class Mail**
(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301