IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>Plaintiff,<br>v.<br><br>TECH DATA CORPORATION,<br><br>Defendant. | Civil Action No. 04-148 (GMS)<br>[Bk Adv. Case No. 03-50501 (PJW)]<br><br>**[Related to Docket Nos. 70 and 84]** |
| AND RELATED THIRD PARTY ACTION. | |

**PLAINTIFF'S REPLY RE ITS MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE**

Defendant's Opposition (Docket # 84) is clearly disingenuous, and should be summarily rejected. While Plaintiff disagrees with Defendant's reading of the Court's Scheduling Order to require that motions in limine be filed in advance of the Pretrial Order[1], Defendant incredibly omits that it not only did not comply with this reading, but also (1) Defendant did not identify ANY motions in limine in the Pretrial Order, and yet it filed two such motions, and (2) neither of Defendant's motions in limine complied with the briefing requirements of the Court's Scheduling Order limiting motions in limine to 5 pages.

In this light, Defendant's cries of improper tactics are patently offensive. Plaintiff filed its motions in good faith, and filed this Motion for Leave to inform the Court of its reading of the applicable rules and its intentions. Defendant not only cannot point to any prejudice from a different reading of the applicable motion in limine rules, but also has violated its own reading of

---

[1] Plaintiff reads the Court's Scheduling Order to require that motions in limine be filed concurrently with the Pretrial Order, and to be identified by each party therein. Particularly in this case, where the Pretrial Order was filed on August 15, 2005, briefing on motions in limine will be completed two weeks prior to the September 19, 2005 Pretrial Conference.

42125-003\DOCS_DE:111254.1

the rules, as well as the other related rules noted above, and has not sought leave from the Court on any of these issues. Plaintiff respectfully requests that its Motion for Leave be granted.

Dated: September 2, 2005         PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                                & WEINTRAUB P.C.

*[signature]*

Laura Davis Jones (Bar No. 2436)
Sandra McLamb (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for the Plaintiffs/Debtors