## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 2nd day of September 2005, I caused a true and correct copy of the foregoing *Plaintiff's Reply Re Its Motion In Limine To Exclude Evidence Re Defendant's Arguments Under 547(b)(2) and (5)* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

Sandra G. McLamb (Bar No. 4283)

**InaCom v. Tech Data Service List**
Civil Action No. 04-148 (GMS)
Document No. 111280
03 – Hand Delivery
02 – First Class Mail

**Hand Delivery**
(Counsel for Tech Data Corp.)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1400 N. Market Street, Suite 200
P.O. Box 1597
Wilmington, DE  19899-1597

**Hand Delivery**
(Counsel to InaCom)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Compaq Computer Corp- third-party defendant)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

**First Class Mail**
(Counsel to InaCom)
Earl M. Forte, Esquire
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6998

**First Class Mail**
(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL  33301