# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| In re: INACOM CORP., *et al.* | Bankruptcy Case No: 00-2426 (PJW) |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> TECH DATA CORP., Defendant. | Civil Action No. 04-148 GMS <br><br> Adversary Case No. 02-03496 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> DELL COMPUTER CORPORATION, Defendant. | Civil Action No. 04-582 GMS <br><br> Adversary Case No. 02-03499 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> LEXMARK INTERNATIONAL, INC., Defendant. | Civil Action No. 04-583 GMS <br><br> Adversary Case No. 02-03500 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors, <br> v. <br> INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, Defendant. | Civil Action No. 04-593 GMS <br><br> Adversary Case No. 02-03960 (PJW) |

**PLAINTIFF'S STATEMENT UNDER LOCAL RULE 7.1.1 RE
MOTION FOR RECONSIDERATION OR MODIFICATION
OF ORDER CONSOLIDATING ACTIONS FOR TRIAL**

Counsel hereby states that, on the matters set forth in *Plaintiff's Motion for Reconsideration of Modification of the Order Consolidating Actions for Trial* (the "Motion"), he

does not believe

PLAINTIFF'S LOCAL RULE 7.1.1 STATEMENT

1

that further efforts to reach an agreement with counsel for the defendants with respect to the relief sought in the Motion would be fruitful.

Dated: September 7, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

By: _____
Andrew Caine (CA Bar No. 110345)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for Plaintiff INACOM Corp.