IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: INACOM CORP., *et al.* | Bankruptcy Case No: 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>v.<br>TECH DATA CORP., Defendant. | Civil Action No. 04-148 GMS<br><br>Adversary Case No. 02-03496 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>v.<br>DELL COMPUTER CORPORATION, Defendant. | Civil Action No. 04-582 GMS<br><br>Adversary Case No. 02-03499 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>v.<br>LEXMARK INTERNATIONAL, INC., Defendant. | Civil Action No. 04-583 GMS<br><br>Adversary Case No. 02-03500 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>v.<br>INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, Defendant. | Civil Action No. 04-593 GMS<br><br>Adversary Case No. 02-03960 (PJW) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OR MODIFICATION OF ORDER CONSOLIDATING ACTIONS FOR TRIAL**

Upon the *Plaintiff's Motion for Reconsideration or Modification of Order Consolidating Actions for Trial* (the "Motion") filed on September 7, 2005, and the Court having reviewed the Motion and finds that: the Motion complies with the requirements of this Court;

and the relief sought in the Motion is appropriate in the instant circumstances and consistent with the Federal Rules of Civil Procedure.[1] Accordingly, it is hereby

ORDERED that:

1. The Plaintiff's Motion is granted and the Order, dated September 1, 2005, is vacated and rescinded in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2005

_____
Honorable Gregory M. Sleet
United States District Judge

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.