IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated debtors,<br><br>Plaintiff,<br><br>vs.<br><br>TECH DATA CORPORATION,<br><br>Defendant.<br><br>TECH DATA CORPORATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC.,<br><br>Third-Party Defendants. | Case No. 04-CV-148<br><br>Re: D.I. 64 |

**NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT BY HEWLETT-PACKARD COMPANY FOR JOINT PROPOSED PRETRIAL ORDER BETWEEN TECH DATA CORPORATION AND HEWLETT-PACKARD COMPANY**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

PLEASE TAKE NOTICE that Hewlett-Packard Company has filed and served the attached Supplemental Exhibit for the Joint Proposed Final Pretrial Order Regarding Tech Data's Third-Party Claims Against Hewlett-Packard Company (D.I. 64).

Dated: September 8, 2005
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL

William H. Sudell, Jr. (No. 463)
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200

- and -

FRIEDMAN DUMAS & SPRINGWATER LLP
Ellen A. Friedman
Cecily A. Dumas
Gail S. Greenwood
Brandon C. Chaves
One Maritime Plaza, Suite 2475
San Francisco, CA 94111
(415) 834-3800