# EXHIBIT A

{00208826.DOC v 1}

## SCHEDULE (c)

## TRIAL EXHIBITS

3. The following exhibits were offered by HP, received in evidence, and marked as indicated:

| Exhibit No. | Date | Description | Objection | Admit |
|---|---|---|---|---|
| | 5/20/04 | Tech Data's Answer to Inacom's First Amended Complaint and Third Party Complaint | | |
| | 6/6/04 | Answer of Compaq Computer Corporation and Custom Edge, Inc. to Third Party Complaint | | |
| | 1/4/00 | Asset Purchase Agreement Between Compaq Computer Corp. and Inacom Corp. and related schedules (Bates No. HP/TD 0008-0153) | | |
| | 2/3/00 | Email to David Guenther et al. from Michael Ward (Bates No. 3212) | | |
| | 2/8/00 | Email to Mike Zava from Michael Ward (Bates No. 3199) | | |
| | 2/9/00 | Letter to David Guenther from Michael J. Ward (Bates Nos. 390, 391) | | |
| | 2/11/00 | Accounts Payable Aging Report of Inacom (Tech Data objects to this document on the basis of authenticity) | **Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403, Hearsay. FRE 802. Authenticity. FRE 901.** | |
| | 2/11/00 | Letter to Michael Ward from David Guenther (Zava Depo Exh. 6) | | |
| | 2/16/00 | Letter to Mike Zafa [sic] from Bill Francis (Bates No. CQ 01144) | | |
| | 2/18/00 through 3/21/00 | Various Internal Tech Data Emails re check payments (Bates Nos. 3191-93, 3195, 3185-87) | | |
| | Undated | Request For Check Copies and Inacom Checks Payable to Tech Data between 2/3/00 and 5/1/00 | | |

2

{00208826.DOC v 1}

| Date | Description | Objection |
|---|---|---|
| 3/1/00 | Check no. 713908 in the amount of $26,762.00 from Inacom payable to Tech Data and related invoice information (Bates No. 1738) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 2/3/00 | Check no. 708391 in the amount of $1,026,315.45 from Inacom payable to Tech Data and related invoice information (Bates Nos. 1829-44) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 2/8/00 | Check no. 709697 in the amount of $1,334,959.01 from Inacom payable to Tech Data and related invoice information (Bates Nos. 1814-28) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 2/10/00 | Check no. 710575 in the amount of $2,194,094.75 from Inacom payable to Tech Data and related invoice information (Bates Nos. 1765-83) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 5/10/00 | Check no. 723342 in the amount of $308.80 from Inacom payable to Tech Data and related invoice information (Bates No. 1732-1735) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 4/26/00 | Check no. 722237 in the amount of $5,423.17 from Inacom payable to Tech Data and related invoice information (Bates No. 1736) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 3/15/00 | Check no. 716417 in the amount of $1,300.00 from Inacom payable to Tech Data and related invoice information (Bates No. 1737) | **Irrelevant, cumulative evidence, FRE 402, 403** |
| 5/10/00 | List of Treasury Released Checks By Date (Oshlo Depo Exh. 10) (Tech Data objects to this document on the basis of authenticity) | **Hearsay. FRE 802. Authenticity, FRE 901.** |
| 6/27/00 | Tech Data's Proof of Claim (Zava Depo Exh. 1) | |
| 11/18/04 | Tech Data's AR Note Management Report entries dated 2/18/00 through 6/12/00 (Ward Exh. 1) | |
| 10/5/04 | HP's First Request for Production of Documents to Tech Data | |
| 11/24/04 | Tech Data's Responses and Objections to HP's First Request for Production of Documents | |
| 12/3/04, 12/21/04, 3/4/05, 3/16/05 | Tech Data's First, Second, Third, and Fourth Supplemental Responses and Objections to HP's First Request for Production of Documents | |

| Date | Document |
|---|---|
| 10/5/04 | HP's First Set of Interrogatories to Tech Data |
| 11/24/04 | Tech Data's Responses and Objections to HP's First Set of Interrogatories |
| 3/16/05 | Tech Data's Supplemental Responses and Objections to HP's First Set of Interrogatories |
| 1/24/05 | HP's Responses to Tech Data's First Set of Interrogatories |
| 1/24/05 | HP's Responses to Tech Data's First Requests for Production of Documents |
| 5/3/05 | Tech Data's Supplemental Disclosures Pursuant to Rule 26(e) |
| 6/10/05 | HP's Supplemental Disclosures Pursuant to Rule 26(e) |
| 2/11/00 | Purchase Order Accrual Report of InaCom |