IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INACOM CORP., et al,<br><br>               Debtors. | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>               Plaintiff,<br>v.<br><br>TECH DATA CORPORATION,<br><br>               Defendant/Third Party Plaintiff.<br>v.<br><br>COMPAQ COMPUTER CORP., ITY CORP., and CUSTOM EDGE, INC.,<br><br>               Third Party Defendants. | Chapter 11<br><br>Civil Action No. 04-148 (GMS)<br><br>[Adversary Proc. No. 02-3496 (PJW)] |

## NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS

**PLEASE TAKE NOTICE** that Plaintiff Inacom Corp. ("Inacom") has submitted to the Court the following original deposition transcripts: Michael Zava – dated January 26, 2005, Dean Vomero – dated July 27, 2005, and Michael Ward – dated March 4, 2005

Dated:   October 17, 2005
            PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

Laura Davis Jones (DE Bar No. 2436)
Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
Sandra G. M. Selzer (DE Bar No. 4283)
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Counsel for Plaintiff, INACOM CORP

42125-003\DOCS_DE:112357.1