IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re

INACOM CORP., et al,

Bankruptcy Case No. 00-2426 (PJW)

Debtors.

---

INACOM CORP., on behalf of all affiliated
Debtors,

Chapter 11

Plaintiff,

v.

Civil Action No. 04-148 (GMS)

TECH DATA CORPORATION,

[Adversary Proc. No. 02-3496 (PJW)]

Defendant/Third Party Plaintiff.

v.

COMPAQ COMPUTER CORP., ITY CORP., and
CUSTOM EDGE, INC.,

Third Party Defendants.

## NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF COMPLAINT AND CROSS-COMPLAINT

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Inacom Corp., on behalf of all affiliated Debtors, defendant Tech Data Corporation, and cross-defendant Hewlett Packard as the successor-in-interest to Compaq Computer Corp., ITY Corp. and Custom Edge, Inc. hereby stipulate to the voluntary dismissal with prejudice of the Complaint for Avoidance and Recovery of Preferential Transfers(the "Complaint"), as well as the Third Party Related Cross-Complaint filed by Defendant Tech Data versus Cross-Defendant Hewlett Packard which were initiated in the above-captioned adversary(the "Cross-Complaint").

1

The parties stipulate to the dismissal of the Complaint and Cross-Complaint with prejudice because the parties therein have settled the adversary. Each side will bear its own fees and costs.

DATED: April 2006

| | |
|---|---|
| HERLIHY, HARKER & KAVANAUGH | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP |
| James F. Harker<br>1400 N. Market Street, Suite 200<br>P. O. Box 1597<br>Wilmington, DE 19899-1597<br>Telephone: (302) 652-0226<br><br>And<br><br>ADORNO & YOSS, P.A.<br>Charles M. Tatelbaum, Esq.<br>Stephen C. Hunt, Esq.<br>350 East Las Olas Blvd., Ste. 1700<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 763-1200<br>Facsimile: (954) 766-1200<br><br>Attorneys for Tech Data Corporation<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL | Laura Davis Jones (Bar No. 2436)<br>Sandra G. M. Selzer (Bar No. 4283)<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>and<br><br>Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 157216)<br>10100 Santa Monica Boulevard<br>Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br><br>Attorneys for Inacom Corp., on behalf of all affiliat Debtors |
| Derek C. Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br><br>Attorneys for Hewlett Packard | |

The parties stipulate to the dismissal of the Complaint and Cross-Complaint with prejudice because the parties therein have settled the adversary. Each side will bear its own fees and costs.

DATED: April __, 2006

| HERLIHY, HARKER & KAVANAUGH | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP |
|---|---|
| James F. Harker<br>1400 N. Market Street, Suite 200<br>P. O. Box 1597<br>Wilmington, DE 19899-1597<br>Telephone: (302) 652-0226<br><br>And<br><br>ADORNO & YOSS, P.A.<br>Charles M. Tatelbaum, Esq.<br>Stephen C. Hunt, Esq.<br>350 East Las Olas Blvd., Ste. 1700<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 763-1200<br>Facsimile: (954) 766-1200<br><br>Attorneys for Tech Data Corporation<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>_____<br>William H. Sudell, Jr. (No. 463)<br>Derek C. Abbott (No. 3376)<br>Daniel B. Butz (No. 4227)<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br><br>- and - | Laura Davis Jones (Bar No. 2436)<br>Sandra G. M. Selzer (Bar No. 4283)<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>and<br><br>Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 157216)<br>10100 Santa Monica Boulevard<br>Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br><br>Attorneys for Inacom Corp., on behalf of all affilia Debtors |

2

| | |
|---|---|
| FRIEDMAN DUMAS & SPRINGWATER LLP<br>Ellen A. Friedman, Esq.<br>Cecily A. Dumas, Esq.<br>Gail S. Greenwood, Esq.<br>Brandon C. Chaves, Esq.<br>150 Spear Street, Suite 1600<br>San Francisco, CA  94105<br>(415) 834-3800<br><br>Attorneys for Hewlett-Packard Company | |

3